# Exhibit B

*Missouri Department of*
# SOCIAL SERVICES
*Your Potential. Our Support.*

JEREMIAH W. (JAY) NIXON, GOVERNOR • BRIAN KINKADE DIRECTOR

ALYSON CAMPBELL, DIRECTOR
FAMILY SUPPORT DIVISION
P.O. BOX 2320, JEFFERSON CITY, MO 65102-2320
WWW.DSS.MO.GOV • 573-751-3221 • 573-751-0507

August 28, 2014

Robert Wells, President
YoungWilliams
PO BOX 23458
Jackson, Mississippi 39225

Via E-Mail to: Rob Wells at rwells@youngwilliams.com

Dear Mr. Wells:

Pursuant to paragraph 2.10.9 of contract #C212009001 for Call Center Services, this letter shall constitute an official letter of concern by the Department of Social Services (Department). The Department has significant concerns with the issues listed below:

1) Paragraph 2.7.2.a of contract #C212009001 requires:

   *"All callers who prompt-out for a live Customer Service Representative are connected to a Customer Service Representative within twenty (20) seconds or three (3) rings or placed in a hold queue within twenty (20) seconds or three (3) rings. Once in the hold queue, the caller must be connected to a live Customer Service Representative within six (6) minutes. The contractor must maintain **an average monthly queue time of under (6) minutes**. The average monthly queue time will be determined by the contractor's monthly reports*

   Performance data reports submitted to the Department by YoungWilliams indicate that YoungWilliams has failed to meet this requirement as average monthly queue times have exceeded six (6) minutes each month since February 2014 for Income Maintenance (IM) calls.

2) Paragraph 2.7.1.a of contract #C212009001 requires:

   *"The contractor's call management technology must have the ability to accept all incoming calls routed from a state agency toll-free number. The contractor's call management technology **shall ensure that no callers get a busy signal** (either a PBX/ACD-initiated busy signal or a network-based busy signal or both) in any given month. Incoming calls shall not roll-over to a location outside the Call Center. (With the state agency approval the busy signal requirement may be amended and/or waived.)."*

   Reports submitted to the Department by YoungWilliams indicate that YoungWilliams has failed to meet this requirement as busy signals have occurred for IM calls. Additionally, YoungWilliams was previously placed on a corrective action plan for failing to meet this requirement for Child Support Enforcement (CSE) calls.

The Department requests that YoungWilliams submit a written corrective action plan, within five (5) business days of the date of this letter, outlining:

1) The action(s) YoungWilliams proposes to take to remedy the aforementioned issues;
2) The time frame for resolving the aforementioned issues and meeting the contractual requirements;
3) The person(s) or party(ies) responsible for the necessary action(s);
4) A description of how progress will be measured; and
5) How the aforementioned issues will be prevented from recurring.

Please submit your corrective action plan to Gina Jacobs, Department of Social Services, Division of Finance and Administrative Services, at Gina.M.Jacobs@dss.mo.gov. YoungWilliams is reminded that, pursuant to paragraph 2.10.9.b of the contract, failure to respond in writing to this letter of concern within five (5) working days of the date of the letter may result in the state agency withholding ten percent (10%) of the next monthly payment to the contractor as liquidated damages. Additionally, assessment of liquidated damages shall be within the discretion of the State of Missouri and shall be in addition to, not in lieu of, the rights of the State of Missouri to pursue other appropriate remedies.

Sincerely,

Alyson F. Campbell
cc: Gina Jacobs