UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and EMPOWER MISSOURI, <br><br> Plaintiffs, <br><br> -against- <br><br> ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services, <br><br> Defendant. | No. 2:22-cv-04026-MDH <br><br> **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

### PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(b), Plaintiffs move this Court for a temporary restraining order to prevent irreparable harm from befalling Plaintiffs Mary Holmes and L.V. during the pendency of this action. In support of this Motion, Plaintiffs submit their Memorandum in Support of Motion for Temporary Restraining Order, and the declarations and other exhibits filed contemporaneously herewith.

For the reasons set forth in those documents, Plaintiffs respectfully request that this Court grant them the following relief:

1. A Temporary Restraining Order against Defendant Robert Knodell barring him as the Acting Director of the Missouri Department of Social from depriving Plaintiffs Holmes and L.V. of the Supplemental Nutrition Assistance Program ("SNAP") benefits to which they are entitled, and requiring him to provide Plaintiffs with direct access to their

1

required SNAP interviews within three working days, allow Plaintiffs time to submit such verification as may be necessary to complete the eligibility determination process, and render subsequent eligibility decisions documented on legally sufficient notices consistent with this process; and

2. An Order that no bond or security is required; and

3. An Order granting such other relief as is just and proper.

Dated: St. Louis. Missouri
February 22, 2022

Respectfully submitted,

*/s/ Andrew J. Scavotto*
Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
William R. Wurm, #68912
Zachary T. Buchheit, #71816
Joyce S. Kim, #72746
STINSON LLP
7700 Forsyth Blvd., Suite 1100
Clayton, MO 63105
(314) 863-8600
andrew.scavotto@stinson.com
nicci.warr@stinson.com
william.wurm@stinson.com
zachary.buchheit@stinson.com
joyce.kim@stinson.com

Katherine A. Holley #71939
Jamie L. Rodriguez # 64323
Lisa J. D'Souza # 65515
Legal Services of Eastern Missouri
4232 Forest Park Avenue
St. Louis, Missouri 63108
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

Katharine Deabler-Meadows*
Saima Akhtar*
National Center for Law and
Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org

*Motion for Pro Hac Vice Admission pending