IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and ) <br> EMPOWER MISSOURI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT KNODELL, in his official ) <br> Capacity as Acting Director of the ) <br> Missouri Department of Social Services, ) <br> ) <br> Defendant. ) | Case No. 2:22-cv-04026-MDH |

## ORDER

The parties have submitted to the Court their descriptions of a discovery dispute involving Plaintiffs' Requests for Production 22, 26, 30, 34, 40, 43 and 45. The discovery requests were initially served on August 11, 2022 and the parties have been engaged in discussions regarding these requests for many months. Plaintiffs state despite offering various solutions and offering to bear the burden of sifting through documents, Defendant has still failed to produce the requested documents and has failed to provide a clear timeline of when documents will be produced.

Plaintiffs request the Court order that Defendant provide a list of custodians used to limit their search, with job descriptions; and then after the custodians have been agreed upon to set a timeline for when the remaining ESI must be provided.

Defendant has responded to Plaintiffs' description of the discovery dispute stating that on March 15, 2023, Plaintiffs' counsel informed Defendant's counsel that the proposed custodians are acceptable. As a result, Plaintiffs' first request appears to be moot. However, if Plaintiffs disagree they may inform the Court of the disagreement regarding the list of custodians.

1

Next, Defendant states it "anticipates substantially (if not fully) completing its production for these items by early April." The Court has reviewed the parties' positions and hereby **ORDERS** that Defendant has thirty (30) days from the date of this Order to produce the responsive documents. The Court finds Defendant has had substantial time to run the search terms, identify the custodians, and narrow the responsive information to produce to Plaintiffs. All responsive documents shall be produced to Plaintiffs within this timeframe. No further extensions of time to produce the responsive documents shall be granted.

**IT IS SO ORDERED.**

Date: March 31, 2023

                                                 */s/ Douglas Harpool*
                                                 **Douglas Harpool**
                                                 **United States District Judge**