**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **MARY HOLMES, L.V., DENISE DAVIS,** | ) |
| **ANDREW DALLAS, and EMPOWER MISSOURI,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **Case No. 2:22-cv-04026-MDH** |
| | ) |
| **ROBERT KNODELL, in his official capacity as Acting** | ) |
| **Director of the Missouri Department of Social Services,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is a Stipulation of Dismissal (Doc. 113) wherein Plaintiff, L.V., seeks to dismiss her claims in this action pursuant to Fed. R. Civ. P. 41(a)(1). The parties who have appeared stipulate that the claims brought by Plaintiff, L.V. shall be voluntarily dismissed.

WHEREFORE, after review, the Court hereby dismisses Plaintiff L.V.'s claims in this matter without prejudice. Plaintiff L.V. is hereby terminated as a party to this action.

**IT IS SO ORDERED.**

DATED:    June 22, 2023

_/s/ Douglas Harpool_
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

1