# EXHIBIT 2

CORE/9990000.8275/183195427.1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF MISSOURI

 3                     CENTRAL DIVISION

 4

 5   MARY HOLMES, L.V. and EMPOWER

 6   MISSOURI,

 7                    Plaintiffs,

 8   vs.

 9   ROBERT KNODELL, in his          Case No.

10   official capacity as Acting     2:22-cv-04026-MDH

11   Director of the Missouri

12   Department of Social

13   Services,

14                    Defendant.

15

16

17                 *** CONFIDENTIAL ***

18

19          ZOOM VIDEOCONFERENCE DEPOSITION OF MELISSA

20   WOLF, a 30(b)(6) Witness, taken on behalf of the

21   Defendant before Laurel A. Woodbridge, Missouri CCR

22   No. 898 and Kansas CCR No. 1327, RPR, CSR, and CRR,

23   pursuant to Notice to Take Deposition on the 11th of

24   May 2023.

25
```

1  prepare for today's deposition?

2       A.    Yes.

3       Q.    Were those documents provided to you

4  by counsel?

5       A.    The documents I reviewed were what

6  were submitted for -- excuse me -- in discovery.

7       Q.    Okay.  Thank you.  Okay.  All right.

8            MS. DEABLER-MEADOWS:  I'm going to

9  introduce our second exhibit.  This will be

10 DSS_Wolf 2.

11            And, Sara, this is going to be 45780.

12        (Whereupon, Deposition Exhibit DSS_Wolf

13         Number 2 was marked for identification.)

14 BY MS. DEABLER-MEADOWS:

15      Q.    And just let me know when you can see

16 that document.

17            MR. HAYNES:  It's in there.

18      A.    Yes, I can see it.

19 BY MS. DEABLER-MEADOWS:

20      Q.    Okay.  We're going to have to zoom in

21 quite a bit to actually be able to read this, and

22 it's still a little bit hard to read.  This is the

23 form it was produced to us in so we're -- we're just

24 going to have to do our best.

25            Okay.  So let's start with what is a

1    resource center?

2          A.     A resource center would -- is a

3    physical location where the Family Support Division

4    has staff that can assist participants or applicants.

5          Q.     And is that participants or applicants

6    in SNAP?

7          A.     It's in any program.

8          Q.     Okay.  And what is a customer service

9    center?

10         A.     A customer service center is typically

11   called -- or referred to as a call center where

12   applicants and participants can call to conduct any

13   business that is needed.

14         Q.     Okay.  And are those -- are there

15   multiple locations of customer service centers?

16         A.     Yes, there is.

17         Q.     And are those -- are they separate

18   offices from resource centers?

19         A.     In some instances, yes.  Other times,

20   they are co-located.

21         Q.     Okay.  And what's a processing center?

22         A.     A processing center would include

23   offices where the cases are either processed, whether

24   that includes adding verification that is received

25   and processes the case whether -- to the outcome that

1    is determined.

2          Q.    Okay.  Is it correct that processing

3    centers are not open to the public?

4          A.    That is correct.

5          Q.    Okay.  And are those in separate

6    locations from resource centers and customer service

7    centers?

8          A.    Again, in some instances, yes; in

9    others, no.

10         Q.    Okay.  And those three different types

11   of offices -- resource centers, customer service

12   centers, and processing centers -- do they have

13   distinct staffs?

14         A.    There are staff that are assigned to

15   each one:  Processing, customer service or resource

16   center.

17         Q.    Okay.  And are the frontline staff who

18   work in those three different kinds of offices, are

19   their jobs -- are the job descriptions different for

20   each of those three types of offices?

21               MR. HAYNES:  I'm going to go ahead and

22   object to the question.  I think it's a little vague

23   as to what you mean by "frontline" in this instance.

24               But if you understand the question,

25   please go ahead and answer.

1          A.     I'm not a hundred percent sure.  I was

2    going to ask for clarification.

3    BY MS. DEABLER-MEADOWS:

4          Q.     Of course.  Okay.  So for staff who

5    work in resource centers, customer service centers,

6    and processing centers, when you a hire a staff for

7    those three different locations -- or three different

8    types of offices, are those different positions?

9          A.     They are not different positions.

10   They are under the same position title.

11         Q.     Okay.  And when they're hired, do they

12   all receive the same training?

13         A.     Yes.

14         Q.     Okay.  Is there any additional

15   specialization between those three types of offices

16   once staff are hired?

17         A.     Can you clarify the question slightly,

18   please?

19         Q.     Sure.  So once a resource center staff

20   person is hired and trained, would they need to have

21   any additional training if they were to be

22   transferred to a customer service center?

23         A.     Other than possibly the system -- the

24   phone system, no, there would be no additional

25   training.

1        Q.      Okay.  And is that the same for the

2   processing center?

3        A.      That is correct.

4        Q.      Okay.  Thank you.  Do staff who work

5   in these three different types of offices have

6   different supervisors?

7        A.      Can you restate the question, please?

8        Q.      Sure.  Let me try it a different way.

9        A.      Okay.

10       Q.      Within the organization of FSD, do

11   resource centers, customer service centers, and

12   processing centers have the same leadership?

13               MR. HAYNES:  Object as a bit vague as

14   to exactly what you mean by "leadership."

15               But if you understand the question,

16   please go ahead and answer.

17       A.      I do not understand the question.  I'm

18   sorry.

19   BY MS. DEABLER-MEADOWS:

20       Q.      I'll come back to it once we start

21   looking at the org chart.  That might make it a

22   little bit more clear.

23               Okay.  So can staff be reassigned from

24   working in a resource center to working in a customer

25   service center?

1   the last one should be download just for that file.

2              MR. HAYNES:  Okay.  Thank you.  That's

3   what I was going to ask if you had a way to do that

4   individually.  Unfortunately, following along with

5   you, I had to go back and so I'm out of the exhibit

6   now.  But go ahead and ask your question.  I think I

7   saw what you were talking about.

8   BY MS. DEABLER-MEADOWS:

9        Q.    Okay.  Are you able to see Notes on

10  Measures Number 3 in the January 2023 tab?

11       A.    Hang on just one second.  It caused me

12  problems again so....

13             MR. HAYNES:  Okay.  Let's download it

14  and we'll -- oh, are you back in?

15             THE WITNESS:  I think I'm back in.

16  I'm sorry.

17             MR. HAYNES:  You are on the January

18  2023 file; right?

19             THE WITNESS:  Yes.  Yes, I am in Notes

20  for January of '23.  Thank you.

21  BY MS. DEABLER-MEADOWS:

22       Q.    Okay.  Great.  Okay.  So we're looking

23  at Number 3.  It says, "Average call completion time

24  in minutes:  'Completion time' means the full

25  duration of time the client spends on the call,

1   beginning when the client enters the call center

2   queue until the interview is completed."

3               What does it mean for a client to

4   enter the call center queue?

5         A.    Entering the queue would mean they

6   have gone through the appropriate IVR and are in the

7   queue specific to what -- whether it be the SNAP

8   interview queue or a general information queue and

9   waiting for their call to be answered.

10        Q.    Okay.  Thank you.  And we're also

11  going to look at Number 1 which reads, "Average call

12  wait time for interview:  Do not include abandoned

13  and dropped calls.  'Wait time' ends when the

14  eligibility worker answers the call to begin the

15  interview."

16              When does the count begin for wait

17  time?  That was bad.  Let me rephrase that.  Strike

18  that.

