# EXHIBIT 19



Highly Confidential Subject to Protective Order

MISSOURI FAMILY SUPPORT DIVISION
3101 CHOUTEAU AVE
SAINT LOUIS MO 63103-2923

855 373 4636

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

DEC 23 2021

EXHIBIT
DSS_Wise Exhibit No. 4
exhibitsticker.com

ANDREW A DALLAS

| FOOD STAMP CHANGE REPORT | USE THIS FORM ONLY TO REPORT CHANGES. RETURN THE COMPLETED FORM TO YOUR LOCAL FSD OFFICE. | Date 12/09/2021 |
|---|---|---|
| Head of Eligibility Unit ANDREW A DALLAS | | DCN |
| Eligibility Specialist ELIGIBILITY TEAM | Phone Number (636)797-9601 | Load 000315 |

You and all members of your household are required to report by the 10th day of the month after the month the change happens for the Food Stamp Program.

- If your household's total gross monthly income, before deductions, goes over $1,396.00 ; and
- If the number of hours worked by a household member falls below 20 hours per week, and that member is aged 18 - 49 and able bodied without dependents.

You may use this form to report the changes or you may write, phone, or visit the FSD office to report the changes. If you have any questions, you may call your Eligibility Specialist at the telephone number listed above.

**CHANGE IN INCOME**

| NAME | SOURCE OF INCOME | NEW AMOUNT | RATE OF PAY | NO. HOURS |
|---|---|---|---|---|
| | | | | |
| | | | | |

**WILL THE CHANGE(S) BE FOR MORE THAN ONE MONTH?** ☐ YES ☐ NO

IF YOU PURPOSELY HOLD BACK INFORMATION ABOUT CHANGES IN YOUR HOUSEHOLD, YOU WILL OWE US THE VALUE OF EXTRA BENEFITS YOU RECEIVE AS A RESULT. YOU MAY ALSO BE BARRED FROM THE FOOD STAMP PROGRAM FOR 1 YEAR, 2 YEARS OR PERMANENTLY AND BE FINED, AND/OR IMPRISONED.

PENALTY WARNING: Any information provided on this form is subject to verification by federal, state and local officials. If any is inaccurate, you may be denied Food Stamp benefits and/or be subject to criminal prosecution for knowingly providing false information.

13 CSR 40-2.190 provides for recovery of benefits when it is determined someone has received benefits they are not entitled to.

7 USC 2015(b)(1)(A) and (B). Any person who has been found by any state or federal court or administrative agency to have intentionally made a false or misleading statement, or misrepresented, concealed or withheld facts or committed any act that constitutes a violation of this act, the regulations issued there under, or any state statute, for the purpose of using, presenting, transferring, acquiring, receiving, or possessing Food Stamp benefits shall, immediately upon the rendering of such determination, become ineligible for further participation in the program for a period of 1 year upon the first occasion of any such determination, 2 years for the second occasion and permanently for the third occasion.

7 USC 2024(b)(c) and (h). Anyone who knowingly uses, transfers, acquires, alters, or possesses benefits, or access devices in any manner contrary to the Food Stamp Act is subject to fine and imprisonment. Upon conviction, punishments include a fine of $250,000 and/or imprisonment for 20 years if the value of the benefits or access devices is $5,000 or more. If the value is less than $5,000 but greater than $100, punishments include a fine of $10,000 and/or imprisonment for 5 years. If the value is less than $100, punishments include a fine of $1,000 and/or imprisonment for 1 year. Anyone who presents for payment or redemption benefits which have been illegally received, transferred, or used is subject to a fine of $20,000 and/or imprisonment for 5 years if the value of the benefits is $100 or more. If the value is less than $100, punishments include a fine of $1,000 and/or imprisonment for 1 year. Anyone convicted of felony offenses relating to the above transactions is also subject to having all real and personal property used in such transactions forfeited to the United States.

7 USC 2015(k). Any individual who is a fleeing felon or a probation/parole violator is ineligible to participate in the Food Stamp Program.

Pursuant to section 570.030,RSMO the stealing of public assistance benefits is a Class C felony if the value of the benefits is $500.00 or more. Punishment includes imprisonment for up to seven years and a fine not to exceed $5,000.00. If the value of the benefits is less then $500.00, the crime is a Class A misdemeanor.

