# EXHIBIT 20

| Date/Time | Call Path Data | Hold Time | Total Interaction Time | Connected to a worker | Queue | Notes |
|---|---|---|---|---|---|---|
| 2/9/2023 8:59 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 2/9/2023 9:15 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 2/9/2023 9:16 | IVRPath:FSD Info | n/a | 0:00:52 | No | Call stayed in IVR | |
| 2/9/2023 9:17 | IVRPath:FSD Info | n/a | 0:00:22 | No | Call stayed in IVR | |
| 2/9/2023 9:17 | IVRPath:FSD Info,English,Food Stamps,Begin Authorization,SSN Entered, SSN Confirm Fail Path,Confirmed SSN,Ask for DOB,DOB Correct Format,Confirmed DOB ,Auth Success,Auth C2,SNAP Playback,SNAP PB 4,SNAP PB4 Open,Send To Queue,FSD Send to Queue Case 1,Open | 0:00:20 | 0:04:16 | No | Tier 1 | |
| 2/9/2023 11:47 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 2/9/2023 11:49 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 2/9/2023 11:50 | IVRPath:FSD Info | n/a | 0:00:52 | No | Call stayed in IVR | |
| 2/9/2023 11:51 | IVRPath:FSD Info | n/a | 0:00:52 | No | Call stayed in IVR | |
| 2/9/2023 11:52 | IVRPath:FSD Info | n/a | 0:00:52 | No | Call stayed in IVR | |
| 2/10/2023 8:27 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 2/10/2023 10:48 | IVRPath:FSD Info | n/a | 0:00:40 | No | Call stayed in IVR | |
| 2/15/2023 17:26 | IVRPath:FSD Info | n/a | 0:00:05 | No | Call stayed in IVR | |
| 2/15/2023 17:29 | IVRPath:FSD Info,English,Food Stamps,Begin Authorization | n/a | 0:00:47 | No | Call stayed in IVR | |
| 12/1/2022 13:37 | IVRPath:FSD Info,English,Adult Medicaid,Auth Success,Playback,Active Case,Valid Name,MHABD Non Premium,Send To Queue,FSD,Open | 1:43:06 | 1:46:45 | No | Tier 1 | |
| 12/1/2022 15:51 | IVRPath:FSD Info,English,Adult Medicaid,Auth Success,Playback,Active Case,Valid Name,MHABD Non Premium,Send To Queue,FSD,Deflected | Deflected | 0:03:59 | No | Deflected | |
| 12/2/2022 12:28 | IVRPath:FSD Info | n/a | 0:00:18 | No | Call stayed in IVR | |
| 12/2/2022 13:32 | IVRPath:FSD Info,English,Adult Medicaid,Auth Success,Playback,Active Case,Valid Name,MHABD Non Premium, Send To Queue,FSD,Open | 0:00:09 | 0:03:44 | No | Tier 1 | |
| 12/2/2022 13:36 | IVRPath:FSD Info,English,Adult Medicaid,Auth Success,Playback,Active Case,Valid Name,MHABD Non Premium,Send To Queue,FSD,Open | 0:00:10 | 0:04:26 | No | Tier 1 | |
| 12/2/2022 13:45 | IVRPath:FSD Info,English,Adult Medicaid,Auth Failure,No Match,Apply for MAGI | n/a | 0:26:00 | Unknown | n/a | Call was transferred to Medicaid contractor. Unknown how much of the interaction time was hold music on their end and how much was an interaction with an agent |
| 1/5/2022 18:04 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Playback | n/a | 0:06:13 | No | Call stayed in IVR | |
| 1/20/2022 13:13 | IVRPath:FSD Info,English,Food Stamps,Auth Failure,No Match,Paper Application,Send To Queue,FSD,Deflected | Deflected | 0:04:04 | No | Deflected | |
| 12/21/2021 7:04 | IVRPath:FSD Info,English,Energy Assistance,Food Stamps,Auth Failure,No Match,Apply for MAGI | n/a | 0:04:19 | No | Call stayed in IVR | Call was transferred to Medicaid contractor. Unknown how much of the interaction time was hold music on their end and how much was an interaction with an agent |
| 12/21/2021 7:09 | IVRPath:FSD Info,English,Cash / Child Care,Auth Success,No Match,Paper Application,Send To Queue,FSD,Open | 0:00:29 | 0:05:02 | No | Tier 1 | |
| 12/21/2021 7:29 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Playback,Send To Queue,FSD,Open | 0:01:12 | 0:05:27 | No | Tier 1 | |
| 12/21/2021 8:26 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Playback | n/a | 0:03:53 | No | Call stayed in IVR | |
| 12/21/2021 8:44 | IVRPath:FSD Info,English | n/a | 0:00:24 | No | Call stayed in IVR | |

| Date/Time | Talk Time | Queue | Notes |
|---|---|---|---|
| 4/2/2020 7:24 | 0:01:15 | Tier 1 | |
| 4/2/2020 7:28 | 0:06:05 | n/a | Worker called client |
| 5/14/2019 2:56 | 0:15:08 | Tier 1 | |
| 3/29/2019 9:40 | 0:34:25 | Tier 3 | |
| 3/25/2019 12:25 | 0:07:38 | Tier 1 | |

| Comment Info | Included in Call Logs? | Zoom or Genesys | Recording Saved? | Notes |
|---|---|---|---|---|
| 1/5/2022 1249pm SCHU1UM | No | n/a | No | Not Recorded |
| 1/29/21 4:19 HAWKVWR | No | | | Not Recorded |
| 4/2/2020 725 REAVFXD | Yes | Zoom | Yes | |
| 5/14/19 3pm BURNX3D | Yes | Zoom | Yes | |
| 3/29/2019 10:15 SNOWCPS | Yes | Zoom | Yes | |
| 3/25/2019 Supervisor Callback WIEDDGZ | No | n/a | No | Not Recorded |
| 3/25/2019 1234 VENEJCJ | Yes | Zoom | | |