# EXHIBIT 24

| Date/Time | Call Path Data | Hold Time | Total Interaction Time | Connected to a worker | Queue | Notes |
|---|---|---|---|---|---|---|
| 1/2/2023 10:46 | IVRPath:FSD Info | n/a | 0:00:53 | No | Call stayed in IVR | |
| 1/2/2023 14:00 | VRPath:FSD Info,English,Food Stamps,Auth Success | n/a | 0:02:43 | No | Call stayed in IVR | |
| 1/3/2023 8:05 | No IVR Path | n/a | n/a | No | none | Predictive Dialer call that reached her voicemail |
| 1/4/2023 13:12 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:32 | No | Deflected | |
| 1/4/2023 14:10 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:31 | No | Deflected | |
| 1/10/2023 15:36 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:32 | No | Deflected | |
| 1/10/2023 15:39 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Interview Required,Questions,Interview Incomplete,Interview Failure,Send To Queue,Interview,Open | 0:00:18 | 0:04:08 | No | Tier 3 | |
| 1/12/2023 10:08 | IVRPath:Application Interview,App Int Task 306 Yes,English,EOD Open, IMM FS,Auth Success,Auth C1,App Int Task 309 Yes,Questions,Question Success,Send To Queue,Interview Send to Queue Case 2,Open | 1:52:56 | 2:00:01 | No | Tier 3 | |
| 1/12/2023 12:11 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:33 | No | Deflected | |
| 1/12/2023 12:13 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:32 | No | Deflected | |
| 1/12/2023 12:16 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:30 | No | Deflected | |
| 1/12/2023 12:18 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Deflected | n/a | 0:02:14 | No | Deflected | |
| 1/12/2023 12:26 | IVRPath:Application Interview | n/a | 0:00:16 | No | Call stayed in IVR | |
| 1/13/2023 16:03 | IVRPath:FSD Info,English,Food Stamps,Auth Success,Deflected | n/a | 0:02:29 | No | Deflected | |
| 1/13/2023 16:21 | IVRPath:Application Interview,English, Deflected | n/a | 0:00:32 | No | Deflected | |
| 1/30/2023 10:14 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 0:02:10 | 0:03:25 | No | Tier 3 | |
| 1/30/2023 13:27 | IVRPath:FSD Info,English,Food Stamps | n/a | 0:00:40 | No | Call stayed in IVR | |
| 2/1/2023 8:22 | Outbound:True; Queue Path:Application Interview; Language:English; Schedule:Open; abandonMilliseconds:2000; dialerContactId:0064556010; IVRPath:Application Interview,App Int Task 306 Yes,English,Outbound,Send To Queue,Interview Send to Queue Case 2; dialerContactListId:22d304f6-2ca9-4667-8388-42b319883738; DCN:0064556010; dialerCampaignId:264745ea-53ac-4264-93a7-dd3a67fc9dac; dialerInteractionId:2449a234-5ed8-4bff-bd18-1d4961a375e1; ivr.Skills:3394d67f-5283-4bfa-bb25-8b8c0b9c7a28; ivr.Priority:1000 | 0:02:41 | 0:05:52 | Yes | Tier 3 Outbound | |
| 2/1/2023 8:30 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 0:00:13 | 0:01:15 | No | Tier 3 | |
| 2/1/2023 8:38 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 1:58:56 | 2:00:00 | No | Tier 3 | |
| 2/1/2023 10:44 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 0:06:30 | 0:07:44 | No | Tier 3 | |
| 2/2/2023 7:04 | No IVR Path | n/a | n/a | No | none | Predictive Dialer call that reached her voicemail |
| 2/2/2023 8:16 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 1:58:51 | 2:00:01 | No | Tier 3 | |
| 2/3/2023 7:00 | No IVR Path | n/a | n/a | No | none | Predictive Dialer call that reached her voicemail |
| 2/3/2023 7:29 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 1:58:49 | 2:00:01 | No | Tier 3 | |
| 2/3/2023 9:34 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 0:00:16 | 0:02:27 | No | Tier 3 | |
| 2/3/2023 9:38 | IVRPath:Application Interview,English,Auth Success,Send To Queue,Interview Send to Queue Case 2,Open | 0:00:09 | 0:01:19 | No | Tier 3 | |
| 3/1/2023 1:41 | No IVR Path | n/a | 0:30:05 | Yes | n/a | Worker called client |

| Comment Info | Included in Call Logs? | Zoom or Genesys | Recording Saved? | Notes |
|---|---|---|---|---|
| 3/9/23 VARVEWV Request for in person appointment | No | | | Worker did not use Genesys to return this call so it was not recorded |
| 3/1/23 BLUN3S7 1:30 pm | Yes | Genesys | Yes | |