# EXHIBIT 25

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF MISSOURI

 3                   CENTRAL DIVISION

 4   MARY HOLMES, L.V., DENISE        )

 5   DAVIS, ANDREW DALLAS, and EMPOWER)

 6   MISSOURI,                        )

 7       Plaintiffs,                  )

 8   vs.                              ) No. 2:22-cv-04026-MDH

 9   ROBERT KNODELL, in his official  )

10   capacity as Acting Director of   )

11   the Missouri Department of Social)

12   Services,                        )

13       Defendant.                   )

14

15          ZOOM DEPOSITION OF TONI SNELLER

16         TAKEN ON BEHALF OF THE PLAINTIFFS

17                  JUNE 15, 2023

18

19

20

21          STENOGRAPHICALLY REPORTED BY:
          Rebecca A. Brewer, RPR, CRR, CCR#478
22

23

24

25
```

```
 1      A    Just that it was long, lots of questions, it's
 2  a long day, be sure you drink lots of water because you
 3  do all the talking.
 4      Q    Okay.  Thank you.
 5                And did you review any documents to
 6  prepare for today?
 7      A    No.  No.
 8      Q    All right.  And so, Ms. Sneller, what is your
 9  current job title, please?
10      A    Program manager.
11      Q    Okay.  And how long have you been in this
12  role?
13      A    Since April 15th.
14      Q    Of 2023?
15      A    Yep, 2023.
16      Q    And as you stated, prior to you, Nichole
17  Conway was in your role, correct?
18      A    Yes.
19      Q    Okay.  Have there been any change to the role
20  since April 15th when you moved into the job?
21      A    Can you clarify like what -- are you asking
22  what she took on and what I took on or --
23      Q    No, were there any changes to the
24  responsibilities of the role when you stepped into it?
25      A    Not that I'm aware of, no.
```

1      Q     Okay.  So your responsibilities are pretty

2  much the same as what Nichole Conway's were?

3      A     Well, so she did keep some of her old job

4  duties, like she still does some of the programming of

5  the IVR.  But for the most part, I took over everything.

6  We're slowly transitioning into that, because I did just

7  recently get to hire for my previous position and so

8  I've been doing dual duty.

9      Q     Okay.  Dual duty in your previous position?

10      A     Yeah.

11      Q     Okay.  Do you expect that eventually you would

12  take on those responsibilities that you mentioned, like

13  the IVR or --

14      A     As of -- well, I do do a lot of work with the

15  IVR.  She's just our main programmer because she has a

16  degree in that.  I do help with that, though, already.

17  So if she's out of the office or something needs to be

18  done, I can take that role on.  But as of right now, my

19  understanding is she's going to keep that.

20      Q     Okay.  And so, can you tell me a little bit

21  about the current -- your current responsibilities in

22  your role as program manager?

23      A     Sure.  So, I oversee the customer experience

24  team and everything that goes along with that, all

25  technology projects, everything that goes along with the

1    customer experience team.

2              And I oversee the call center, so I have

3    managers that are call center managers, but they also

4    have resource centers as well.  And I oversee -- there's

5    a total of six of them.  We just transitioned to where I

6    no longer supervise the previous staff because I hired

7    someone, but I have a total of six direct reports now.

8    And they are call center and resource center managers.

9              I oversee the operations of the call

10   center, so like scripts, documentation, I am the voice

11   of the IVR.  So, any message that has to go on the IVR I

12   record.

13      Q    And just -- this is going to be happen a lot

14   because I know we're in acronym heavy land, but can you

15   define what IVR is?

16      A    Oh, goodness.  I knew you were going to ask

17   that.  No.

18      Q    Can you explain what it is?

19      A    I don't know the exact definition.  But

20   basically it's the virtual thing that where you call in

21   and it's reading you your information or reading you

22   prompts.  Interactive voice.

23      Q    Recognition perhaps?

24      A    Yeah, there you go.

25      Q    And just for my own clarification, you said

1       A     Almost three years.

2       Q     Okay.  All right.  And so can you tell me what

3    a customer service center is?  What is it?

4       A     Well, depends.  Our -- what we've tried to do

5    recently is brand our entire state as a customer service

6    center.  So you have -- with the customer service center

7    you have the call center, you have a processing center,

8    you have a resource center.

9             The call center is taking calls.

10   Everybody works -- everybody that can work at the call

11   center is trying to take calls.  And then the processing

12   center, they're processing on the back end, that's their

13   main duty, but you have people at the call center that

14   their main duty is the call center, and they do that all

15   day long.

16             At the resource center, it's where

17   clients actually walk in and they ask for assistance

18   from staff there.  So every one of those avenues is a

19   way that we can service customers, so we're trying to

20   change the name to customer service center for every

21   location.

22       Q     Okay.  And so when did that kind of change

23   shift where you've moved these processing centers,

24   resource centers, call center into one overarching

25   customer service center?

1      A     Right.

2      Q     Okay.

3      A     Well, and it goes along with like our jobs.

4  Now, we can post jobs statewide.  In the past we had to

5  hire in a certain location.

6      Q     And is that because of like hybrid work

7  availability?

8      A     Yeah, yeah.  We have more office space because

9  we have hybrid workers.

10     Q     Okay.  So, in terms of this like customer

11 service center, large scale umbrella, are you -- are you

12 in charge of the customer service center?

13     A     So, I oversee the Genesys portion of the

14 customer service center.  There is two different

15 portions of this.  We have Genesys and Current.  There

16 are two other program managers that oversee Current.

17              And so, basically, we meet in the

18 mornings and I tell them, this is what the volume is for

19 the call center.  They talk to me about what the volume

20 is in Current.  And then we make a determination of

21 what's going to happen for the day.

22     Q     Okay.  And who are those program managers that

23 oversee Current?

24     A     Dan Watson and Shelly Kirkpatrick.

25     Q     Okay.  And can you explain to me what Current

1    is?

2        A    Current is our tasking system.

3        Q    And what does it task?

4        A    So everything, basically.  Mostly, I would say

5    most everything we get is in Current.  I know there's a

6    couple one-offs that are not in Current, but basically,

7    it's a system where a worker logs in, their duties,

8    their missions are assigned based on the critical cues

9    of the day.

10            So like right now it's application

11   registration and so their task is assigned to that and

12   they just hit a button and the next task comes up with

13   the next application that needs to be registered.

14       Q    Okay.  And is that something that call center

15   staff are able to access as well or are there tasks

16   coming from another --

17       A    So their task -- their calls come from

18   Genesys.  But they do enter every call into Current.

19       Q    Okay.  So those do intersect?

