# EXHIBIT 30

CORE/9990000.8275/183195427.1
Case 2:22-cv-04026-MDH   Document 138-31   Filed 09/22/23   Page 1 of 4



Christine Woody <christine@empowermissouri.org>

## Food Security call

**Christine Woody** <christine@empowermissouri.org>     Fri, Apr 9, 2021 at 8:19 AM
To: "Whaley, Caitlin" <Caitlin.Whaley@dss.mo.gov>

Thanks Caitlin.

On Tue, Apr 6, 2021 at 9:30 AM Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov> wrote:

> Yes, I can join this week.
>
> Caitlin Whaley
>
> Legislative Director
>
> Department of Social Services
>
> Cell: 573.395.6343
>
> **Report Child Abuse and Neglect**
>
> **1-800-392-3738**
>
> **Report Public Assistance Fraud**
>
> **https://dss.mo.gov/dls/public-assistance-fraud-form.htm**
>
> **From:** Christine Woody <christine@empowermissouri.org>
> **Sent:** Thursday, April 1, 2021 10:53 AM
> **To:** Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov>
> **Subject:** Food Security call

Caitlin

Any chance you could join our Food security call next Friday April 9 at 9 and share a DSS update?

HERE is the link to register if you can join us.

Thanks

Christine

--

Sincerely,

Christine Woody, MSW

Senior Policy and Organizing Coordinator

Empower Missouri

308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org

Website: www.empowermissouri.org

--
Sincerely,


Christine Woody, MSW
Senior Policy and Organizing Coordinator
Empower Missouri
308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org
Website: www.empowermissouri.org

Case 2:22-cv-04026-MDH Document 138-31 Filed 09/22/23 Page 4 of 4
Confidential     MO SNAP 0004123