# EXHIBIT 31



Christine Woody <christine@empowermissouri.org>

## Friday's meeting

**Christine Woody** <christine@empowermissouri.org>     Wed, Apr 21, 2021 at 8:49 AM
To: "Whaley, Caitlin" <Caitlin.Whaley@dss.mo.gov>

No worries! Thanks.

Christine

On Tue, Apr 20, 2021 at 2:52 PM Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov> wrote:

> I'm sorry, I do have a conflict this Friday.
>
>
> Caitlin Whaley
>
> Legislative Director
>
> Department of Social Services
>
> Cell: 573.395.6343
>
>
> **Report Child Abuse and Neglect**
>
> 1-800-392-3738
>
> **Report Public Assistance Fraud**
>
> https://dss.mo.gov/dls/public-assistance-fraud-form.htm
>
>
> **From:** Christine Woody <christine@empowermissouri.org>
> **Sent:** Monday, April 19, 2021 1:41 PM

**To:** Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov>
**Subject:** Friday's meeting

Any chance you could join us on Friday at 9 and share some DSS updates?

HERE is the link to register

Thanks

Christine

--

Sincerely,

Christine Woody, MSW

Senior Policy and Organizing Coordinator

Empower Missouri

308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org

Website: www.empowermissouri.org

https://mail.google.com/mail/u/0/?ik=313eacae898&view=pt&search=all&permmsgid=msg-a:r1498261599314798432&dsqt=1&simpl=msg-a:r1498261599314798432     2/3

Case 2:22-cv-04026-MDH   Document 158-32   Filed 05/22/23   Page 3 of 4

Confidential     MO SNAP 0004137

--
Sincerely,


Christine Woody, MSW
Senior Policy and Organizing Coordinator
Empower Missouri
308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org
Website: www.empowermissouri.org

Case 2:22-cv-04026-MDH Document 138-32 Filed 09/22/23 Page 4 of 4
Confidential                                                                                                                                                                                                                              MO SNAP 0004138