# EXHIBIT 32

CORE/9990000.8275/183195427.1
Case 2:22-cv-04026-MDH   Document 138-33   Filed 09/22/23   Page 1 of 4



Christine Woody <christine@empowermissouri.org>

## Thank you

**Christine Woody** <christine@empowermissouri.org>  Fri, Jan 8, 2021 at 10:20 AM
To: "Whaley, Caitlin" <Caitlin.Whaley@dss.mo.gov>

Great. Thanks again.

Christine

On Fri, Jan 8, 2021 at 10:06 AM Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov> wrote:

> I will try to make it every call, normally my Fridays are pretty light during session. Bare minimum I will try to send you some bullet point updates if I am not able to join in person.
>
> Caitlin Whaley
>
> Legislative Director
>
> Department of Social Services
>
> Cell: 573.395.6343
>
> 
>
> **Report Child Abuse and Neglect**
>
> **1-800-392-3738**

**Report Public Assistance Fraud**

**https://dss.mo.gov/dls/public-assistance-fraud-form.htm**

**From:** Christine Woody <christine@empowermissouri.org>
**Sent:** Friday, January 8, 2021 10:15 AM
**To:** Whaley, Caitlin <Caitlin.Whaley@dss.mo.gov>
**Subject:** Thank you

Caitlin

Thank you so much for joining the call today. And thank you for sharing so much with us. It was wonderful information. I truly appreciate how willing you are to take time to join us. As i said on the call, we are going to be having these calls 2x a month during session. Do not feel like you have to join us for every call. i will keep inviting you but if you can't make it everytime- i understand.

Thanks again,

Christine

--

Sincerely,

Christine Woody, MSW

Senior Policy and Organizing Coordinator

Empower Missouri

308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org

Website: www.empowermissouri.org

 Virus-free. www.avast.com

--
Sincerely,

Christine Woody, MSW
Senior Policy and Organizing Coordinator
Empower Missouri
308 E. High St., Jefferson City, MO 65101

Email: christine@empowermissouri.org
Website: www.empowermissouri.org