# EXHIBIT 34

CORE/9990000.8275/183195427.1

| Empower Missouri Food Security Coalition | |
|---|---|
| **FYE 2023 Budget** | |
| **July 2022 - June 2023** | |
| | Budget |
| **Income** | |
| 40000 General Donations | $27,028.90 |
| 45000 Grants | $72,722.04 |
| 47000 Special Events | $36,000 |
| 48000 Investment Income | $26,079.23 |
| **Total Income** | **$161,830.17** |
| | |
| **Expenses** | |
| **60000 Payroll and Benefit Expense** | |
| 60100 Salaries | $86,943.00 |
| 60200 Payroll Tax | $6,651.14 |
| 60300 Benefits | $14,609.50 |
| **Total 60000 Payroll and Benefit Expense** | **$108,203.64** |
| **61000 Program Expenses** | |
| 61100 Annual Conference Venue and Meals | $3,000.00 |
| 61400 Honorarium | $1,250.00 |
| 61500 Miscellaneous Event Expenses | $125.00 |
| 61600 Travel and Meetings | |
| 61610 Lodging | $1,250.00 |
| 61620 Meals (staff) | $250.00 |
| 61630 Mileage | $500.00 |
| 61650 Auto Expense (rental cars + gas cards) | $1,000.00 |
| Total 61600 Travel and Meetings | **$3,000.00** |
| 61700 Participant Stipends | $1,000.00 |
| **61000 Program Expenses- Total** | **$8,375.00** |
| 61800 Donations/Sponsorships | $1,250.00 |
| 70000 Administrative Expenses | $36,640.00 |
| 71000 Human Resources | $5,040.00 |
| 72000 Software Fees | $1,512.00 |
| **Total Expenses** | **$161,020.64** |

Confidential      MO SNAP 0000001