# EXHIBIT 36

CORE/9990000.8275/183195427.1

# DECLARATION OF ELIZABETH DODD

Elizabeth Dodd declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.     My name is Elizabeth Dodd. I go by Beth.

2.     I am 50 years old and live in Noel, a rural town in the southwest corner of Missouri. I have been disabled since I was sixteen when I was diagnosed with epilepsy. Since then, I have developed other health conditions including arthritis, Barrett's esophagus, and celiac disease. I am also hard of hearing in my left ear.

3.     I live with my adult son who is 22 years old. He has Marfan's Syndrome, which is a serious health condition, and as a result, he often has problems with his lungs.

4.     I receive a small amount of Supplemental Security Income (SSI), about $42 per month. I also receive a Social Security Disability Insurance Adult Dependent Benefit of $452.00 per month because I have been disabled since childhood. I also get $282.00 from the Veteran's Administration as a benefit through my former husband. My monthly income is about $776.00.

5.     I live in a trailer where it is very hard to get cell phone reception. I used to have to go outside to make or receive phone calls. I finally decided to get an internet phone so I could make phone calls inside. Now I can make phone calls from inside my home.

6.     I used to have to pay $.20 per minute before I got my internet phone.

7.     I cannot drive. The nearest food stamp office is 30 miles from me. I have to pay people gas money to go there.

8.     In November 2021, I submitted a recertification application for SNAP. I then got a letter telling me I had to complete a SNAP interview before December 10, 2021. The notice

1

Confidential

MO SNAP 0004417

said that an interview was needed to complete my SNAP application. It told me that the Department of Social Services (DSS) would attempt to reach me or that I could call DSS between 6:00 am until about 6:00 p.m. The letter said if I did not complete the interview I would lose my food stamps.

9.      Because I cannot work, I was able to be on the phone for long periods of time. The day after I got the letter, I called before 6:00 a.m. because I get up early. I heard that the office was not open yet. I called again right at 6:00 a.m. and was told about 215 people were ahead of me in line. I put my phone on speaker and went about my day. Four hours later, I was down to number 10 or so in line. Then the call just ended.

10.     I tried to call back right away. I called and called so many times that first day and could not get through. I probably tried about five times, and on the last try, I was put on hold. I waited again for hours, and the call was cut off again.

11.     The next day I started trying to reach DSS by phone at 6:00 a.m. I was on hold for several hours, and the call was disconnected. I don't know why the call was disconnected.

12.     I called again at 6:00 a.m. on the next day. I was on hold for about three and half hours. Around 9:30 a.m., someone finally answered and I was interviewed.

13.     The whole interview took only a few minutes. It was all the same information in my paperwork.

14.     The caseworker asked me to send in a screenshot of my bank statement. I did that by email while we were on the phone. The caseworker told me it would take 10 days before she would know if they got the information.

Confidential

MO SNAP 0004418

15. Five days or so later, I got a letter telling me they needed my proof of income. I had already emailed that to them. I sent in the screenshot of my bank statement by email again after I got that letter.

16. Soon after, I got a second letter telling me they still needed my proof of income. I submitted the screenshot of my banks statement via email a third time. Ultimately, DSS acknowledged they got the information.

17. I was able to keep my SNAP benefits. In January, I got about $374 in food stamps. That makes a lot of difference in my budget.

18. I have a very strict diet because of my esophageal issues and celiac disease, and I also have hypertension.

19. I was very worried about not getting food stamps. It was so stressful.

20. I have friends who are on food stamps. Most people on food stamps don't have the time and money to spend hours on the phone like I did. Some people have to pay for phone minutes. Also, elderly people, people with small children, and people who work cannot do what I did and wait on hold for hours and hours on many days.

Dated: July 11, 2022
Noel, Missouri

Elizabeth Dodd

3

Confidential

MO SNAP 0004419