# EXHIBIT 37

# DECLARATION OF SHELBY LOUIS WALL

Shelby Louis Wall declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Shelby Louis Wall, but I go by Louis.

2. I am 40 years old and live in Saint Louis, Missouri. I am a Caucasian male.

3. I am a single parent with one child. My son lives with me and is in my SNAP household.

4. I currently am not employed and have no income.

5. I am a full-time student at Webster University. I do receive some scholarships and grants to pursue my educational goals, but I don't have money left over to pay for food. I rely on SNAP to feed myself and my son.

6. I have been receiving SNAP since April 2021. In January 2022, I received $250 in SNAP benefits.

7. In early January, I received a notice from DSS about my SNAP benefits. I was not sure if I needed to renew or re-apply to continue to receive benefits.

8. In January, I submitted an application for SNAP.

9. I called the call center in late January 2022, but I was on hold for 2 hours. While on hold I was never told how long it would be before someone could speak to me or what place I was in line. I was never connected to someone, so I hung up.

10. I received a letter in the mail telling me I needed to complete my eligibility interview. The letter informed me that DSS would call to complete the interview and if I missed the call to call them back.

11. DSS called me on February 17, 2022, but I missed the call because I was in class.

1

Confidential   MO SNAP 0004413

12. DSS left a voicemail. I stepped out of class and called them back immediately, but I was on hold for 44 minutes until the call was dropped.

13. I tried to call the call center two more times on February 17, 2022 but I was placed on hold and not given any estimation of how long I would have to wait on hold. I was very frustrated so I hung up.

14. I tried to call the call center again several more times: once on February 28, 2022; once on March 1, 2022; and seven times on March 3, 2022. Each of the nine times I called between February 28 and March 3 I was put on hold but I was not told how long it would be before someone could speak to me or where I was in the line. During these nine calls I was never connected to someone to complete my interview, so I hung up after waiting for a few minutes. Three months after submitting my application in January, I received a letter from DSS that my application was being denied because I did not complete the interview.

15. I felt hopeless and frustrated that I would never be able to receive SNAP benefits. I reached out to Legal Services of Eastern Missouri on May 3, 2022 for assistance.

16. With their help I submitted an online SNAP application on May 17, 2022.

17. My interview was completed, and I started to receive SNAP benefits on May 19, 2022.

18. When I stopped receiving SNAP benefits in February it was really difficult to pay for food. I used up all of my previous SNAP benefits.

19. I had to rely on financial assistance from my girlfriend and extended family to pay for food. My girlfriend took on more credit card debt to help me pay for food.

20. During that time, I was stressed and anxious that I would not have enough food for my son.

Confidential

MO SNAP 0004414

21. I would not have SNAP benefits without help from Legal Services of Eastern Missouri.

Dated: August 30, 2022
St. Louis, Missouri

_____
Shelby Louis Wall

Confidential

MO SNAP 0004415

21. I would not have SNAP benefits without help from Legal Services of Eastern Missouri.

Dated: August 30, 2022
      St. Louis, Missouri

_____
Shelby Louis Wall

Confidential