IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and<br>EMPOWER MISSOURI,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT KNODELL, in his official<br>Capacity as Acting Director of the<br>Missouri Department of Social Services,<br><br>        Defendant. | Case No. 2:22-cv-04026-MDH |

## ORDER

The Plaintiffs move the Court to set a submission and briefing schedule for Plaintiffs' Motion for Fees and Costs pursuant to 42 U.S.C. §§ 1988, 12205. (Doc. 162). Plaintiffs state they are the prevailing parties and intend to submit a petition for fees and costs in light of this Court's Order on the Motions for Summary Judgment.

Under Federal Rule of Civil Procedure 54(a), (d)(2)(B)(i), fee motions must be submitted within fourteen days of the entry of judgment on an order from which an appeal lies, unless a . . . court order provides otherwise." The parties state that this action is not currently ripe for a fee petition. This Court agrees. While Summary Judgment has been decided on the merits, the Court has yet to order the exact contours of relief awarded to Plaintiffs.

Wherefore, the Court agrees with Plaintiffs' request to clarify the timing of Plaintiffs' planned fee motion, and for the reasons set forth in its filing, the Court hereby ORDERS the following:

1

1. The Court's Summary Judgment Order does not constitute an "entry of judgment" within the meaning of Federal Rule of Civil Procedure 54;

2. The deadline for Plaintiffs' Motion for Fees and Costs shall be thirty (30) days after this Court's final entry of judgment ordering relief in this matter;

3. The deadline for Defendant's Response to Plaintiffs' Motion for Fees and Costs shall be thirty days after the filing of Plaintiffs' Motion; and

4. The deadline for Plaintiffs' Reply in Support of their Motion for Fees and Costs shall be fourteen days after the filing of Defendant's Response.

**IT IS SO ORDERED.**

Date: May 17, 2024

      *s/ Douglas Harpool*
**Douglas Harpool**
**United States District Judge**