Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: Holmes et al v. Knodell | Case No. 2:22-cv-04026-MDH |
|---|---|
| Appellant:<br>Robert Knodell | Appellee:<br>Mary Holmes, Empower Missouri, Denise Davis, Andrew Dallas |

Appellee:
**Hardin Haynes**
Missouri Attorney General's Office-JC
P.O. Box 899
Jefferson City, MO 65102
573-751-3321
Fax: 573-751-5660
Email: tom.haynes@ago.mo.gov

**Jason Lewis**
Missouri Attorney General's Office-StL
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-7832
Email: jason.lewis@ago.mo.gov

Appellee's Attorney(s):
**Jaclyn N. Warr**
Stinson LLP
7700 Forsyth
Ste 1100
St. Louis, MO 63105
314-259-4570
Fax: 314-259-3978
Email: nicci.warr@stinson.com

**Joyce Kim**
Stinson LLP - StL 1100
7700 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105
314-259-4508
Email: joyce.kim@stinson.com

**Katharine Deabler-Meadows**
National Center for Law and Economic Justice
50 Broadway
Ste 1500
New York, NY 10004
212-633-6967
Email: deabler@nclej.org

**Katherine Ann Holley**
Legal Services of Eastern Missouri
701 Market Street
Suite 1100
Saint Louis, MO 63101
314-256-8704
Email: kaholley@lsem.org

**Lisa Joy D'Souza**
Legal Services of Eastern Missouri, Inc. - StL
701 Market Street
Suite 1100
St. Louis, MO 63101
314-256-8720
Email: ljdsouza@lsem.org

**Saima A Akhtar**
National Center for Law and Economic Justice
50 Broadway
Suite 1500
New York, NY 10004-3821
212-633-6967
Email: akhtar@nclej.org

**Zachary T. Buchheit**
Stinson LLP - StL 1100
7700 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105
314-863-0800
Fax: 314-863-9388
Email: zachary.buchheit@stinson.com

**Jamie Rodriguez**
Legal Services of Eastern Missouri, Inc. - StL
701 Market Street
Suite 1100
St. Louis, MO 63101
314-256-8773
Email: jlrodriguez@lsem.org

**Andrew J. Scavotto**
Stinson LLP - StL 1100
7700 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105
(314) 863-0800
Fax: (314) 863-9388
Email: andrew.scavotto@stinson.com

Court Reporter(s):   Please return files and documents to:

**United States District Court
Clerk's Office
80 Lafayette Street
Jefferson City, MO  65101**

Contact Person for Appeal:
Crystal Berner
(573) 556-7563
[Crystal_berner@mow.uscourts.gov](mailto:Crystal_berner@mow.uscourts.gov)

| | | | |
|---|---|---|---|
| Length of Trial:  N/A | Fee: Paid | IFP:  No | Pending IFP Motion:  No |
| Counsel: Yes | Pending Motions: No | Local Interest: No | Simultaneous Release: No |