# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 12, 2024

Hardin Haynes
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0000

RE: 24-2192 Mary Holmes, et al v. Robert Knodell

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

RDB

Enclosure(s)

cc:     Saima A. Akhtar
        Zachary T. Buchheit
        Lisa Joy D'Souza
        Katharine Deabler-Meadows
        Katherine Ann Holley
        Joyce Kim
        Jason Krol Lewis
        Jeannine Rankin
        Jamie Rodriguez
        Andrew J. Scavotto
        Jaclyn Niccole Warr
        Paige A. Wymore-Wynn

        District Court/Agency Case Number(s):   2:22-cv-04026-MDH

**Caption For Case Number: 24-2192**

Mary Holmes; Empower Missouri; Denise Davis; Andrew Dallas

       Plaintiffs - Appellees

v.

Robert J. Knodell, in his official capacity as Acting Director of the Missouri Department of Social Services

       Defendant - Appellant

**Addresses For Case Participants:   24-2192**

Hardin Haynes
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Saima A. Akhtar
NATIONAL CENTER FOR LAW & ECONOMIC JUSTICE
Suite 1500
50 Broadway
New York, NY  10004

Zachary T. Buchheit
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Lisa Joy D'Souza
LEGAL SERVICES OF EASTERN MISSOURI
Suite 1100
701 Market Street
Saint Louis, MO  63101

Katharine Deabler-Meadows
NATIONAL CENTER FOR LAW & ECONOMIC JUSTICE
Suite 1500
50 Broadway
New York, NY  10004

Katherine Ann Holley
LEGAL SERVICES OF EASTERN MISSOURI
Suite 1100
701 Market Street
Saint Louis, MO  63101

Joyce Kim
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Jason Krol Lewis
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Jeannine Rankin
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000

Jamie Rodriguez
LEGAL SERVICES OF EASTERN MISSOURI
Suite 1100
701 Market Street
Saint Louis, MO  63101

Andrew J. Scavotto
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Jaclyn Niccole Warr
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Paige A. Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
80 Lafayette Street
Jefferson City, MO  65101-1557