UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-*against*-<br><br>ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH |

## STATUS REPORT

On May 9, 2024, this Court entered its Order on the parties' cross motions for summary judgment finding Defendant's administration of SNAP in Missouri did not fulfill his obligations under federal law and violated the ADA. ECF 161. The Order required Defendant to report call monthly center metrics to this court, as well as numerous state legislators as well as the Governor's Office. Defendant has filed a notice of appeal of this court's interlocutory injunctive relief. ECF 166. Defendant has also requested this court certify the matter for appeal under 28 U.S.C. § 1292(b). ECF 165. Defendant has also requested this Court stay the May 9, 2024, order pending

the outcome of appeal. (ECF 165). The court has not yet ruled on the motion to certify or stayed its May 9, 2024, interlocutory order.

Accordingly, Defendant submits the attached to the court, and reports that a copy of same has been sent to each of the persons named in the May 9 order.

Respectfully Submitted,

ANDREW BAILEY

Attorney General of Missouri

By: /s/ *Hardin T. Haynes*

Jason K. Lewis, #66725
*General Counsel, Missouri Attorney General's Office*
Hardin T. Haynes, #67474
*Assistant Attorney General*
Missouri Attorney General's Office
207 W. High Street
Jefferson City, MO 65102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system this 17th day of June, 2024.

By: */s/ Hardin T. Haynes*