UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, *et al.*,<br><br>                           Plaintiffs,<br><br>      -*against*-<br><br>ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services,<br><br>                           Defendant. | Case No. 2:22-cv-04026-MDH |

## **MOTION TO WITHDRAW**

    I, Jason K. Lewis, move to withdraw as counsel for Defendant. I have taken a new position in the Attorney General's Office and am no longer materially involved in the representation of Defendant in this matter. I have informed Defendant of this withdrawal. Remaining counsel for Defendant will continue the representation.

1

Respectfully Submitted,

ANDREW BAILEY
Attorney General of Missouri

*/s/ Jason K. Lewis*
Jason K. Lewis, #66725
General Counsel
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
(314) 340-7832
jason.lewis@ago.mo.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system this 19th day of July, 2024.

*/s/ Jason K. Lewis*