UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-*against*-<br><br>ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Robert Knodell, in his official capacity as Director of the Missouri Department of Social Services, by and through the undersigned counsel, hereby requests an extension of time to file his Response to Plaintiffs' Report detailing the form of relief they seek.

1. On May 9th, 2024, this Court entered an interlocutory order granting summary judgment for the Plaintiffs, but holding the issue of form of relief open.

2. That order directs Defendant to respond to a report by Plaintiff regarding specific changes they believe are necessary, and directs Defendant to provide information regarding potential fixes (including resources and barriers) proposed by plaintiffs.

3. Plaintiff's report was submitted on June 7, 2024. It contained 21 pages of actions Plaintiffs believe this court should order.

4. Defendant's response was due on or about July 8, 2024.

5. The May 9th order also directs Defendant to provide its own report 90 days from

1

the May 9th order.

6.  DSS continues to work on gathering information regarding the cost in resources, as well as the barriers to the items identified in Plaintiff's report. Due to the number of issues raised by Plaintiffs, and the scale involved in many of them, this is taking a considerable amount of time. The relief requested by Plaintiff would involve significant program changes that could impact DSS operations in multiple ways (and across multiple programs).

7.  Additionally, while Defendant has been working on the report the court ordered filed 90 days from the May 9 order in parallel with his response, the same complexity issues have also impacted that report.

8.  Defendant has also filed Motions requesting this court certify this matter for appeal, and to stay the May 9th order pending such an appeal, in part based on the prejudicial impact filing the compliance report will have. This court had set a hearing for August 7, 2024, on these Motions, but has since cancelled that hearing without setting a new date.

9.  Defendant requests the due date for the response be set for fourteen days hence, and the due date for the report be set for fourteen days after the court rules on the pending motions to certify and stay.

WHEREFORE, Defendant respectfully requests the Court grant additional time for Defendant to file his response to Plaintiff's Report.

Respectfully Submitted,

ANDREW BAILEY
Attorney General of Missouri

2

By: /s/ *Hardin T. Haynes*

Hardin T. Haynes, #67474
*Assistant Attorney General*
Attorney General's Office
207 W. High Street
Jefferson City, MO 65102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system this 30th day of July, 2024.

By: */s/ Hardin T. Haynes*
    ***Attorney for Defendant***