UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-against-<br><br>ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH<br><br>**JOINT MOTION FOR STAY AND REFERRAL TO MEDIATION** |

The parties hereby jointly move the Court to enter a stay of proceedings on relief for three months and refer the parties to Magistrate Judge Epps for mediation concerning relief. On June 7, 2024, following this Court's Summary Judgment Order (ECF 161), Plaintiffs filed a Report (ECF 164) "detailing the specific changes [Plaintiffs] contend are required to make Defendant's provision of SNAP benefits lawful and ADA compliant," ECF 161 at 38. Defendant responded to Plaintiffs' Report on August 22, 2024 (ECF 183). On the same day, Defendant also filed his Proposed Plan of Action (ECF 184). Based on these filings and conversations conducted between the parties prior to Defendant's August 22 filings, the parties believe it may be possible to negotiate the terms of relief in this litigation.

In order to allow the parties to engage in efficient and productive negotiations, the parties respectfully request that this Court:

1. Issue a three month stay of proceedings on relief;
2. Refer the parties to Magistrate Judge Epps for mediation on relief;

1

3. Defendant agrees to continue to file the data reports required by the Summary Judgment Order during the stay;

4. That the parties enter a joint status report to this court at the conclusion of the three month stay;

5. In the event that negotiations fail, allow Plaintiffs at least two weeks before any hearing or decision concerning relief to reply to ECF 183 and respond to ECF 184 following the conclusion of the stay; and

6. Postpone the hearing currently scheduled for September 4, 2024 until the conclusion of the three month stay.

Dated: August 29, 2024

Respectfully submitted,

By: /s/ *Katharine Deabler-Meadows*
Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
Zachary T. Bucheit, #71816
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-8600
andrew.scavott@stinson.com
nicci.warr@stinson.com
zachary.bucheit@stinson.com

Katherine A. Holley #71939
Jamie L. Rodriguez # 64323
Lisa J. D'Souza # 65515
Legal Services of Eastern Missouri
701 Market Street, Suite 1100
St. Louis, Missouri 63101
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

ANDREW BAILEY
Attorney General of Missouri

By: /s/ *Hardin T. Haynes*
Hardin T. Haynes, #67474
*Assistant Attorney General*
Attorney General's Office
207 W. High Street
Jefferson City, MO 65102
(573) 751-8811
tom.haynes@ago.mo.gov

Katharine Deabler-Meadows*
Saima Akhtar*
Nat'l Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org
**Admitted Pro Hac Vice*

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system on August 29, 2024.

By: /s/ *Katharine Deabler-Meadows*
***Attorney for Plaintiffs***