| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 |
|---|---|---|---|---|---|---|
| **SNAP Application Rejections*** | | | | | | |
| SNAP Applications Rejected for Failure to Complete the Interview (can include other rejection reasons) | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 |
| % of all applications rejected | 51.12% | 48.09% | 50.07% | 43.39% | 50.91% | 46.78% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 |
| % of all applications rejected | 44.26% | 41.17% | 43.42% | 37.02% | 44.65% | 39.99% |
| **Tier 1 Metrics** | | | | | | |
| **Average Wait Time (h:mm:ss)** | **1:19:16** | **1:15:07** | **0:32:05** | **0:38:51** | **0:42:15** | **0:40:17** |
| Lowest Daily Avg Wait Time | 1:00:30 | 0:50:47 | 0:20:18 | 0:02:01 | 0:01:44 | 0:09:04 |
| Highest Daily Average Wait Time | 1:28:40 | 1:39:44 | 0:53:11 | 0:53:28 | 0:59:54 | 0:52:52 |
| Min Wait Time | 0:00:00.049 | 0:00:00.091 | 0:00:00.091 | 0:00:00.101 | 0:00:00.053 | 0:00:00.110 |
| Max Wait Time | 6:04:29 | 6:03:52 | 4:08:49 | 4:57:59 | 5:51:23 | 3:57:18 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 |
| Avg Time Until Customer Disconnect (h:mm:ss) | 0:56:27 | 0:52:42 | 0:13:52 | 0:18:25 | 0:19:14 | 0:18:30 |
| Accommodation Requests** | | | | | | |
| **Tier 3 Metrics** | | | | | | |
| **Average Wait Time (hh:mm:ss)** | **0:35:01** | **0:37:23** | **0:20:38** | **0:19:05** | **0:22:17** | **0:20:24** |
| Lowest Daily Avg Wait Time | 0:29:56 | 0:23:24 | 0:13:41 | 0:13:00 | 0:17:34 | 0:03:49 |
| Highest Daily Average Wait Time | 0:43:05 | 0:51:22 | 0:28:58 | 0:31:24 | 0:32:12 | 0:29:03 |
| Min Wait Time | 0:00:00.053 | 0:00:00.047 | 0:00:00.044 | 0:00:00.050 | 0:00:00.005 | 0:00:00.053 |
| Max Wait Time | 3:28:51 | 5:12:17 | 2:14:05 | 23:02:26 | 2:14:34 | 2:11:52 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 |
| Avg Time Until Customer Disconnect | 0:25:10 | 0:29:04 | 0:14:30 | 0:13:36 | 0:15:01 | 0:15:01 |
| Accommodation Requests** | | | | | | |

\* SNAP Applications may be rejected for multiple reasons, this count includes all applications that rejected for UCI regardless if another rejection reason exists

\*\* Currently no measurement exists that capture the number of requests made by customers for accomodations based on disability