UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-*against*-<br><br>ROBERT KNODELL, in his official capacity as Acting Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH<br><br>**JOINT STATUS REPORT**<br><br>**and**<br><br>**JOINT REQUEST TO EXTEND STAY** |

On August 29, 2024, the parties jointly asked this Court to issue a three-month stay of this action and to refer the parties to mediation. ECF 185. On that day, the Court granted the motion, entered the stay, referred the parties to Magistrate Judge Epps for mediation, and ordered the parties to file a joint report within three months regarding the status of mediation. ECF 186. The parties accordingly provide the following:

1. The parties attended an in-person mediation with Judge Epps on September 12, 2024.

2. The parties attended virtual mediation sessions with Judge Epps on October 3, and November 7.

3. The parties also met independently on October 30, November 12, November 15, November 18, and November 25.

4. As a result of these conversations, the parties believe they have made significant progress toward a mutually agreeable resolution on relief in this action.

5. The parties plan to meet again during the week of December 2.

6. The parties will also attend a virtual mediation with Judge Epps on December 17.

7. The parties believe with additional time they will likely be able to develop a proposed order for relief that would fully resolve the pending claims in this litigation.

In light of the foregoing and the upcoming winter holiday season, the parties respectfully request the Court to extend the present stay until Friday, January 24, 2025.

Respectfully submitted,

By: */s/     Lisa J. D'Souza*
Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
Zachary T. Bucheit, #71816
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-8600
andrew.scavott@stinson.com
nicci.warr@stinson.com
zachary.bucheit@stinson.com

Katherine A. Holley #71939
Jamie L. Rodriguez # 64323
Lisa J. D'Souza # 65515
Legal Services of Eastern Missouri
701 Market Street, Suite 1100
St. Louis, Missouri 63101
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

Katharine Deabler-Meadows*
Saima Akhtar*
Nat'l Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org
*Admitted Pro Hac Vice*

Counsel for Plaintiffs

ANDREW BAILEY
Attorney General of Missouri

By: */s/ Hardin T. Haynes*
Hardin T. Haynes, #67474
*Assistant Attorney General*
Attorney General's Office
207 W. High Street
Jefferson City, MO 65102
(314) 340-7832
tom.haynes@ago.mo.gov