19              Does wait time include the time that

20  it takes a client to answer IVR questions?

21        A.    It does not.

22        Q.    And just so we're clear on the

23  transcript, IVR is interactive voice response;

24  correct?

25        A.    That is correct.

1    Q.    Okay.  So we're going to go up to the

2  actual numbers on the spreadsheet and we're going to

3  look at Number 4, the "Number of dropped calls."

4          Do you see where I'm referring?

5    A.    Yes.

6    Q.    So I see on the Notes on Measures, it

7  says that the "number of dropped calls:  includes all

8  calls disconnected due to call center error, lack of

9  call center capacity, etc.  Do not include abandoned

10  calls, during which the client terminates the call

11  before completion."

12          So what does "lack of call center

13  capacity" mean within that definition?

14    A.    This is a form -- this is FNS, or Food

15  Nutrition Services, template and form, so I would be

16  making an assumption of what their definition means.

17  But "call center capacity" would be lack of staff --

18  lacking of staff to answer the call.

19    Q.    Okay.  So then Line Number 4, "Number

20  of dropped calls," it says zero.  Does that indicate

21  that there were zero calls that were disconnected for

22  the reasons listed in the Notes on Measures Number 4

23  definition?

24    A.    Yes.

25    Q.    Okay.  We're going to go to our next

1    We'll go back on the record.  Can you hear me now?

2                   MR. HAYNES:  I heard a whisper there.

3                   MS. DEABLER-MEADOWS:  Can you hear me?

4                   THE WITNESS:  Oh, yes, I can hear you

5    now.  Sorry about that.

6                   MR. HAYNES:  We're back on.

7                   MS. DEABLER-MEADOWS:  So we're back on

8    the record.

9    BY MS. DEABLER-MEADOWS:

10          Q.    So the customer service centers that

11   we talked about earlier, are they also referred to as

12   call centers?

13          A.    Yes, that is correct.

14          Q.    Okay.  And does the call center have

15   multiple tiers?

16          A.    They do.

17          Q.    And what are those tiers?

18          A.    Currently we have two tiers.  One is

19   general questions or case information for all

20   programs, and then we have a tier specifically

21   designated for SNAP interviews.

22          Q.    Okay.  And is the general information

23   tier referred to internally as Tier 1?

24          A.    Yes.

25          Q.    And is the interview tier referred to

1   internally as Tier 3?

2           A.      Yes.

3           Q.      Is that just a holdover from a time

4   when there were more than two tiers?

5           A.      Yes.

6           Q.      Okay.

7                   MS. DEABLER-MEADOWS:  Sara, we're

8   going to look at 100669, which will be DSS_Wolf

9   Exhibit 17 -- or, sorry, 18.  DSS_Wolf 18.

10                  (Whereupon, Deposition Exhibit DSS_Wolf

11                  Number 18 was marked for identification.)

12  BY MS. DEABLER-MEADOWS:

13          Q.      Let me know when you can see that.

14          A.      I have it.

15          Q.      Okay.  Do you recognize this document?

16          A.      Yes.

17          Q.      And what is this document?

18          A.      This is a chart regarding call center

19  statistics or calls -- specifically Tier 1 right

20  there at the top.  And it looks like this is Tier 1

21  as I scroll down through.  I'm sorry.  I hadn't

22  scrolled through the entire thing.

23          Q.      That's fine.

24          A.      It does include Tier 3, it appears.

25          Q.      And we're going to at the moment look

1    specifically at the 11th and 12th pages of this

2    document.  The Bate Stamp on the 11th page is 100679.

3    Let me know when you're there.

4         A.    Did you say 679?

5         Q.    Yes.

6         A.    Okay.  I'm sorry.  It took me a minute

7    to get there.  Okay.  I am on Page 11.

8         Q.    Okay.  So right now we're going to

9    look at the material that starts with the bullet that

10   says "2016."  Do you see where I'm referring?

11        A.    Yes, I see it.

12        Q.    Okay.  And does the material following

13   this bullet and carrying on to the next page, is this

14   a summary of changes to the tier structure in the

15   call center over the course of the past several

16   years?

17        A.    Yes.

18        Q.    Do callers have to call different

19   phone numbers to access different tiers?

20        A.    No.

21        Q.    How -- how do callers access the

22   different tiers?

23        A.    In the -- when proceeding through the

24   IVR, there are questions that help direct the call to

25   the correct tier.

1  take a caller to Tier 1 directly?

2          A.     Yes, we have two numbers that lead

3  into our customer service center.

4          Q.     Okay.  And one is for Tier 1 and one

5  is for Tier 3; is that correct?

6          A.     Correct.  But note that they can go to

7  either tier with either phone number, based on the

8  need.

9          Q.     Okay.  Thank you.

10         Okay.  And then we're going to look at

11  the bullet that refers to July 3, 2020.  Do you see

12  where I'm referring?

13         A.     Yes.

14         Q.     This bullet refers to a predictive

15  dialer.  What's a predictive dialer?

16         A.     The predictive dialer is where

17  outbound calls are made to applicants who have

18  applied, provided a phone number, the predictive

19  dialer calls that phone number that is submitted by

20  the applicant to complete the interview and is

21  usually done the business day after the applicant has

22  applied.

23         Q.     We're going to look at the next bullet

24  down that refers to October 6, 2020.  Do you see

25  where I'm referring?

1          A.     Yes.

2          Q.     This refers to Tier 3 Outbound.  What

3    is Tier 3 Outbound?

4          A.     That would be also called a predictive

5    dialer.

6          Q.     Okay.  And does Tier 3, standing on

7    its own without the word "outbound," does that refer

8    to inbound calls to Tier 3?

9          A.     Tier 3 can be inbound and outbound

10   calls.

11         Q.     Okay.  So this insert indicates that

12   prior to October 6, 2020, predictive dialer calls

13   were always prioritized over inbound calls.  Am I

14   reading that correctly?

15         A.     Yes.

16         Q.     It indicates that on October 6th, this

17   was changed so that outbound still had priority but

18   only when the inbound wait time was less than

19   45 minutes.  Am I reading that correctly?

20         A.     Yes.

21         Q.     And then if we look at the next bullet

22   on October 9th, it looks like the priority was

23   changed back so that outbound always had priority

24   again; is that correct?

25         A.     Yes.

1       Q.      Why was this series of changes made?

2       A.      Changes are often made at the call

3   center and the -- or the customer service center to

4   improve efficiency for applicants and to improve the

5   customer experience in completing the interview.

6       Q.      Okay.  Was there a specific reason why

7   these changes were made in particular?

8       A.      These changes were made in an attempt

9   to improve efficiency and effectiveness of the SNAP

10  interview tier.

11      Q.      Were the changes made in response to

12  any problems that were happening in the call center?

13      A.      I can't speak specifically.  This

14  would be -- this really is just to improve the -- you

15  know, the calls -- or the outbound calls versus the

16  inbound calls and trying to assist as many customers

17  as possible.

18      Q.      Okay.  And practically speaking, what

19  does it mean for outbound calls to be prioritized?

20      A.      The predictive dialer, in a very

21  layman's, not technical term, they reach out -- the

22  predictive dialer reaches out based on the phone

23  number provided and applications that were submitted

24  yesterday or the previous business day, and so we

25  attempt to get through all of those the next business

1   day to complete the interview as quickly as possible.

2          Q.     Okay.  And when outbound calls are

3   being prioritized, does that mean that all of the

4   workers in the call center at that time are handling