I understand the penalty for hiding or giving false information. I also understand I will owe the value of any extra benefits I receive because I do not fully report changes in my household. My signature below certifies under the penalty of perjury that all declarations made on this change report are true, accurate and complete.

| SIGNATURE | PHONE NUMBER | DATE |
|---|---|---|
| Andrew Dallas | | 12-21-21 |

0000072

FA-544 (06-1(



<THIS PAGE WAS INTENTIONALLY LEFT BLANK>

I have epilepsi + cannot understand like normal people do. Please help! I am not sure I understand all of the letter. I am disabled.

AUXILIARY AIDS AND SERVICES ARE AVAILABLE UPON REQUEST TO INDIVIDUALS WITH DISABILITIES
TDD / TTY: 800-735-2966
RELAY MISSOURI: 711




MISSOURI FAMILY SUPPORT DIVISION
3101 CHOUTEAU AVE
SAINT LOUIS MO 63103-2923

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

FEB 04 2022

*******OFFICIAL STATE OF MO BUSINESS*******

ANDREW A DALLAS

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 01 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN |

We are required to complete an interim review of your eligibility for Supplemental Nutrition Assistance Program (SNAP) benefits.

After each question, we are giving you the information we have on file for you. Please read each question carefully and look at the information we have on file for you before you answer. The answers you give will determine continued eligibility for SNAP benefits.

After you have reviewed and provided any additional information on this form please sign on the line indicated "Signature".

YOU MUST ANSWER ALL ELEVEN QUESTIONS AND
Return this form by ** 02/01/2022 **

Failure to return this form may result in your SNAP case being closed. Contact the FSD Information Center if you need assistance or have any questions toll free at 855-FSD-INFO (855-373-4636).

A voter registration application is included with this mailing. If you wish to register to vote, please complete the form and return it with this form. You may also return the voter registration form using any of the ways listed below on this form. This has no impact on your continued eligibility for SNAP benefits.

Providing a Social Security Number (SSN) is voluntary. However you cannot receive benefits for any individual whose SSN is not provided. The SSN will be used to determine eligibility and benefit level; verify information, prevent duplicate issuances, and to process automatic adjustments in federal benefits (Food and Nutrition Act of 2008 as amended by 7 U.S.C. 1011-2036).

The Missouri Department of Social Services offers you the ability to Review your Benefits or to Report Changes with our online application and management area at https://apps.dss.mo.gov/BenefitReview/BenefitSummary.aspx.

1. ARE ANY HOUSEHOLD MEMBERS NO LONGER LIVING WITH YOU? ___YES X NO

These are the members we have on file for you. If any of these members are no longer living with you enter the date moved out.




Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 02 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN [redacted] |

| HOUSEHOLD MEMBERS | RELATION | BIRTHDATE | DATE MOVED OUT |
|---|---|---|---|
| ANDREW ALAN DALLAS | SELF | [redacted] | |

2. DO YOU HAVE ANY NEW HOUSEHOLD MEMBERS? ___YES X NO If yes, list below.

| NEW HOUSEHOLD MEMBERS | RELATION | BIRTHDATE | SSN | DATE MOVED IN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please circle the name of any new individuals for which you want to receive SNAP benefits.

3. HAS ANYONE IN YOUR HOUSEHOLD CHANGED, STOPPED OR STARTED A JOB? ___YES X NO
If Yes, complete this section.

This is the earned income we have on file for you. If this job has stopped, enter the date the last pay check was received.

| NAME | SOURCE | MONTHLY AMT | DATE STOPPED |
|---|---|---|---|
| NONE REPORTED | | | |

Add any new jobs for household members on the lines below.

| NAME | SOURCE | MONTHLY AMT | DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

As of January 1, 2016, for able-bodied adults, individuals without dependents that are age 18-49 years, subject to the time limit of RSMO 273.24, any changes in work hours that bring an individual below 80 hours in a calendar month, as defined in RSMO 273.24 (a) (1) (i).