20       A    Yeah, well, they don't talk to each other.

21   It's a manual process.

22       Q    I see.  So every call they take, they have to

23   manually enter into Current, the Current task-based

24   system?

25       A    Yep.

1    have to pick up the phone and call someone, but they

2    don't have that actual person in their ear.

3        Q    Okay.  So they're -- and just so that I'm -- I

4    understand, when you say doing casework, they're like

5    reviewing applications?

6        A    They could be or they could be like

7    verification comes in, so if we requested additional

8    verification, they could be working that.  Or they could

9    be, if an application comes in, registering that so that

10   an interview can take place.

11       Q    Okay.  And how does this compare to staff who

12   like in a previous, you know, who would be considered

13   working at a processing center, how does that compare to

14   their duties?

15       A    It's a little bit different.  So, processing

16   center, typical processing center staff have a scheduled

17   time that they're on the phones each day.  And, again,

18   this depends on volume.  So, like I know the volume, the

19   last couple of weeks it's exploded so they really

20   haven't been following the schedule, but they're

21   supposed to be on four hours of their shift on the

22   phones.

23               And then we have a rotation of offices

24   that stays on after those four hours.  Every day it's

25   different.  But, the other people after those four hours

1    will go into processing verifications or app

2    registration or stuff like that.

3          Q    Okay.

4          A    To whereas a call center worker, they're on

5    the phone eight hours.

6          Q    Okay.

7          A    Usually.

8          Q    But could be pulled off to do certain

9    processing tasks?

10         A    Not as much.  Usually they're on the phone,

11   typically.  They do have a rotation of processing time,

12   but it's only one day a week.

13         Q    Okay.  All right.  And you said that there was

14   like an explosion.  Is that an explosion of processing

15   documents that's happened?

16         A    It's kind of a perfect storm.  June is a very

17   busy month for us due to, there's several things that

18   it's due to.  I mean, college kids are moving home.  You

19   have the kids coming home from summer school and so

20   they're needing more money because their kids are home

21   now.  So it's kind of a perfect storm for us.

22              But June is also a month that we

23   typically see people start going on vacations and so we

24   have staffing issues with that.  But then also we had

25   some applications that need to be registered, and so

1  then when that happens, they load into the predictive

2  dialer which then we have to put staff on that, which

3  then takes away from our incoming volume.

4          So it's kind of your perfect storm that

5  happened these last several weeks.

6     Q    And so, you talked about people being on the

7  phones.  Can all customer service center staff conduct

8  SNAP eligibility interviews?

9     A    I would say all that are fully trained, except

10 for your resource centers that have clients that come

11 into their office all day.

12    Q    Okay.  And when you say "fully trained," what

13 does that mean?

14    A    So, we don't hire someone and just directly

15 put them into SNAP interviews.  They have to go through

16 program training.  And because most of our cases are

17 combo cases, meaning that they have SNAP or MHABD or

18 TANF, we do want them fully trained on all programs

19 before we put them into interviews, because it's bad

20 customer service for us to only be able to complete part

21 of the case.

22    Q    And how long does it take, typically, for an

23 individual that's been hired to become fully trained?

24    A    I believe it's been shortened to 12 weeks.

25    Q    Okay.  And so, staff that are still going

1   call right then.  So if that is an interview, yes, they

2   will do that.  But interviews cannot be conducted via

3   live chat.

4       Q    Okay.  And just to get clarification about

5   what you just said, when someone -- so are you saying

6   when someone calls to schedule an appointment for an

7   interview, that's handled on the phone, the interview is

8   actually done at that time?

9       A    Well, they're typically not calling to

10  schedule an appointment.  They can do it through our

11  chat.  And that's typically how our appointments get

12  scheduled, but if they say I need an interview and I

13  said I want you to call me at 9 a.m. today, when I call

14  and I say I need my SNAP interview done, they do the

15  interview.

16      Q    Okay.  I just want to make sure I understand.

17  So, can you take me through this one more time?  So,

18  someone sends a message to the interview scheduler via

19  chat?

20      A    Yep, usually.

21      Q    And says I need a SNAP interview at 9 a.m. --

22      A    Well, they don't tell us what they need an

23  appointment for.  They just schedule the appointment.

24  And so then, when we call them, we say, okay, we're

25  calling about your appointment that you scheduled.  How

1  can we help you?  And that's when they would tell us,

2  well, I need my interview completed.

3       Q    I see.

4            And that is when the interview would then

5  get done?

6       A    Yeah.

7       Q    Okay.  I understand.  Thank you for taking me

8  through that.

9       A    That's okay.

10      Q    So how is it decided which staff will like do

11 interviews on a given day?

12      A    Usual -- like, you mean for just call center?

13 Are you talking about processing centers?

14      Q    I guess, let's -- let's start with call center

15 but it sounds like they're all somewhat intertwined so I

16 think, you know, I will want to know about processing

17 center and resource center as well.

18      A    So we don't have very many people that take

19 Tier 1 calls.  Typically those are our more tenured

20 staff, is how we do that, because they get the more

21 complex questions.  They sometimes get the more complex

22 cases.  So, it's usually staff that -- anybody -- when

23 they're first -- after they first leave training they

24 can take interviews.  We put them on interviews first to

25 get them used to taking interviews.

 1   about the predictive dialer, the volume?

 2       A    Yep.

 3       Q    Okay.  Is there a particular wait time that

 4   you're shooting for when you're re-allocating staff?  Is

 5   there a goal?

 6       A    So, we were given a goal several weeks ago of

 7   45 minutes.  I will be very honest with you.  It's hard

 8   to maintain that goal without -- I mean, processing gets

 9   behind if we maintain that goal, being very honest with

10   you.  When I'm sending red flags up, it's usually

11   because the wait time and interviews is an hour and a

12   half.  And in Tier 1, I'm usually sending a red flags up

13   if we're getting close to the three-hour mark.

14            Because another thing about Tier 1 is

15   everything that they're calling about on Tier 1 can

16   either be found at their resource center or online or on

17   chat.  And so, that queue tends to have a higher wait

18   time because those aren't as critical as a SNAP

19   interview.

20       Q    That makes sense.

21            So when you said, to get to that

22   45-minute goal processing takes a hit, is that because

23   in order to reach that 45-minute goal you're pulling so

24   many people from processing?

25       A    Yeah.  I mean, like we -- when we're hitting