5   outbound calls only?

6          A.     Can you restate your question, please?

7          Q.     Sure.  When outbound calls are

8   prioritized, does that mean that all workers on the

9   call center are handling those calls at the same

10  time?

11         A.     No, out -- when outbound calls are

12  prioritized, it's those staff that are specifically

13  assigned to Tier 3 or for the SNAP interviews,

14  outbound calls are made the priority, not everyone on

15  the call center.

16         Q.     Okay.  When outbound calls are

17  being -- when Tier 3 outbound calls are being

18  prioritized, does that mean that all of the workers

19  working on Tier 3 are handling the outbound calls?

20         A.     Yes.

21         Q.     Okay.  We're going to look at a bullet

22  that refers to August 18, 2021.

23         A.     Did you say August 18th of '21?

24         Q.     Yes, which is on Page 6 of this

25  document.

1      Q.      Okay.  Does "licenses" refer to the

2  number of Genesys licenses that DSS had at the time

3  this email was sent?

4      A.      Yes.

5      Q.      Okay.  And what is Genesys?

6      A.      Genesys is the phone system we use for

7  our customer service center.

8      Q.      Okay.  And is Genesys a cloud-based

9  system?

10      A.      Yes, it is.

11      Q.      Okay.  So if DSS wanted to add

12  additional licenses, what would they do?

13      A.      I believe there is a purchasing -- or

14  a request to purchase additional license, and that

15  would go through the normal process for any purchase

16  request through Social Services.

17      Q.      Okay.  Thank you.  I believe you

18  already referred to Toni Sneller once today, but what

19  is -- what is Toni Sneller's job?

20      A.      Toni Sneller's job is that she assists

21  with the customer service center.  She's under

22  Nichole Conway, but she also leads the customer

23  experience team.

24      Q.      Okay.  And does the number of Genesys

25  licenses, does that act as an upper limit on how many

1    to be 0117095.  So this will be DSS_Wolf 22.

2              (Whereupon, Deposition Exhibit DSS_Wolf

3                Number 22 was marked for identification.)

4    BY MS. DEABLER-MEADOWS:

5         Q.    Let me know when you can see that.

6         A.    I can see it.

7         Q.    Okay.  So this is another email that

8    was produced in discovery.  It's another one that I

9    don't see you cc'd on, so if you want to take a

10   moment to read it, please do so.

11        A.    Yes.  If you'll allow me one minute.

12   Thank you.  Okay.

13        Q.    Okay.  So in this email, Nichole

14   Conway states, "We have not worked out a plan yet for

15   how phones will factor into everyone's daily/weekly

16   assignments along with processing."

17              Is she referring there to processing

18   center staff working the phones?

19        A.    Yes.

20        Q.    Okay.  Can a processing center staffer

21   working the phones, are they conducting interviews?

22        A.    Yes.

23        Q.    Was a plan worked out for how to

24   allocate processing center staff time in relation to

25   the call center?

1        A.      Yes, it was.

2        Q.      And what is that plan?

3        A.      The plan now is processing center

4  staff spend usually -- approximately three to four

5  hours a day assisting with call center -- or customer

6  service center calls.

7        Q.      Okay.  And does the amount of time

8  that processing center staff spend on the phones

9  fluctuate based on call center demand?

10       A.      Yes.

11       Q.      Okay.

12       A.      But I believe -- I believe there is a

13  minimum of time that processing center staff will

14  take -- will assist with phone calls.

15       Q.      Okay.  Great.  And who makes the

16  decision to have processing center staff spend more

17  time on the phones?

18       A.      That would be a decision made between

19  Jason Comer and Nichole Conway and potentially Kim

20  Evans.

21       Q.      Okay.  And is that a decision that's

22  made on like a daily basis?

23       A.      It would depend on demand --

24       Q.      Okay.

25       A.      -- and the volume of calls.

1  via the call center?

2      A.    I'd like to take some time to read it

3  because I --

4      Q.    Sure.  Go ahead.

5      A.    Thank you.  This is not the current as

6  we now have an appointment scheduler that is

7  available to applicants and participants for them to

8  make their -- for them to set their own appointment

9  that works best for them.

10     Q.    Okay.  Is that appointment scheduler,

11  is that like an automated system within the call

12  center?

13     A.    It -- or online.  It is both.

14     Q.    Okay.  So at the time this email was

15  written, did callers have to connect with a DSS

16  representative to be scheduled for an appointment?

17     A.    Yes.

18     Q.    But they no longer have to do that;

19  correct?

20     A.    Correct.

21     Q.    Okay.  And can you use -- can --

22  scratch that.

23          Can staff, applicants and participants

24  use the appointment scheduler to schedule both

25  in-person and telephone appointments?

1          A.     Yes.

2          Q.     Are there any other ways that

3   applicants can make appointments?

4               THE WITNESS:  Can you --

5               MR. HAYNES:  I'm sorry.  You cut out.

6               MS. DEABLER-MEADOWS:  Oh, sorry.  I

7   turned away from my microphone again.

8   BY MS. DEABLER-MEADOWS:

9          Q.     Are there any other ways that SNAP

10  applicants or participants can make appointments?

11         A.     SNAP applicants or participants can

12  walk into any of our resource centers and make an

13  appointment if that's what they wish to do.

14         Q.     Okay.  So appointments can be made in

15  person at a resource center or via the appointment

16  scheduler on the phone system or via the appointment

17  scheduler online; is that correct?

18         A.     That's correct.

19         Q.     Are there any other ways to make

20  appointments?

21         A.     Not at this time.

22         Q.     If a SNAP applicant schedules an

23  appointment to be interviewed, are they guaranteed to

24  get an interview slot that is prior to their 30-day

25  deadline to be interviewed?

1          Q.     Sorry.  I coughed.

2          A.     Okay.  It would be based on the

3     appointments that were scheduled and just for what

4     the individual -- the applicant or participant needed

5     to resolve.

6          Q.     Okay.  Does this appointment -- sorry.

7     Scratch that.

8                 Does this spreadsheet pull data from

9     the appointment scheduler's system that we were

10    talking about a couple minutes ago?

11         A.     I'm looking at the date, because this

12    may -- this appears to have been being used prior to

13    the appointment scheduler system we have now, so this

14    would be -- this would have been to bridge the gap

15    until we fully implemented our current appointment

16    scheduler.

17         Q.     Okay.  Is there a different tracking

18    document that's used now that the appointment

19    scheduler is implemented?

20         A.     That current one was just implemented,

21    I want to say, March of this year.

22         Q.     Okay.  So are you-all tracking the

23    appointment requests and the outcomes anywhere now

24    that the appointment scheduler is implemented?

25         A.     Yes, we would be tracking that.

1  are finished with this document if you want to close

2  out of the giant Excel spreadsheet.

3           MR. HAYNES:  It's saved.  Don't save

4  it again.

5       A.    Okay.  Perfect.

6  BY MS. DEABLER-MEADOWS:

7       Q.    And before we introduce our next

8  document, I'm just going to return to the

9  interrogatory responses, which we had marked as

10  Exhibit 19.  So let me know when you've navigated

11  back to that document.

12       A.    Did you say DSS_Wolf 19?

13       Q.    Yes.

14       A.    Okay.  I'm back.

15       Q.    Great.  When did the FSD call center

16  transition to Genesys?

17       A.    I believe that was in '21.  I want to

18  say -- I believe it was in '21.  It was June of '21.

19       Q.    Thank you.  And is it correct that