000352 FA-546 (10-15)

 

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

**FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM** Page 03 | Date 01/03/2022

Head of Household: ANDREW A DALLAS | DCN [redacted]

4. HAVE YOU OR A MEMBER OF YOUR HOUSEHOLD AGE 18 THROUGH 49 WORKED OR PARTICIPATED IN A TRAINING PROGRAM FOR LESS THAN 80 HOURS PER CALENDAR MONTH? ____YES __X__NO

| Name of Household Member | Number of Hours | Location |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

5. HAS EARNED INCOME FOR ANYONE IN YOUR HOUSEHOLD CHANGED BY MORE THAN $125 PER MONTH? ___YES X NO

This is the earned income we have on file for you. (These are the same jobs listed above.) If the income amount listed here has not ended, but just changed by more than $125 per month for a particular individual please provide the new amount and the date of the change:

| NAME | SOURCE | MONTHLY AMT | NEW AMT | DATE |
|---|---|---|---|---|
| NONE REPORTED | | | | |

6. HAS UNEARNED INCOME FOR ANYONE IN YOUR HOUSEHOLD CHANGED BY MORE THAN $125 PER MONTH? ___YES X NO

(Unearned income may be Social Security, Child Support, SSI, etc.)

This is the unearned income we have on file for you. If the unearned income amount listed here has changed by more than $125 per month for a particular individual please provide the new amount and the date of the change.

| NAME | SOURCE | MONTHLY AMT | NEW AMT | DATE |
|---|---|---|---|---|
| ANDREW ALAN DALLAS | SSI INCOME | $841.00 | 841.00 | 1-3-22 |

0000353 FA-546 (10-16)

 

Highly Confidential Subject to Protective Order

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

## FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM

Page 04 | Date 01/03/2022

Head of Household: ANDREW A DALLAS | DCN [redacted]

Add any new unearned income for household members on the lines below.

| NAME | SOURCE | MONTHLY AMT | DATE |
|---|---|---|---|
| [signature] | | | |
| | | | |
| | | | |
| | | | |

7. DOES YOUR HOUSEHOLD HAVE RESOURCES OF MORE THAN $2500.00? ___YES X NO
   If Yes, enter new amounts below and any new resources.

If your SNAP household has at least one elderly or disabled member the resource limit is $3750.00 rather than $2500.00.

These are the resources we have on file for you. (Examples of resources are cash on hand, checking and savings accounts, certificates of deposit, stocks, savings, and corporate bonds, debts owed you or a household member, trusts, pre-paid burials, property not being used, or other investments.)

| NAME | SOURCE TYPE | AMOUNT | NEW AMOUNT |
|---|---|---|---|
| ANDREW ALAN DALLAS | MOBILE HOME [redacted] | $2,000.00 | 2,000.00 |
| ANDREW ALAN DALLAS | 3191 REGIONS BANK | $77.78 | 99.58 |

List any new resources your household may have here:

| NAME | SOURCE TYPE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

8. HAVE YOU MOVED? ___YES X NO If you have moved, complete this section.

This is the physical and/or mailing address we have on file for you:

| STREET/PO BOX | CITY | STATE | ZIP CODE |
|---|---|---|---|
| [redacted] | | | |

000354 FA-646 (10-15)

 

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

**FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM** Page 05 Date 01/03/2022

Head of Household ANDREW A DALLAS DCN [redacted]

New address where you live:

______ ______ ______ ______

Address where you get your mail:

______ ______ ______ ______

If you have moved in with someone else do you pay them for regular meals (are you a boarder)? If yes, who: ______

9. IF YOU HAVE MOVED SINCE YOUR INITIAL APPLICATION, WHAT IS YOUR NEW RENT, MORTGAGE AND UTILITIES?

| | | |
|---|---|---|
| Rent or mortgage payment: | Amt $ 374.00 | Who pays? Andrew Dallas |
| Water: | Amt $ NA | Who pays? Tr Park |
| Sewer: | Amt $ NA | Who pays? Tr Park |
| Trash: | Amt $ NA | Who pays? Tr Park |
| Real Estate Taxes: | Amt $ 101 | Who pays? Andrew Dallas |
| Property Insurance: | Amt $ | Who pays? Andrew Dallas |
| Electric: | Amt $ 84.00 | Who pays? Andrew Dallas |
| Gas: | Amt $ | Who pays? Andrew |
| Other: | Amt $ 63.00 | Please Describe e-mart + dss.org |

Is electric or gas expense used to heat and/or cool your home? X YES ___NO
If so, which expense is paid for heating and/or cooling your home? Both
What was the date of this address change? ______

Please list telephone numbers where we can reach you?
Home [redacted]
Cell ___ ___ ___
Message ___ ___ ___

10. DO YOU HAVE ANY CHANGES IN CHILD SUPPORT THAT YOU ARE ORDERED TO PAY BY THE COURT? ___YES ___NO If yes, complete this section.