1    that goal, that's like every person that I can

2    physically get on the phone is on the phone.  All day,

3    though.  And the problem with that is then our

4    processing gets behind, and then what happens is we

5    create more phone calls for ourself, and so --

6        Q    Okay.  And you said that this 45-minute goal

7    was kind of decided on a few weeks ago.  Who decided on

8    that number?

9        A    So, I believe it was through Kim discussing

10   with Robert in the department what happens, because they

11   were telling us, you need to get the wait times down,

12   you need to get the wait times down.  We're like, But

13   how low do you want them?  You know, and so they finally

14   gave us, you know, we would like to see average -- our

15   average wait time to be 45 minutes for all queues.

16           And that's another thing that I do

17   throughout -- throughout the day is I look at our

18   average wait time and determine like -- it's a

19   calculation.  So determine, okay, well, yes, the hold

20   time says this, but I know in about 30 minutes I have 10

21   people coming from lunch so it's going to go down to

22   this so am I going to stay within that daily goal.

23       Q    So very delicate balance is what I'm hearing.

24       A    Yeah.

25       Q    And just for the purpose of the transcript,

1  when you say Kim and Robert, are you referring to Kim

2  Evans and Robert Knodell?

3      A    Yep.

4      Q    Is there like any written criteria or policy

5  that lays out the circumstances where, you know, staff

6  need to be moved?

7      A    We don't have anything in writing, no.

8      Q    So this goal, this 45-minute wait time goal,

9  is that in writing anywhere or was that just

10  communicated to you?

11      A    No, it's just communicated to us, yeah.

12      Q    Okay.  And you said that you're looking at

13  dash boards -- when you're in front of your desk, you're

14  looking at dash boards pretty much all day, correct?

15      A    Pretty much.  Unless I have like an engage or

16  something that pulls me away that I can't watch it.  But

17  if I am at my desk, usually I have it up on another

18  screen and I'm watching it.

19      Q    And is that giving you real-time numbers --

20  okay.

21      A    Yeah.

22      Q    And it's giving you real-time numbers of the

23  outbound dialer numbers, the inbound Tier 3 calls?

24      A    Yes.

25      Q    And also the Tier 1 inbound calls?

1      A    Yes, all of those.

2      Q    Okay.

3      A    And it would have chat and text on there as

4    well.

5      Q    Okay.

6      A    Because if our chat wait times get low, I do

7    move those people to interviews or Tier 1.  Wherever the

8    greater need is.

9      Q    So you mentioned this 45-minute goal.  You

10   know, do you have a goal as the program manager of a

11   wait time that -- that people should not wait more than

12   a certain amount of time?  Do you have your own personal

13   goal?

14     A    I mean, I've worked in a call center for a

15   very, very long time.  Before I was here I worked for

16   two different call centers, so I know wait time is an

17   issue.  But due to the staffing level that we have now,

18   45 minutes is hard to maintain.

19          So when I'm looking at it, if it hits an

20   hour, maybe even an hour and a half, I'm -- I'm going to

21   let them process.  It's when we start hitting that a

22   little bit over an hour and a half, like an hour 35, I'm

23   starting to ask to get them on, because I know it's

24   going to take them a second to get them on, and then we

25   can get that down.

1          I would say average overall, yeah, an

2   hour is what I would say on interviews.  And then for

3   reporting changes, really, like I said, it can be done

4   online and so -- and we message that on the IVR.  Like

5   you don't need to talk to us.  You can chat us, you

6   know, you can go to your resource center, stuff like

7   that.

8          So for them, realistically when I'm

9   looking at it, if it's two hours, two and a half, then

10  I'm calling people to come on.

11     Q    Can you tell me a little bit about your

12  previous call center experience?  You said that you used

13  to worked at two different call centers.  What did you

14  do?

15     A    So I used to work for WIPRO and I was a

16  Medicaid pharmaceutical technician, because that's what

17  I went to school for.  And then I worked at

18  YoungWilliams, but the child support side of it.

19     Q    Did you work for YoungWilliams when it was

20  doing the call center for DSS?

21     A    So, when I left they had just won the

22  contract --

23     Q    Okay.

24     A    -- to be the call center.

25     Q    Okay.  Were there -- in those call centers,

1    Q    And so you said you are able, through like

2    sending -- I think you called them maybe red flag

3    e-mails -- you're able to pull processing staff into the

4    call center in real time?

5    A    Right.

6    Q    And even though you're not necessarily their

7    direct supervisor, they must abandon what they're doing

8    and come into the call center if they receive your

9    e-mail?

10    A    Right.  That is what -- so, I e-mail their

11    manager directly and their manager distributes that

12    message to the front line workers.  But -- and then I

13    look at the number of staff that I have being added to

14    the queue.  Again, I don't know each office off the top

15    of my head, but if it looks like the number keeps going

16    up, then I assume that they've added their staff.

17    Q    Okay.  And you mentioned -- I believe you

18    mentioned the call center hours, but can you just remind

19    me again what they are?

20    A    Yeah, they're 6 a.m. to 6 p.m.

21    Q    Okay.  And is that Monday through Friday?

22    A    It is Monday through Friday.  The outbound

23    dialer, though, has different hours.

24    Q    What are those hours?

25    A    It doesn't start until 7 a.m. and it finishes

1   by -- well, it stops making callouts at 5:30.

2       Q    And if it's not finished with its -- with its

3   calls for the day, does it just roll those over into the

4   next business day?

5       A    Yes, it does.  Typically, though, that

6   dialer -- so it's set up that typically if it's a normal

7   dialer day, it finishes before that 5:30.  So sometimes

8   we finish at 11 a.m., sometimes we finish at two.

9   Sometimes we don't get through the list.  It just

10  really -- what it depends on is how many people are

11  answering the phone and connecting with us and how many

12  staff we have on it.

13      Q    Could you -- like in your role, could you

14  decide to extend call center hours?

15      A    Oh, no.  I don't have that authority.

16      Q    Okay.  Who would have that authority?

17      A    I believe that would either have to come from

18  Kim or the director's office.

19      Q    Okay.  Are there any other options or things

20  that you're looking at when the wait times are exceeding

21  your goal of 45 minutes?  Are there any other things

22  you're looking at doing to reach your goal?

23      A    Like I said, I'm pulling the processing.  So

24  recently we've pulled all those schedules for all the

25  staff in the state and we've looked at people that are

 1              A best practice, if I'm seeing my staff,

 2   my staff that I directly supervise, if I see them in an

 3   interview over an hour, I'm usually saying is there

 4   something I can help with, are you stuck?  I'm usually

 5   reaching out to them.  And it's not so much of a "you're

 6   taking too long," it's a "do you need my help."