20  outbound -- sorry.  Scratch that.

21           Is it correct that inbound call center

22  calls were previously handled on a Cisco platform?

23       A.    Yes, that is correct.

24       Q.    Okay.  And is it correct that

25  predictive dialer calls were previously handled on an

1  Acqueon platform?

2          A.      Prior to Genesys?

3          Q.      Yes.

4          A.      I believe so, yes.

5          Q.      Why did DFS switch to Genesys for

6  their call center operations?

7          A.      Genesys provides a cloud-based

8  solution and better reporting.

9          Q.      And what are the advantages as far as

10 DFS is concerned in using a cloud-based platform?

11         A.      One advantage is the licenses and how

12 we can -- "we," as in Family Support Division -- can

13 ensure more workers across the state can take phone

14 calls.

15         Q.      Okay.  Did the previous platform

16 require that workers have specific phones?

17         A.      Yes.

18         Q.      And does Genesys require that people

19 have specific phones?

20         A.      It does -- it does require certain --

21 it does require certain licenses and certain options,

22 but there is more flexibility with the Genesys

23 platform.

24         Q.      Okay.  And you said that Genesys

25 provides better reporting; is that correct?

1          A.      Yes.

2          Q.      What sort of reporting can Genesys

3    provide?

4          A.      Cisco had limited reporting and so

5    Genesys offers more reporting specifically that can

6    be tailored to fit Social Services needs.

7          Q.      Okay.  Can you think of any specific

8    items that are tracked in Genesys that cannot be

9    tracked in Cisco?

10         A.      I don't want to speak specifically to

11   that.  I know it has better reporting, and I don't

12   want to misstate anything.

13         Q.      Okay.  Who would know the answer to

14   that?

15         A.      Nichole Conway.

16         Q.      Okay.  Thank you.

17                 Okay.  We're going to look at the

18   bullet in the rog responses that starts with July 6,

19   2021.  Let me know when you can see that.

20         A.      July 6th of '21?

21         Q.      Yes.  That should be on the fifth page

22   of the document.

23         A.      Okay.

24         Q.      Okay.  So this text says, "Because

25   Genesys has no limits on the queue size, the number

1    of people in queue often reaches 1,000 or more which

2    is more than staff can handle in one day.  The IVR is

3    updated to only allow calls into the queue or into

4    callbacks if the estimated wait time + 2 hours is

5    less than the amount of hours left in the day."

6              Do you see where I'm referring?

7         A.    Yes.

8         Q.    Okay.  Are calls that come in to the

9    call center when new calls are not being let into the

10   queue deflected?

11        A.    Yes.

12        Q.    What was the limit on the queue size

13   before Genesys was implemented?

14        A.    I don't know that answer.  I know it

15   was limited, though.

16        Q.    Okay.  Who would know the answer?

17        A.    Nichole Conway.

18        Q.    Prior to implementing Genesys, did DSS

19   have a plan of action for managing queue length and

20   wait times?

21        A.    DSS always wants to work to improve

22   the effectiveness and efficiency of the program and

23   are always looking to improve how we handle calls and

24   process applications.

25        Q.    Okay.  As Genesys was implemented, did

1    DSS anticipate that there might be problems with

2    queue length?

3              A.      DSS understands that any -- any

4    program may have some issues, but we work to resolve

5    those as soon as they are identified.

6              Q.      Okay.  Thank you.  Is the capacity

7    limit described in this bullet, which is estimated

8    wait time plus two hours, is that still the capacity

9    limit in use on the call center today?

10             A.      I believe it is, just to ensure we can

11   address everyone's needs as best we can.

12             Q.      And what is -- how is the estimated

13   wait time calculated?

14             A.      Estimated wait time is based on the

15   average time it takes to complete an interview

16   specifically for SNAP.  This is -- I want to

17   rephrase.  This is talking about Tier 3 when it comes

18   to SNAP interviews.  Estimated wait time is looked at

19   based on the average time it takes to do an interview

20   plus the number of calls in the queue prior to

21   entering.

22             Q.      Okay.  Let's look at the bullet that

23   refers to December 10, 2021, which is towards the

24   bottom of the sixth page of the document.  Let me

25   know when you're there.

1  does this IVR flow include the option to schedule an

2  appointment?

3          A.      I have to review it.  It does discuss

4  rescheduling or canceling appointments.  I'm

5  continuing to review.  It does talk about scheduling

6  an appointment.

7          Q.      And where are you seeing that?

8          A.      Towards the -- it's the next-to-last

9  page.  It's at the very end.  How does a person --

10  how does a person schedule an appointment?

11          Q.      Okay.  Okay.  So does this text,

12  "Choose to schedule an appointment.  Once caller is

13  in queue, caller will hear how many people are ahead

14  of them and offer to schedule an appointment instead

15  of waiting," is that how a -- how the appointment

16  scheduler is currently offered as an option?

17          A.      Can you say that again.  You cut out

18  just a little bit.

19          Q.      Sure.  Yep.  There's text that says,

20  "Choose to schedule an appointment.  Once caller is

21  in queue, caller will hear how many people are ahead

22  of them and offer to schedule an appointment instead

23  of waiting."  Is that the place in the IVR flow where

24  callers are currently offered access to the

25  appointment scheduler?

1          A.      I believe so, yes.

2          Q.      Okay.  Thank you.

3                  MS. DEABLER-MEADOWS:  We've just a

4     little bit more to talk about before we're totally

5     done with this topic and then we can break for lunch.

6                  THE WITNESS:  Okay.

7                  MS. DEABLER-MEADOWS:  Okay.  So we're

8     going to look at another document.

9                  Sara, it's going to be 0137397, and

10    this will be DSS_Wolf 34.

11             (Whereupon, Deposition Exhibit DSS_Wolf

12              Number 34 was marked for identification.)

13    BY MS. DEABLER-MEADOWS:

14         Q.      Let me know when you can see that.

15         A.      Mine opened.

16         Q.      Okay.  Do you recognize this document?

17         A.      Yes, I've seen this document.

18         Q.      And what is this document?

19         A.      Excuse me.  This appears to be another

20    flow on the IVR for the call -- customer service

21    center regarding -- there is some information here

22    regarding the predictive dialer.

23         Q.      Okay.  So is this the predictive

24    dialer IVR flow?

25         A.      Yes.

1        Q.      Is this the current version of this

2    document?

3        A.      I believe so, yes.

4        Q.      If a client answers the predictive

5    dialer call and they select Option 1, are they placed

6    in the same queue as individuals who are calling in

7    themselves to complete their staff interview?

8        A.      No.

9        Q.      Are they placed in a different queue?

10       A.      They are directly connected to an

11   eligibility worker to complete the interview.

12       Q.      Okay.  Is there any circumstance in

13   which an individual being called by the predictive

14   dialer would be placed in a queue?

15       A.      Not that I'm aware of.

16       Q.      Has there ever been a time when

17   callers called on the predictive dialer and were

18   placed in a queue?

19       A.      No, they are connected directly to an

20   eligibility worker.

21       Q.      We're going to look at the text at the

22   top of this document.  It says, "Applications that

23   are screened as expedite will receive 1 call for two

24   days or until their interview is completed, whichever

25   occurs first.  All other applications receive 1 call