This is the court ordered child support payments we have on file for your household. Please make changes, if any.

| PAID BY | PAID TO | AMOUNT | END DATE | NEW AMOUNT |
|---|---|---|---|---|

0000355 FA-546 (10-15)

 

Highly Confidential Subject to Protective Order

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 06 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN [redacted] |

NONE REPORTED

If you have additional child support payments we do not have on file, enter the information below. These expenses could include any legally binding child support paid to non household members and includes current payments, arrearages, and health insurance.

NAME: ____________________ Amount Paid: ________ How often paid: ______
NAME: ____________________ Amount Paid: ________ How often paid: ______
NAME: ____________________ Amount Paid: ________ How often paid: ______

11. WILL ANY CHANGES YOU LISTED BE FOR MORE THAN ONE MONTH? ___YES ___NO

Although you are not required to report anything further, some other expenses may give you more SNAP benefits. If you have medical expenses, child care expenses, or shelter expenses which you have not previously told us about and you give those to us, we may be able to use those to change your SNAP benefits. If we need further information regarding these expenses, we will let you know. Please report any expenses you would like us to consider here.

| EXPENSE | AMOUNT | EXPENSE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

PLEASE ATTACH VERIFICATION OF ANY OF THE CHANGES REPORTED ON THIS FORM SUCH AS PAY STUBS, BANK STATEMENTS, COURT ORDERS, SOCIAL SECURITY CARDS, ETC.

YOU MAY MANAGE YOUR CASE ONLINE THROUGH THE FAMILY SUPPORT DIVISION PROGRAM ENROLLMENT WEB SITE AT https://apps.dss.mo.gov/BenefitReview/BenefitSummary.aspx. YOU CAN QUICKLY REVIEW YOUR BENEFITS INFORMATION AND REPORT CHANGES WITH THIS ONLINE SERVICE. FAMILY SUPPORT DIVISION PROGRAM ENROLLMENT IS AVAILABLE 24 HOURS A DAY, SEVEN DAYS A WEEK.

**STOP FRAUD**

* DO NOT LIE OR HIDE INFORMATION TO GET BENEFITS THAT YOUR HOUSEHOLD SHOULD NOT GET.

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 07 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN [redacted] |

* DO NOT USE SNAP BENEFITS TO BUY NONFOOD ITEMS, SUCH AS ALCOHOL OR CIGARETTES, OR TO PAY ON CREDIT ACCOUNTS.
* DO NOT USE OR HAVE IN YOUR POSSESSION EBT CARDS THAT ARE NOT YOURS AND DO NOT LET SOMEONE ELSE USE YOUR CARD.
* DO NOT BUY FOOD PRODUCTS WITH SNAP BENEFITS WITH THE INTENT OF RESELLING OF THE PRODUCT FOR CASH OR OTHER CONSIDERATION.
* DO NOT PURCHASE A PRODUCT WITH SNAP BENEFITS THAT HAS A CONTAINER REQUIRING A RETURN DEPOSIT WITH THE INTENT OF OBTAINING CASH BY DISCARDING THE PRODUCT AND RETURNING THE CONTAINER FOR THE DEPOSIT AMOUNT.

PENALTY WARNING:

Any information provided on this form is subject to verification by federal, state, and local officials. If any is inaccurate, you may be denied SNAP benefits and/or be subject to criminal prosecution for knowingly providing false information.

13CSR 40-2.190 provides for recovery of benefits when it is determined someone has received benefits they are not entitled to.

7 USC 2024(b)(c) and (h). Anyone who knowingly uses, transfers, acquires, alters, or possesses benefits, or access devices in any manner contrary to the Food and Nutrition Act of 2008 is subject to fine and imprisonment.

7 USC 2015(k). Any individual who is a fleeing felon or a probation/parole violator is ineligible to participate in the SNAP Program.

Pursuant to section 570.030, RSMo the stealing of public assistance benefits is a class "C" felony if the value of the benefits is $500.00 or more. Punishment includes imprisonment for up to seven years and a fine not to exceed $5,000.00. If the value of the benefits is less than $500.00, the crime is a class "A" misdemeanor.

An individual convicted by a Federal, State or local court of having trafficked benefits for an aggregate amount of $500 or more will be permanently ineligible upon the first occasion of such violation.