 7        Q    Right.  Right.  Okay.  That makes sense.  And

 8   the complicated nature of certain households makes sense

 9   to me.

10              Okay.  Going back to this exhibit,

11   Exhibit 2, do you still have that pulled up?

12        A    Yeah, I believe so.

13              Yeah, I do.

14        Q    Okay.  Great.

15              So if during like a call to Tier 3, if an

16   applicant needs to request an accommodation because of a

17   disability, at what point in the IVR flow could they

18   make such a request?

19        A    I don't see an option for that.

20        Q    So no option for them to do that.  Would they

21   be able to make a request to like a live person when

22   they reached a live person?

23        A    Are you talking about like hearing impaired

24   and stuff like that?

25        Q    Exactly, yes.

1      A      Yeah, we do have a process once they get to a

2    live person for hearing impaired people.

3      Q      And what does that process look like?

4      A      It's kind of similar to our language services,

5    but there is a contractor that assists us with that.

6      Q      Okay.  Like another example would be somebody

7    who, you know, might have a developmental disability or

8    whatever and might need more explanation for the

9    questions.  Is that something that they could request?

10     A      Not -- not that I'm aware of.  But like I have

11   had staff that have had those type of calls in the past

12   and what they do is they just slow down and take their

13   time with them and, you know, are reconfirming.

14              So our staff are trained to deal with

15   those situations.  I would say they just handle it the

16   best that they can.  And if an accommodation is

17   requested, they could always reach out to their

18   supervisor and see how we go about that.  We did have a

19   recent request for like braille and we worked through

20   that.  They just go up the channel to their supervisor

21   and then eventually it gets back to us upper management

22   and we work through how we can accommodate the client.

23     Q      Is that then marked anywhere?  So like your

24   braille client, for example, like if somebody needs

25   braille, is that noted anywhere in their file?

 1      A    No, it's never been.  That's what I'm meaning;

 2   is we decided we should not change those hours.  When we

 3   extended call center hours we don't feel like we should

 4   extend predictive dialer.

 5      Q    I see.

 6           Has there been any conversation about

 7   starting predictive dialer later in the day?

 8      A    Not that I'm aware of.  What happens is if we

 9   can get through that list in the morning, then we can

10   shift more people to inbound interviews, so then we can

11   get that wait time down.  That's why we do try to finish

12   that list.

13      Q    Okay.  All right.  And which staff are working

14   on the predictive dialer?

15      A    The staff -- so they're dual skilled.  And

16   what that means is they're -- they're skilled to Tier 3

17   inbound and Tier 3 outbound, typically.  And so, they

18   will either get an inbound or an outbound call.  And

19   outbound calls do take priority.

20           But sometimes, like if we have every

21   client answering, there is a little bit of time between

22   when we can get a call there, and that's when they would

23   get an inbound call as well.  And those are staffed by

24   your call centers, processing centers typically.  Call

25   center and processing center.

 1      Q    And the staff that are assigned to the

 2    predictive dialer, do they work it until the predictive

 3    dialer finishes making their outbound calls?

 4      A    It depends on the size of dialer load.  So if

 5    the dialer load is big for the day, then yes, they'll

 6    stay on the whole time.  But if it's a small dialer load

 7    then the processing center staff are doing their four

 8    hours.

 9      Q    And just so that, like I can conceptualize

10    this, what would be like a big predictive dialer load?

11      A    Anything above 2,500 --

12      Q    Okay.

13      A    -- in a day.

14      Q    And what would be like a small predictive

15    dialer load?

16      A    1,300.

17      Q    Okay.  Okay.

18            So the window between big and small is

19    somewhat narrow?

20      A    Well, it's because that's about how many we

21    can get through in a day.

22      Q    2,500?

23      A    Yes.

24      Q    Okay.

25      A    Even if you're calling for assistance from

1  other entities, that's about what we can get through in

2  a day.  So anything above 2,500 usually they're on all

3  day.

4       Q    Okay.  Does it happen frequently that there

5  are more than 2,500 calls in the predictive dialer?

6       A    Before the last several weeks, no.  But

7  it's -- I didn't get to look today because I'm here.

8  But it's been -- the last two weeks, it's been well

9  above 2,500.  And that's because app registration got

10 behind.

11            Like I told you, that perfect storm hit

12 us and every one of those apps that they registered that

13 was behind went into that.

14      Q    When you say "well above," can you give me

15 like an estimation of what that looks like?

16      A    Yesterday it was 4,500.

17      Q    For the calls that you aren't able to get

18 through in a business day, any leftover calls, are those

19 prioritized the next morning, the next business day

20 morning?

21      A    Right.  So, when we come in -- like so

22 yesterday we didn't finish the list.  Those however many

23 were left are shifted to the top of the list for this

24 morning.

25      Q    And just so that I understand the breakdown

1   because I -- I get that it's fluid, but are all staff

2   working on -- and spending time on predictive dialer at

3   the beginning of the day or are there some staff working

4   inbound calls?

5       A    There would be some Tier 1 workers working

6   inbound calls as well as your appointments, your people

7   that are on chats, so --

8       Q    But all Tier 3 workers are doing outbound

9   calls?

10      A    They're doing outbound and inbound, so

11  whichever call comes in first, basically.  So if we have

12  all these clients answering and it thinks it's funneled

13  all the calls out, this person may get an inbound call

14  because it thinks it distributed all the calls.

15      Q    Okay.  So if an inbound call gets in, it would

16  be assigned out to a staff person?

17      A    Yeah.

18      Q    Okay.  But are outbound calls prioritized?

19      A    Yep, they're the top priority.  That's why

20  there's usually little to no hold time in that queue; is

21  because they are the top priority.

22      Q    And how does that look in that kind of

23  funneling system you described?  So, if -- I guess what

24  I'm trying to say is if priority is the outbound calls,

25  is there a high likelihood that an inbound call would

1  get in, if people are answering the outbound dialer?

2      A    So it's placing calls based on number of staff

3  that it sees available.  So that's what happens; is you

4  get people that wrap up an after-call work and it didn't

5  realize that they were available, that's when they'll

6  get an inbound call.

7      Q    All right.  And how do you make that like

8  allocation between outbound and inbound call or --

9      A    Separate queues.

10     Q    Okay.  So, Genesys is really the one sending

11 the calls to the person?

12     A    Right.

13     Q    You're not controlling --

14     A    Nope.

15     Q    You're not like, Mr. Jones is going to take an