1    for one day."

2                   Do you see what I'm referring to?

3         A.      Yes.

4         Q.      What is "screened as expedite"?

5         A.      "Screened as expedite" indicates that

6    they've met the expedited criteria for SNAP benefits.

7         Q.      Okay.  And how is that screening

8    conducted?

9         A.      That screening is conducted on the

10   application.  There is a box of questions on the very

11   first page that would indicate expedited benefits may

12   be needed.

13        Q.      Okay.  And how would someone who is

14   eligible for expedited SNAP benefits complete their

15   interview if they miss the two predictive dialer

16   calls that are referred to in this text?

17        A.      Any participant or applicant can

18   complete their interview making -- scheduling an

19   appointment, walking into any resource center and

20   asking for that, and via the phone for the customer

21   service center.

22        Q.      Are individuals who are screened as

23   expedite-eligible, are they given any sort of

24   priority over other SNAP interviews?

25        A.      They are -- they receive more

1    predictive dialer calls.  They receive the -- they

2    receive the call for two days, one call for two days

3    as a priority.

4              Q.    Okay.  Any other priority?

5              A.    Not at this time.

6              Q.    Okay.  Thank you.  So this text -- the

7    text on this page also says, "All other applications

8    receive 1 call for one day."  Do you see what I'm

9    referring to?

10             A.    Yes.

11             Q.    Does that include both recertification

12   applications and initial applications?

13             A.    Yes.

14             Q.    Thank you.  Okay.  We're going to

15   quickly refer back to a prior exhibit.  That's going

16   to be Exhibit 5, and we'll be looking at the third

17   page of document once you're in there.

18             A.    Okay.  I'm on the third page.

19             Q.    Okay.  All right.  We're going to look

20   at a paragraph that's about halfway down the page.

21   It's just above the number 8, and it says, "DSS has

22   implemented predictive dialing for the call centers

23   which attempts contact with clients on the first day

24   for all applications.  After attempts for four days,

25   the system will generate a Notice of Missed Interview

1          A.      I believe we did verbally.

2          Q.      Okay.  And did FNS approve the change

3   in procedure?

4          A.      We have not received anything from FNS

5   indicating they did not approve of it.

6          Q.      Okay.  So just to confirm, there was

7   no written notification to FNS of the change in

8   procedure?

9          A.      That's correct.

10          Q.      But you believe there was a verbal

11   notification?

12          A.      Correct.

13          Q.      Who made that verbal notification?

14          A.      That would have been Alicia Mitchem.

15          Q.      Okay.  Thank you.

16               MS. DEABLER-MEADOWS:  Okay.  We're at

17   a good place to pause.  So do we want to do 45

18   minutes again?

19               MR. HAYNES:  We did 45 minutes

20   yesterday and that was good for us, but if you need

21   more time.

22               THE WITNESS:  No, 45 minutes is fine.

23   Thank you.

24               MS. DEABLER-MEADOWS:  Okay.  Great.

25   So we will reconvene in 45 minutes, which will be

1    at -- somebody else do the math because I'm in a

2    different time zone.

3                    MR. HAYNES:  Is that 1:20-ish?

4                    MS. DEABLER-MEADOWS:  Sounds good.

5    All right.  I will see you all in a while.

6                    THE WITNESS:  Thank you.

7                        (Noon recess taken.)

8                    MS. DEABLER-MEADOWS:  We'll go back on

9    the record.

10   BY MS. DEABLER-MEADOWS:

11        Q.    Did the resource centers close in

12   response to COVID-19?

13        A.    Yes, resource centers did close in

14   response to the public health emergency and COVID-19.

15        Q.    And when did they close?

16        A.    End of March of 2020.

17        Q.    And at this point, are they reopened

18   to the public?

19        A.    Yes, they are reopened to the public

20   at this point.

21        Q.    And when did they reopen?

22        A.    Beginning in February of '21 we began

23   the reopening based on COVID cases or numbers in the

24   community, but also offering appointments only in

25   February of '21.  But in May of '21, the governor

1    declared that all offices must reopen -- all state

2    offices must reopen to the public.

3          Q.    Okay.  And at that point, did all

4    resource centers return to normal hours of operation?

5          A.    They did to the point that we had

6    staff available and could staff the resource center.

7          Q.    Okay.  And what are the typical hours

8    of operation for a resource center?

9          A.    Resource centers are open Monday,

10   Tuesday, Thursday and Friday from 8:00 to 5:00 and on

11   Wednesdays 9:00 to 5:00.  Just note that sometimes we

12   are co-located with other agencies and those hours

13   may not be the same as ours.

14         Q.    Okay.  And are the hours of operation

15   the same for every resource center?

16         A.    Yes.

17         Q.    Okay.  Has that always been true?

18         A.    Yes.

19         Q.    So did I hear you correctly that

20   resource centers are not open to the public on

21   Wednesdays?

22         A.    They are open to the public on

23   Wednesday.  They do not open until 9:00 a.m. on

24   Wednesday mornings.

25         Q.    Okay.  Thank you.

1    resource centers that were open.

2          A.    So what is the question, then?

3          Q.    Does this paragraph, 99, and this

4    Footnote Number 10 accurately describe the days and

5    hours of operations for resource centers today?

6          A.    As of today, we are expanding all --

7    you know, expanding opening as many as we can.  The

8    goal is to be open five days a week in every

9    location, but we also have to ensure we have staff

10   that can work in those locations, and we are actively

11   pursuing and hiring in locations to ensure staff are

12   there to have the resource centers open five days a

13   week.

14         Q.    Okay.  So is it accurate to say that

15   not all resource centers are currently open five days

16   a week due to staffing issues?

17         A.    That is correct.

18         Q.    Okay.  Is there a target date for

19   resolving those staffing issues?

20         A.    DSS works towards opening those as

21   quickly as we can and are working through the hiring

22   process to ensure those locations can be open five

23   days a week.

24         Q.    Who makes the decision as to how the

25   limited resource center staff is allocated amongst

1        Q.      Okay.

2        A.      -- if needed.

3        Q.      Thank you.  And is -- does Jason Comer

4   also decide how many staff are needed for a

5   particular resource center to be open five days a

6   week?

7        A.      It's -- the staffing level is

8   determined by the demand and the traffic that

9   potentially will enter or, you know, need assistance

10  in that resource center.  That decision is made in

11  coordination with our human resource department.

12       Q.      Okay.  How are the demand and the

13  traffic for a given resource center tracked?

14       A.      We -- excuse me.  DSS and FSD have a

15  tasking system that tracks each interaction with the

16  public or participants or applicants.

17       Q.      And what's that tracking system

18  called?

19       A.      It's called Kurent.

20       Q.      If a SNAP applicant's local resource

21  center is functioning on limited hours due to

22  staffing problems, how can that applicant learn what

23  hours their local resource center is open?

24       A.      On the DSS website, we have our

25  locations listed, our resource centers locations

1    listed, and those hours of operation are up-to-date.

2    Now, I will say it can't -- it may not have immediate

3    when bad weather occurs and we have to close a

4    resource center or a gas leak, some issues like that,

5    may not be updated immediately.