7 USC 2015(b)(1)(A) and (B). Any person who has been found by any State or Federal court or administrative agency to have intentionally made a false or misleading statement, or misrepresented, concealed or withheld facts or committed any act that constitutes a violation of this Act, the regulations issued there under, or any state statute, for the purpose of using, presenting,

0000357 FA-546 (10-15)

 

Highly Confidential Subject to Protective Order

Missouri Department of
SOCIAL SERVICES
Your Potential. Our Support.

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 08 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN [redacted] |

transferring, acquiring, receiving, or possessing SNAP benefits shall, immediately upon the rendering of such determination, become ineligible for further participation in the program for a period of 1 year upon the first occasion of any such determination, 2 years for the second occasion and permanently for the third occasion.

Upon conviction, punishments include a fine of $250,000 and/or imprisonment for 20 years if the value of the benefits or access devices is $5,000 or more. If the value is less than $5000 but greater than $100, punishments include a fine of $10,000 and/or imprisonment for 5 years. If the value is less than $100, punishments include a fine of $1,000 and/or imprisonment for 1 year. Anyone who presents for payment or redemption benefits which have been illegally received, transferred, or used is subject to a fine of $20,000 and/or imprisonment for 5 years if the value of the benefits is $100 or more. If the value is less than $100, punishments include a fine of $1,000 and/or imprisonment for 1 year. Anyone convicted of felony offenses relating to the above transactions is also subject to having all real and personal property used in such transactions forfeited to the United States. S/he may also be subject to prosecution under other applicable Federal and State laws. S/he may also be barred from the SNAP Program for an additional 18 months if court ordered.

Individuals found by a Federal, State or local court to have used or received benefits in a transaction involving the sale of a controlled substance will be ineligible for 24 months for the first violation; and permanently for the second violation.

Individuals found by a Federal, State or local court to have used or received benefits in a transaction involving the sale of firearms, ammunition or explosives will be permanently ineligible upon the first occasion of such violation.

If you purposely hold back information about changes in your household, you will owe us the value of extra benefits you receive as a result. You may also be barred from the SNAP Program for one year, 2 years or permanently and be fined, and/or imprisoned.

I understand the penalty for hiding or giving false information. I understand I will owe the value of any extra benefits I receive because I do not fully report changes in my household.

I understand and agree that to receive SNAP benefits, certain members of the household need to register for work. This means that certain members of the

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 09 | Date 01/03/2022 |
|---|---|---|
| Head of Household ANDREW A DALLAS | | DCN [redacted] |

household must: A) Register for work at time of application and recertification. B) Not quit a job of 30 or more hours/week without good cause. C) Not reduce work hours under 30 hours per week without good cause. D) Not refuse to accept a bona fide offer of suitable employment without good cause. Anyone who does not follow the work requirements may be disqualified from receiving SNAP benefits.

I understand that the information reported on this form could result in a reduction or termination of my SNAP benefits.

By completing and signing this Mid-Certification Review/Report Form, you are giving us permission to deliver, or cause to be delivered, phone calls to you regarding your case from an automated dialing system at the primary phone number you provided. You do not have to consent to this as a condition of eligibility.

If you want to opt out of getting these calls, please mark an "X" here: _____

My signature below certifies under the penalty of perjury that all declarations made on this change report are true, accurate, and complete.

Signature: [signature] Date: 1-3-22

You may return your paper form in the following ways:

EMAIL TO: FSD.Documents@dss.mo.gov
FAX TO: 573-526-9400
MAIL TO: The address listed above

You may report changes, or apply for benefits, by going to mydss.mo.gov

AUXILIARY AIDS AND SERVICES ARE AVAILABLE UPON REQUEST TO INDIVIDUALS WITH DISABILITIES

TDD/TTY: 800-735-2966
RELAY MISSOURI: 711

Missouri Department of Social Services is an Equal Opportunity Employer/Program

0000359 FA-546 (10-15)



Highly Confidential Subject to Protective Order

Missouri Department of SOCIAL SERVICES
Your Potential. Our Support.

| FOOD STAMP MID CERTIFICATION REVIEW/REPORT FORM | Page 10 | Date 7-3-22 |
|---|---|---|
| Head of Household | | DCN |

I am an Epileptic. I hope I got everything right.

Thanks

Andrew Pellan