16 inbound call right now?

17     A    No.

18     Q    Okay.  Completely automated by Genesys?

19     A    Yep.

20     Q    Okay.  All right.

21          Okay.  And so, if a person, a client, is

22 receiving an outbound call and they answer, are they

23 automatically connected with a call center staff person?

24     A    No.  It asks them a series of questions and,

25 again, I'm not sure of exact verbiage because it's been

1    forever since I recorded these.

2              But, basically, are you the person that

3    completed the application?  If you're not the person,

4    can you get the person within the next three minutes?

5    If you're not the person and you can't get the person,

6    please tell them to call us back at this number.  And if

7    you select that you are the person or you can get the

8    person, it says do you have time to do your interview

9    now, you know, all of those options are there.

10   Q    And if a person like makes it through those

11   prompts, is there ever a chance that they would then

12   have to wait in a queue?

13   A    No.  That's what I'm meaning, where there's

14   little to no time.  The most time they would have to

15   wait is maybe five to ten minutes.  But they should not

16   have to wait that long.  It's usually like as soon as

17   they get -- they confirm that they have time for an

18   interview, usually they're going right to a worker.

19             And that's what I mean by it takes

20   priority.  Like we don't usually have a wait time in

21   that queue because we have it set up to take priority.

22   Q    So majority of the time, no wait time?

23             Is that a yes?

24   A    Majority of the time, no wait time, yes.

25   Q    Okay.  I just asked because you were nodding,

1  because it had a queue cap.  And so that's -- Genesys

2  does not have a queue cap.  You can build as big a queue

3  as long as you're within the criteria that you outline.

4       Q    Can you explain to me a little bit more how --

5  just because I truly don't know -- how a queue cap would

6  affect those deflections in CISCO?

7       A    Sure.

8            So if there's 100 calls waiting to get

9  into queue, we're playing a deflection message.  I don't

10 remember what reports we were able to access in Genesys.

11 And I don't know if that's one of them, but here, it --

12 it's going to be higher because basically we allow so

13 many calls into the queue.

14           It was also higher during this time I see

15 because of the courtesy callback.  It would -- that

16 courtesy callback really messed up things.  And it

17 would -- we would basically be deflecting first thing in

18 the morning because we're trying to work on the day

19 before's callbacks.

20      Q    And can you explain what a courtesy callback

21 is or was?

22      A    Yeah, we don't offer those anymore.  But what

23 it was is someone could call and say, hey, hold my place

24 in line.  And then we would call them back when it was

25 their turn.

1    Genesys to SNAP participants?

2        A    Not that I'm aware of.  The only thing I can

3    think of is with your traditional call centers and your

4    processing centers, they are told they need to use

5    Genesys to call out.  That's really their only mechanism

6    anyway because, again, they just have their computer,

7    they don't have a physical phone.  Like I said, it would

8    be the resource centers.

9        Q    The resource centers.

10            And particularly in areas where there are

11   those broadband --

12       A    Yeah.

13       Q    Got it.

14            I'd like to introduce what's been marked

15   as Exhibit No. 8, and if you could let me know when this

16   pulls up.

17           (Deposition Exhibit 8 identified.)

18       A    All right.  I'm there.

19       Q    (By Ms. Holley) Okay.  Do you recognize

20   this document?

21       A    No.  I actually do not recognize this

22   document.

23       Q    That's okay.

24       A    Did I make it?

25       Q    No.  I'll represent to you that this is an

1    Excel spreadsheet that bears the Bates label DEF

2    0138512, and it was produced to us in discovery and had

3    a file name that I'm going to read into the record.

4    File name is 0064556010, plus sign, Denise Davis call

5    logs, dot XLXS.

6              And so we converted the spreadsheet into

7    a PDF, which is now Exhibit 8.  It's a three-page

8    document.  The first two pages contain the information

9    that appeared on the Excel spreadsheet on a tab labeled

10   "Genesys," and the information on the third page -- the

11   third and last page appeared in a tab labeled Umemrol

12   [phonetic].

13             Does that help you understand a little

14   bit better what you're looking at?

15        A    Kind of, but --

16        Q    Okay.  So just looking at Page 1, I was

17   wondering if we could go through these columns and you

18   could tell me what they mean, okay.

19             So I'm starting with "date and time,"

20   what does this mean?

21        A    The date and time that the person called.

22        Q    And "call path data"?

23        A    So that's the path that the call took.

24        Q    Can you -- what does that mean?

25        A    So, like when I call in, so you'll see --

1  remember that IVR document that you had?  So you'll see

2  they called FSD info -- I'm looking at the second one

3  because the first one doesn't give us a lot of

4  information, looks like the client either got the

5  information that they needed and hung up or whatever

6  happened.

7             But on the second one, they called the

8  FSD info number, they picked option English, they picked

9  option food stamps.  We authorized them successfully.

10 And then I don't know if it's cut off or whatnot, but --

11     Q    Okay.  "Authorized successfully" means -- what

12 does that mean?

13     A    That means they entered their DCN and we were

14 able to match it and their date of birth and able to

15 match it.

16     Q    I'm looking at the third -- third one for

17 January 3rd, 2023, it says "no IVR path," do you know

18 what that would mean?

19     A    That's probably a quick hangup or is that the

20 note over there that says predictive dialer called and

21 voice mail was reached?

22     Q    Okay.

23     A    Does that column go with that?

24     Q    I believe it does, yes.

25     A    Okay.  So, then, that's why there's no IVR

 1  path is because the predictive dialer had called and we

 2  got a voice mail.

 3      Q    Okay.  And so, the one below that

 4  January 4th, 2023, I think I understand this path, but

 5  I just want to make sure.  It looks like she --

 6  Ms. Davis was put on the IVR path, application interview

 7  was selected, English was selected, and then she was

 8  deflected.

 9      A    Correct.

10      Q    Just want to make sure I understand the call

11  path.

12           Can you tell me what is meant by "hold

13  time"?

14      A    Where do you see that one at?

15      Q    It's a column up -- it's the column next to

16  call path data.

17      A    I'm not sure what they're measuring here,

18  because I'm showing that there's no hold time on this

19  one.  I don't know what they have marked as hold time

20  here.  I don't know if that's the time they're spending

21  in the IVR, but it can't be because some of them don't

22  have a hold time.

23      Q    Okay.

24      A    So I'm not sure what it refers to here.

25      Q    Okay.  "Total interaction time"?

1      A    So that would include any time in the IVR plus

2  any time reached to a representative.

3      Q    Okay.  And then the "connected to a worker"

4  column?