6           Q.    Okay.  How would an applicant who

7    doesn't have internet access learn that information?

8           A.    It could also -- many of our resource

9    centers have their hours posted on their doors.

10          Q.    Other than COVID-related closures and

11   reopening and the staffing issues that we just

12   discussed, have there been any other changes to the

13   hours of operation of resource centers since the

14   beginning of 2019?

15          A.    Other than -- like, I said, COVID,

16   staffing issues or potentially bad weather or gas

17   leak or a building issue are the only closures --

18          Q.    Okay.  When --

19          A.    -- to the resource center.

20          Q.    Sorry.  Did you have something else?

21          A.    No.  No.  Go ahead.  I'm sorry.

22          Q.    When you say "building issue," would

23   that refer to issues that are longer term and might

24   lead to an extended closure?

25          A.    Not necessarily.  When I talk building

1          Q.     Okay.  So when you say that DSS staff

2    would give them the options to complete their

3    interview, does that mean that the script that call

4    center staffers are working off of includes text

5    outlining, you can complete your interview by phone

6    or you can complete your interview face-to-face?

7          A.     So DSS staff, if they have them on --

8    if they have the applicant on the phone, would

9    complete the interview unless the participant

10   specifically said, "I want the interview to be

11   face-to-face."  But it is -- in many of our brochures

12   and notices, it is laid out exactly that a

13   face-to-face can be requested or it can be done over

14   the phone.

15         Q.     Okay.  Thank you.  So towards the

16   bottom of the page, the last paragraph that is not

17   bolded, I'm going to look at the final sentence which

18   says, "When transferring to the appointment line,

19   staff should inform clients appointments cannot be

20   made for the same day."

21                Do you see where I'm referring?

22         A.     Yes, I see that.

23         Q.     Why can't individuals get same-day

24   appointments?

25         A.     Same-day appointments are not offered

1    simply for staffing resources.  If an applicant or

2    participant was to walk in to a resource center and

3    request -- and did not have an appointment, staff

4    would do their best to ensure that a face-to-face

5    interview could completed -- could be completed.

6         Q.    Okay.  Who made the decision to

7    disallow same-day appointments?

8         A.    That would have been a decision --

9    Nichole Conway, Jason Comer -- simply to ensure that

10   we had the staffing available to handle the

11   appointments.

12        Q.    Okay.  Thank you.

13              We're going to introduce two more

14   exhibits that we're going to look at side-by-side

15   again.

16              MS. DEABLER-MEADOWS:  So, Sara, please

17   put in 106440 as DSS_Wolf 37 and then 33892 as

18   DSS_Wolf 38.

19         (Whereupon, Deposition Exhibit DSS_Wolf

20          Numbers 37 and 38 were marked

21          for identification.)

22   BY MS. DEABLER-MEADOWS:

23        Q.    And, Ms. Wolf, just let me know when

24   you have both of those open.

25        A.    Did you say 37 and 38?

1    resource centers.  They are there to address any of

2    the public's needs, whether it be application,

3    interview, verification or just answer general

4    questions.

5         Q.    Okay.  Thank you.

6         A.    Uh-huh.

7         Q.    Okay.  I think that's it for this one.

8               Okay.  How many people total work in

9    the resource centers right now?

10        A.    In the resource centers currently, I

11   believe we have just over -- just under 400

12   employees.  But like I stated earlier, we are always

13   trying to hire and increase our staff in the resource

14   centers.

15        Q.    Okay.  And I know you've already

16   covered some of this, but could you give me as

17   complete a list as you are able of the tasks that

18   staff and resource centers are expected to do.

19        A.    Staff and resource centers are there

20   to assist the public, whether it be applicant or

21   participant, with applications, verifications,

22   answering general questions, additional resources,

23   registering applications, just anything that would

24   assist participants or applicants in completing their

25   case or answering general questions.

1        Q.      Okay.  Thank you.  How many people

2    currently work in the customer service centers?

3        A.      In the customer service center

4    specifically is just under 300.

5        Q.      Has DSS ever generated an estimate of

6    how many people would need to be staffed on the

7    customer service center to keep the call center

8    deflection rate at zero percent?

9        A.      So to keep the deflection rate at zero

10   percent, that would be hard to calculate simply

11   because demand is hard to determine, not only day by

12   day but hour by hour.

13       Q.      Okay.  Has DSS ever attempted to make

14   such a calculation?

15       A.      We have not.

16       Q.      Thank you.  And could you also give me

17   as complete a list as you're able of the tasks that

18   customer center employees are expected to do?

19       A.      Customer center -- customer service

20   center employees are also expected to answer general

21   questions, complete interviews, process a case after

22   the interview is complete to try to res- -- to come

23   with a resolution at the end, inform callers of

24   possible resources.

25       Q.      Okay.  Thank you.  How many people

1   are -- total are currently staffed in the processing,

2   centers?

3           A.      The processing centers, I believe is

4   right at -- I'm going to -- to be honest, I think our

5   total is right at 1800 for call centers, resource

6   centers, and processing centers, so quick math,

7   1800 -- or, I'm sorry, minus the just under 400 and

8   just under 300 for resource centers and call centers

9   respectively.

10          Q.      Okay.  And can you give me as complete

11  a list as you're able of the tasks that processing

12  center staff are expected to do?

13          A.      Processing center staff are expected

14  to process cases to a determination, work

15  verifications, process verifications, applications,

16  answer phone calls when needed or actually assist

17  resource centers when needed also.

18                  MS. DEABLER-MEADOWS:  I'm going to

19  introduce another exhibit, which will be DSS_Wolf 42

20  and, Sara, that's going to be 0126881.

21              (Whereupon, Deposition Exhibit DSS_Wolf

22              Number 42 was marked for identification.)

23  BY MS. DEABLER-MEADOWS:

24          Q.      Let me know when you can see that.

25                  MR. HAYNES:  It looks like that works

1    it.  Yes.

2         Q.    Okay.  Do DSS staff move between

3    different public benefits programs?

4         A.    Yes, DSS staff can move between

5    different programs.

6         Q.    Okay.  Do they do so routinely?

7         A.    Yes.

8         Q.    And who makes the decision to reassign

9    DSS staff to work on a different public benefits

10   program?

11        A.    That would be Jason Comer.

12        Q.    Okay.  And then we're going to look at

13   Slide 14, which is labeled Current Assignments.  Let

14   me know when you're there.

15        A.    I'm on Slide 14.

16        Q.    So the first bullet refers to staff

17   missions.  What is a staff mission?

18        A.    Staff missions are part of our

19   tasking, so that is their mission to accomplish for

20   the day.  So based on our tasking system, it can be

21   labeled and I -- that's what's in that first line

22   there.

23        Q.    Okay.  And when you say "tasking

24   system," that's the current system that you referred

25   to earlier?

1          A.      Yes.

2          Q.      So are staff members assigned a new

3    mission each workday?

4          A.      Not necessarily each workday.  It's

5    based on the demand and the need.

6          Q.      Okay.  So if a staff member were being

7    moved from working on Medicaid to working on SNAP,