5      A    Yeah, that's just if the worker had picked up.

6      Q    Okay.  And the "queue column," what does that

7  mean?

8      A    Whatever queue that they were going into or if

9  they stayed in the IVR.

10     Q    Okay.  And then the "notes column"?

11     A    So the notes, that one refers to the

12  predictive dialer.  There's another one that refers to

13  the predictive dialer.

14     Q    So are notes manually entered?

15     A    That's what it looks like.

16     Q    Okay.  All right.  Now I'm looking at Page 3,

17  which has some new columns.

18          And so I'm wondering, can you tell me

19  what "comment info" means?

20     A    No, I don't know what that means.

21     Q    Okay.  "Included in call logs," that column?

22     A    No.

23     Q    "Zoom or Genesys," do you know what that

24  means?

25     A    I do know what that means.

1    A    That one pulled up real quick.

2    Q    Oh, good.

3         And so, do you recognize this document?

4    A    No, I don't, sorry.

5    Q    That's okay.

6         So I'll represent to you that this is an

7  Excel spreadsheet, which is bearing the Bates label DEF

8  0138504 and was produced to us in discovery that had a

9  file name of 00279160 -- or I'm sorry, I'm going to

10 scratch that and start the number again -- 0027913062,

11 plus sign, Andrew A. Dallas, call logs dot XLXS.

12        And we converted that spreadsheet to this

13 PDF, which is now Exhibit 9 to your deposition.  It's a

14 six-page document.  The first four pages contain the

15 information that appeared in the Excel spreadsheet on a

16 tab labeled "Genesys."  The information on the fifth

17 page of this exhibit appeared on the spreadsheet in a

18 tab labeled "Zoom."  And the final page of this exhibit

19 is information contained in that same document under a

20 tab labeled "Umemrol comments."

21        Does that help you understand the

22 information on the document?

23   A    A little bit, yeah.

24   Q    So, it appears to me that the columns on the

25 first four pages, those that were in the Genesys tab,

 1  are the same columns that were in Exhibit 8.

 2          Does that sound right to you?

 3      A   Yes.

 4      Q   Okay.  So I'm wondering if you could turn to

 5  Page 5.

 6      A   Yep, I'm there.

 7      Q   Okay.  So this was information that was under

 8  the Zoom tab.  And just want to make sure I understand

 9  these columns as well.  "Date and time" you explained to

10  me the date and the time of the call.

11          Can you explain what "talk time" means?

12      A   That would be the time that they talked -- the

13  amount of time they talked to a representative.

14      Q   Okay.  And what "queue" means in this context?

15      A   Yeah, it's still the same; queue Tier 1, Tier

16  3.

17      Q   Okay.

18      A   The N/A -- I see the notes, worker called the

19  client.  In CISCO you couldn't pick what queue you were

20  calling out of, so that's why there's no queue.

21      Q   Okay.  All right.  And so, these, based on the

22  dates, would all have been CISCO calls, is that right?

23      A   Correct.

24      Q   Okay.

25      A   Prior to 2021.

 1    the top of my head.

 2        Q    Okay.  Can you tell me what this document is?

 3        A    Looks like call volume.

 4        Q    Does the data that's reflected in this

 5    document, would it exist for 2022 and 2023?

 6        A    Yeah, it should all exist.

 7        Q    Okay.  So I just want to -- I'm going to go

 8    through these charts just to make sure, just to get

 9    clarification on if these things are being tracked.  So

10    this Tier 1 offered, that's being tracked?

11        A    Yep.

12        Q    Okay.  Tier 1 calls answered?

13        A    Yes.

14        Q    Okay.  Now, I'm on Page 2, Tier 1 calls

15    abandoned?

16        A    Yes.

17        Q    Okay.  And that's a percentage.

18             The percentage of Tier 1 calls deflected?

19        A    So we don't call them deflected anymore.  We

20    call them redirect calls, because we direct them to

21    self-service options now instead of just playing the

22    message that the queue is full.  We direct them to all

23    their options for self-service, including for

24    interviews, you can go to your local resource center.

25    But it's still a number that is collected.

1    Q    Okay.  It just would be called something else.

2    It would be a redirected percentage?

3    A    Yeah.

4    Q    Okay.  And just for my own notes, self-service

5    options, you mentioned this, interviews -- interviews at

6    local resource centers, what are the other self-service

7    options?

8    A    So, for example, you can live chat us, not for

9    interviews, but this is for all other things.  Like for

10   Tier 1 specifically, you can live chat us.  You can go

11   online to find answers to most of your program

12   questions.  You can go to your local resource center,

13   here's the map address, if you need to -- if you need a

14   map.  Those are our self-service options.  Or you can

15   report changes online and look at your benefits online

16   as well.

17   Q    Okay.  So you said that there is a map, is

18   that something that they offer on the call, on the Tier

19   1 line?

20   A    We don't offer it like sending it to them, but

21   we give them the web address, like it's dss.mo.gov,

22   slash, map, dash, whatever.

23   Q    Okay.  That makes sense.

24        All right.  I'm on the third page.

25   A    Okay.

1  feedback from our visits with the customer experience

2  team with the program managers over the resource

3  centers.

4      Q    Okay.  So, any data shared for those meetings

5  like survey data or anything like that?

6      A    We don't share the survey data.  We do compile

7  a report and tell them that if they'd like to see the

8  survey data they can reach out to us.  Sometimes they'll

9  reach out, but a lot of times they really just want to

10  know what issues do I need to fix.

11     Q    Got it.

12              And how often are those meetings held?

13     A    Monthly.

14     Q    And who attends those?

15     A    Myself, Sara Smith, then a couple of the PMs,

16  three of the PMs; Robin Leikam, Kevin Baclesse, and it

17  will be Stephanie White but it's been Shartina Campbell.

18  Those are the ones that usually attend.

19     Q    Okay.  On the topic of the resource center, so

20  before lunch, you had said something about interview

21  rooms in resource centers.

22     A    Right.

23     Q    And just so that it's like clear for me, it

24  sounded like you said before COVID the rooms were used

25  for in-person interviews but now those resource staff

1   are using those rooms to conduct phone interviews, is

2   that right?

3        A    They can do phone or in-person.  It depends on

4   what the client -- like, first it depends on resource

5   and our traffic and, secondly, it depends on client.  So

6   like, for example, your big metros, sometimes they will

7   set people in those interview rooms and be able to

8   assist them via the phone because the interview room is

9   far away from their desk.

10             But like in the smaller resource centers,

11  if a client walks in and needs an interview, a lot of

12  times you just take them to the room and do the

13  interview right there.

14       Q    So when you say "in the non-metro," they

15  would -- a person was in office asking for an interview,

16  they'd go back to the interview room with another staff

17  person and get that interview done?

18       A    Yeah.

19       Q    But perhaps in the metro regions --

20       A    It depends.