8    would they be informed of that change via their staff

9    mission?

10         A.      Can you -- can you rephrase that,

11   please?

12         Q.      Sure.  If a staff member were being

13   switched from working on one public benefits program

14   to another, would that change be reflected in their

15   staff mission?

16         A.      Yes.

17         Q.      Okay.  Would they be informed of the

18   change through any other means?

19         A.      They would be -- also be informed by

20   their direct supervisor.

21         Q.      Okay.  And who assigns the staff

22   missions?

23         A.      That's a coordination between the

24   program administrators, the supervisor, and Jason

25   Comer.

1    under Staffing Data Foot Notes.

2            A.    Oh, I'm sorry.  There it is.  I see

3    it.

4            Q.    Okay.  Does this process of adding the

5    processing center staff or removing them throughout

6    the day -- and to be clear, this is referring to

7    adding and removing them from the call center -- is

8    that the same process that we were just talking about

9    in regards to staff missions and backup missions?

10           A.    Yes, that would be the same.

11           Q.    Okay.  Are all members of the

12   processing center staff trained to do SNAP

13   interviews?

14           A.    Yes, they are.

15           Q.    And just in practical terms, what is

16   involved with adding a member of the processing

17   center staff to the call center partway through the

18   day?  Do they have to change workstations?

19           A.    No, they do not have to change

20   workstations.  They can stay right where they are, as

21   far as in their workstation computer.  Just would be

22   making sure to log in to the Genesys phone system so

23   that those calls can be tracked.

24           Q.    Okay.  Great.  Thank you.

25                 One other practical question about the

1          Q.      Okay.  Is there anyone in particular

2   at FSD who's working on that?

3          A.      Allison Robeson.

4          Q.      And what's her job?

5          A.      She is the HR manager.

6          Q.      Okay.  She's the HR manager for FSD?

7          A.      For FSD, yes.

8          Q.      Okay.  Thank you.

9                  MS. DEABLER-MEADOWS:  And, Sara, you

10  can stop screen sharing.

11  BY MS. DEABLER-MEADOWS:

12         Q.      So aside from shifting staff around

13  between resource centers, the call center, and

14  processing centers, has DSS ever moved staff from

15  other parts of the agency to work on SNAP interviews?

16         A.      We have not moved other staff to work

17  on SNAP interviews at this time.

18         Q.      Okay.  Has that option ever been

19  considered?

20         A.      It has been considered in that FNS

21  also has very strict guidelines on who can do those

22  interviews, so we have to keep in mind there are some

23  guidelines on who can and cannot based on regular job

24  duties.

25         Q.      So have there been conservations about

1   interviews.

2       Q.    Is this the current training plan

3   that's used for staff who are being trained to do

4   SNAP interviews?

5       A.    Actually, no, because of our revamp

6   that started, we just implemented that two weeks ago.

7       Q.    Okay.  So is there a new training

8   plan?

9       A.    Yes, there would be a new training

10  plan.

11          MS. DEABLER-MEADOWS:  Okay.  That will

12  need to be produced.

13          MR. HAYNES:  I'll work on that.

14  BY MS. DEABLER-MEADOWS:

15      Q.    Who drafted the new SNAP training

16  plan?

17      A.    We contracted with an outside

18  contractor and entity in conjunction with the

19  training unit who is managed by Jolon Wickern.

20      Q.    Okay.  What's the name of the outside

21  contractor?

22      A.    Change & Innovation Agency.

23      Q.    And is that contractor performing any

24  other work for DSS right now?

25      A.    Yes.

1      Q.      And what is that work?

2      A.      That work includes reviewing --

3  obviously, the training plan that I just discussed.

4  It also includes reviewing our processes to ensure we

5  have the most streamlined processes available for

6  staff and participants.

7      Q.      Okay.  Would it be accurate to say

8  that DSS, in collaboration with that contractor, is

9  undergoing a business process redesign?

10      A.      That would be accurate.

11      Q.      Okay.  Is that -- how long has that

12  process been going on?

13      A.      That process started at the end of

14  2020.

15      Q.      Okay.  Is there a target end date for

16  that process?

17      A.      The -- we do not have a specific

18  target end date.  It is based on milestones.

19      Q.      Okay.  Thank you.

20              Okay.  So let's look at Page 3.  And

21  the second paragraph says, "As we were working on the

22  final details of this plan we were informed that you

23  will need to learn how to do SNAP Phone Interviews

24  slated to start in January 2022."  And then the

25  paragraph above refers to this training being for a

1  group of staff that started together in March 2021.

2              Is that period of time from March 2021

3  to January 2022 a typical amount of time for new

4  staff to start doing SNAP interviews?

5       A.    No.

6       Q.    What would be a more typical amount of

7  time?

8       A.    It typically takes a couple of months

9  for new staff to be trained in a way to be able to

10 complete a SNAP interview.

11      Q.    Okay.  Is there a reason why there was

12 a longer gap between start date and doing SNAP

13 interviews for this group?

14      A.    I am not aware of what it would be.

15      Q.    Who decides which staff members

16 receive this SNAP interview training?

17      A.    All new employees receive SNAP

18 interview training.

19      Q.    Okay.  And who schedules them for that

20 training?

21      A.    The training is scheduled in

22 collaboration between the training unit, which is

23 under Jolon Wickern, and the immediate supervisor --

24      Q.    Okay.

25      A.    -- based on available time slots in

1      Q.      Okay.  Thank you.  How can a person

2  who wants to apply for SNAP access an application?

3      A.      DSS offers multiple ways to access an

4  application, including by mail, in person, and

5  walking in from a resource center.  We have several

6  community partners that also have SNAP applications

7  available.  Online, those can be faxed in, mailed in,

8  dropped off.  There's numerous ways.

9      Q.      Does DSS have the ability to accept a

10  SNAP application over the phone?

11      A.      We do not at this time.

12      Q.      Was that something that you had a

13  waiver for during COVID?

14      A.      No, we did not.  We waived interviews

15  during COVID.

16      Q.      Okay.  Could an individual request a

17  SNAP application by asking on the call center?

18      A.      Yes, they can.

19      Q.      And once they made that request, what

20  would happen?

21      A.      The eligibility worker would ensure

22  they had the correct address and mail that

23  application to the participant or applicant or they

24  would instruct that applicant or participant to go

25  online or to their local resource center.  They would

1          A.        That would be frontline staff, benefit

2    program technicians.

3          Q.        And does that include resource center

4    workers and call center workers?

5          A.        Yes.

6          Q.        Does it include processing center

7    workers?

8          A.        Yes.

9          Q.        We're going to turn to the fifth page

10   of the document, which is Bates Stamped 0128438, and

11   we're going to look at letter f at the bottom of the

12   page.  Let me know when you get there.

13         A.        I'm at letter f.

14         Q.        Okay.  So under letter f, there are

15   references to registering applications.  If a person

16   is registering a SNAP application is not at the same

17   time conducting the interview, how is that

18   application marked as received by the agency?

19         A.        You cut out at the very end.  Can you

20   restate your question?

21         Q.        Sure.  This text makes references to

22   registering applications, which I understand to mean