21       Q    It depends, but it could happen that you get

22  brought back there and you use the phone to complete

23  your interview?

24       A    Yep.

25       Q    Okay.  And is that a change from -- is that a

1    COVID change in the metro areas?

2       A    No, what it is is it's a Current change.  Like

3    what I'm -- the resource center I'm thinking about that

4    typically doesn't do the face-to-face is because their

5    lobby traffic is too high and they can't keep staff.  So

6    what happens is that interview gets tasked out to

7    another worker in another office and they call the

8    client to do the interview.

9       Q    Okay.  That makes sense.

10              All right.  And has that been exacerbated

11   because of COVID?  Like that -- that tasking out

12   staffing issue that you're mentioning, for that resource

13   center with a lot of volume, has that become a -- worse

14   that there aren't staff on site to be able to do those

15   interviews?

16      A    I would say it's one of those perfect storms

17   again.  Resource center staff aren't able to work

18   distributive work.  And so we don't have a lot of people

19   that want to work in the resource center, because then

20   you take away their distributive work.  And so it's

21   hard.  And specifically in the one office that I'm

22   thinking of, it's hard for us to get staff in there

23   because right across the street we have a federal office

24   that steals our staff pretty regularly.

25              And so, as soon as they pretty much get

1  their foot in the door they're finding out they're going

2  somewhere else, so --

3      Q    Where is this office?

4      A    It's in Kansas City.

5            And so -- and then the other thing is the

6  processing center staff that work in the same building,

7  they do get to work distributive work and so if a

8  position opens up in that processing center, what we

9  happen to find is our resource center staff are like,

10  hey, it's a lateral, can I transfer because I can do

11  distributive work?

12      Q    I see, that makes sense.

13      A    And then COVID.  I mean, you know, COVID --

14  what we found is after COVID our clients are back to

15  wanting to come into the office.

16      Q    Which can bog down some of those metro areas

17  that have already high foot traffic?

18      A    Yep.

19      Q    Okay.  And just so that I understand like the

20  distributive work model, so there are staff that are at

21  these resource centers that if they already have other

22  tasks, wouldn't be able to do an in-person interview,

23  and that interview would get tasked out to someone who

24  is not physically present in the resource center?

25      A    Right.

 1      Q     Okay.

 2      A     It's still another resource center worker, but

 3   likely it's from a rural area where they don't have

 4   heavy foot traffic.

 5      Q     So that's why it would be a call to that

 6   resource center worker in the rural area?

 7      A     Yeah.  Also if they need an interpreter.

 8   Instead of the worker putting their phone at their desk

 9   on speaker so both the client and the worker can handle

10   the call, we put the client in an interview room and

11   then we call that number into the interview room with

12   the interpreter to maintain that confidentiality.

13      Q     Got it.

14            So a person could -- a person who needs a

15   SNAP interview could go into a resource center and get

16   an interview in person, correct?

17      A     Yes.

18      Q     Okay.  How -- how would they go about making

19   that request?

20      A     So, typically they just walk -- they just walk

21   up to the person that is entering tasks into the system

22   and they say I'm here for my SNAP interview and they

23   would get it.

24      Q     In those resource centers that do have more

25   lobby traffic, is there ever like a wait time between

1    the time a person would ask to have their interview

2    completed and getting them connected with a rural

3    resource center worker?

4        A    So, all your metro areas do have wait times.

5    It just depends on the lobby traffic, what their wait

6    time is.  I mean, even your rural resource centers will

7    have a wait time.  Like I recently moved and I'm based

8    in a resource center and there's only one worker.  So if

9    she's doing an interview and another client walks in,

10   there's going to be a wait.

11       Q    Are those wait times tracked in any way?

12       A    They're tracked in Current usually.  So, what

13   should be happening is as soon as a client walks in, it

14   should be being entered into Current to be triaged.  And

15   what that just means is, what are you here for?  Okay.

16   This is what you're here for.  They enter the DCN, they

17   enter the name, and they say this person's here for a

18   SNAP interview and then move on.

19       Q    Okay.  And then would something be entered

20   when that person receives their SNAP interview?

21       A    Right.  Yeah, the task is then picked up and

22   they start working that.

23       Q    Got it.  Okay.

24            So you said there's wait times in every

25   resource center.  Like in the metro areas, what's a wait

 1   time -- what's a realistic wait time that a person would

 2   have to experience?

 3        A    It depends what metro area you're going to.

 4   Jennings Resource Center, it's nothing for them to have

 5   a line out the door.  You're talking about a two-hour,

 6   two-and-a-half hour wait.  Again, that's a staffing

 7   issue.

 8                As well as the location of the resource

 9   center is where it really needs to be.  That's a lower

10   poverty area, the clients -- it's on the bus route,

11   clients can get there very easily.  It's very

12   conveniently located, so it's very busy.  If you move

13   down the road to Chouteau, you're probably looking at

14   about an hour and a half, so not much difference is

15   there.  Lindbergh you're probably looking at an hour

16   still.  But I have seen those wait times get up to three

17   to four hours on a busy day.

18                So it just -- it also depends on the

19   staffing level that we have.  We all know we have

20   call-ins, and so if I have half of an office out, I

21   cannot pull from another metro because that just puts

22   them behind.

23        Q    Right.  If someone wanted to call in to get an

24   appointment for a SNAP in-person interview, how would

25   they do that?

1      A    Like if someone requires an accommodation, is

2    that what you mean?

3      Q    Uh-huh.

4      A    If we get notification of an accommodation,

5    yes, we send that up to the chain -- I believe Anna Wise

6    is our contact to help with that.

7      Q    And how do you typically get that notification

8    that someone needs an accommodation?

9      A    So they go up their chain of command, the

10   supervisors usually talk to their manager, or

11   specifically the call centers that are familiar with me

12   will just send it to me if it's a supervisor and they

13   know they can't handle it.

14     Q    Okay.  Is that like -- are people trained on

15   those kind of requests when they go through their 12

16   weeks of training?

17     A    I don't know if they're trained on that in

18   that 12 weeks.  I don't believe so.  The training that's

19   12 weeks is usually program training, so --

20     Q    Okay.  And then are you involved in any FSD

21   policy regarding the Americans with Disabilities Act?

22     A    Like policy writing?

23     Q    Um-hmm.

24     A    No.

25          MS. HOLLEY:  Okay.  I am very close to being