23   SNAP applications -- or to include SNAP applications.

24   If the worker who is registering an application is

25   not at the same time conducting an interview, how is

1    the application marked as received?

2            A.      In the system, our FAMIS eligibility

3    system, there is -- there are screens for registering

4    that make -- that flag the system to say there is an

5    application registered and pending an interview.

6            Q.      Okay.  And now we're going to look at

7    Page 7 of this document.  Let me know when you're

8    there.

9            A.      Okay.

10           Q.      Okay.  So we're going to look at

11   Step 5, Complete the Application Registration and

12   Enter the Controlled Flow.  Once an application is

13   registered in FAMIS, does that actually trigger an

14   interview process?

15           A.      It would trigger that an interview

16   needed to be completed unless it was a waived

17   interview.

18           Q.      What's a waived interview?

19           A.      Waived interview would be an interview

20   not required currently.  We have those for some of

21   our elderly and disabled population if they meet

22   certain criteria.  But during COVID, we waived

23   interviews for a couple months for all interviews.

24           Q.      Okay.  Thank you.  Those waivers

25   were -- were those waivers pursuant to an FNS COVID

1    waiver?

2         A.    Yes.

3         Q.    So once FAMIS has triggered that an

4    interview is needed, what happens next in the system?

5         A.    The following day -- once the

6    application is registered, the following day the

7    predictive dialer picks up that application that

8    needs an interview and makes a call out to the

9    participant based on the phone number that's provided

10   so that an interview can be -- or is attempted to be

11   completed the very next day.

12        Q.    Okay.  Just making sure I haven't

13   missed anything before we move on.  And under Step 6,

14   letter a, Number i, there's references to entries

15   relating to screening of expedite eligible.

16              Do you see where I'm referring?

17        A.    Under Step 6a.  I'm there.

18        Q.    Okay.  Is this -- these entries

19   relating to screened expedite eligible, is that the

20   same expedited screening process that we talked about

21   in relation to the predictive dialer this morning?

22        A.    Yes.

23        Q.    We're going to look at the next page,

24   so letter d at the top of the eighth page of this

25   document, do you see where I'm referring?

1  was available to conduct the interview at that time,

2  would that be noted in their case file?

3         A.     It would not be noted in their case

4  file.  But in our tasking system, each person -- or

5  each individual that -- applicant or recipient that

6  comes in, we do have a record of that.

7         Q.     Okay.  Thank you.  When a SNAP

8  application is denied for failure to complete an

9  interview within 30 days, is that something that

10  DSS's computer system does automatically?

11         A.     Yes, our FAMIS eligibility system can

12  track that based on no interview completed.

13         Q.     Okay.  So on day 30 after a SNAP

14  application has been filed, is it correct that FAMIS

15  would just auto deny that application?

16         A.     It would auto deny, but it would be

17  overnight to allow the full business hours for that

18  interview to be completed.

19         Q.     Okay.  Thank you.  Are there any

20  exceptions to that auto denial when the interview has

21  not been completed?

22         A.     I don't know of any at this point.

23         Q.     Do -- if a DSS worker knows that an

24  applicant has been trying to get interviewed and has

25  not been able to because of call center wait times,

1    available?

2           A.     Yes, they will be.

3                  MS. DEABLER-MEADOWS:  I'm going to

4    suggest that we take a ten-minute break so you guys

5    don't have to sit here and watch me organize my

6    papers, so can we reconvene in ten minutes?

7                  THE WITNESS:  That's fine.

8                  MR. HAYNES:  Yeah.

9                  THE WITNESS:  Thank you.

10                 MS. DEABLER-MEADOWS:  Thanks.

11                      (Brief recess taken.)

12   BY MS. DEABLER-MEADOWS:

13          Q.     I just want to briefly move back to a

14   couple questions about the predictive dialer.  What

15   time of day does the predictive dialer start calling

16   people?

17          A.     I believe it starts at 7:00 a.m.

18          Q.     And how long does it keep trying to

19   call people?

20          A.     It goes un- -- the predictive dialer

21   runs until it goes through the entire list of

22   applications registered the previous business day.

23          Q.     Okay.  And if that list of

24   applications took longer than the call center

25   operations time for the day, would it continue on

1   calling from that same list the following day?

2          A.     It would, but that's very rare that we

3   can't get through the list in a day.

4          Q.     And is there a particular order that

5   the predictive dialer calls people in?

6          A.     No.

7          Q.     It's not -- it's not like the order

8   that the applications were registered?

9          A.     No, it's just a list and it makes --

10  without getting too technical, the predictive dial

11  dials multiple numbers at the same time.  And when

12  someone picks up, that's who -- when an applicant or

13  participant picks up the phone, that's what's routed,

14  and it continues to call other numbers.

15         Q.     And are there any points during the

16  day when the predictive dialer is paused?

17         A.     No.

18         Q.     Okay.  So if I remember correctly,

19  earlier today you testified that when individuals are

20  called via the predictive dialer, if they answer the

21  call, they are not placed in the call center queue;

22  is that correct?

23         A.     That is correct.

24         Q.     Okay.  We're going to look at a

25  document.

1                    MS. DEABLER-MEADOWS:  Okay.  And what

2    number was that?

3                    MS. LUNDEN:  It was DSS_Wolf 32.

4                    MS. DEABLER-MEADOWS:  Okay.  Let's

5    open Exhibit 32.

6    BY MS. DEABLER-MEADOWS:

7         Q.    And let me know when you have that

8    open.

9         A.    I have that open.

10        Q.    Okay.  So if we're looking at Page 3,

11   first it says the FSD Languages Menu.  I believe

12   that's the language selection that you were just

13   describing a moment ago; is that correct?

14        A.    That's correct.

15        Q.    And then an individual trying to

16   navigate to the SNAP flow would press 1; correct?

17        A.    That's correct.

18        Q.    Okay.  And then under SNAP flow, this

19   is the identity verification; correct?

20        A.    Yes.

21        Q.    So then if we're looking at "Pending

22   Cases - need interview," there's text that says, "Our

23   records show that you need to complete an interview

24   before we can process your SNAP application.  If you

25   would like to complete this interview now, press 1.

1  To complete this application at another time, you may

2  call the application interview line directly at 855

3  823 4908."

4              Is that the phone number to your

5  Tier 3 call center?

6      A.    Yes, I believe so.  I don't remember

7  all the 800 numbers by heart.

8      Q.    Okay.  So I guess what I'm looking to

9  clarify is at what point in this flow is the

10  appointment scheduler offered?

11      A.    Give me a second to review, please.

12  The appointment scheduler was just implemented in

13  March of '23, the most up-to-date one.

14      Q.    So does that option now appear on this

15  version of the IVR flow?

16      A.    It appears it does not -- is not

17  included in this version.

18              MS. DEABLER-MEADOWS:  Okay.  So we'll

19  need a supplemental production that includes that

20  updated IVR flow that does reflect the appointment

21  scheduler.

22              MR. HAYNES:  If it exists and hasn't

23  been produced, then I would certainly not disagree

24  with you.

25              MS. DEABLER-MEADOWS:  Okay.  Thank