```
 1      Q    Okay.  So, you can track -- you can get data

 2   on calls dropped by clients as well as data on calls

 3   dropped by FSD?

 4      A    Right.  It will tell us the reason the call

 5   dropped and it's different for each party.

 6      Q    Got it.

 7           Another terminology question, you

 8   mentioned that when we were going through those charts

 9   that it's no longer -- the word "deflected" is no longer

10   used and it's now called redirected --

11      A    Right.

12      Q    -- is that right?

13      A    We only use deflected internally.

14      Q    I see.

15           So redirected is like for external

16   reports?

17      A    Yeah, when we're talking to like -- I don't

18   know, we -- when we're talking to like the department

19   we're saying it's redirected instead of deflected.  And

20   the reason for that is because there's new messaging

21   now.

22           In the past we would say things like, I

23   apologize, but at this time we're unable to take your

24   call, please try your call back again later.  Now we

25   give them all the options of, we're currently unable to
```

1    take your call, but these are your options.  And that's

2    why we're calling it a redirect because we're not

3    necessarily just saying goodbye.  We're giving you all

4    the options and then telling you, try again later if you

5    really still need to talk to us.

6        Q    I see.  Okay.

7             And just to clarify, you said the

8    department, what do you mean by the department?

9        A    Like the department of social services.

10       Q    Okay.

11       A    We also have call center meetings with other

12   departments sometimes, so that's where we use that word

13   as redirect.

14       Q    So it's like an outward facing word?

15       A    Yeah.

16       Q    Okay.  I got it.

17            And so you said there was like a shift in

18   messaging.  And so that's when deflected kind of became

19   redirected looping in these other options.  When did

20   that shift happen, that messaging shift?

21       A    Well, what we did is a mapping out process of

22   the call center with OA and the governor's office, and

23   so -- Office of Administration and the governor's

24   office.  And that's when that shifted.

25            Three to six months ago, probably.  Yeah,