| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections*** | | | | | | | | |
| SNAP Applications Rejected for Failure to Complete the Interview (can include other rejection reasons) | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 |
| % of all applications rejected | 51.12% | 48.09% | 50.07% | 43.39% | 50.91% | 46.78% | 46.42% | 51.79% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 |
| % of all applications rejected | 44.26% | 41.17% | 43.42% | 37.02% | 44.65% | 39.99% | 39.78% | 45.29% |
| **Tier 1 Metrics** | | | | | | | | |
| **Average Wait Time (h:mm:ss)** | **1:19:16** | **1:15:07** | **0:32:05** | **0:38:51** | **0:42:15** | **0:40:17** | **0:43:14** | **0:44:49** |
| Lowest Daily Avg Wait Time | 1:00:30 | 0:50:47 | 0:20:18 | 0:02:01 | 0:01:44 | 0:09:04 | 0:11:53 | 0:00:19 |
| Highest Daily Average Wait Time | 1:28:40 | 1:39:44 | 0:53:11 | 0:53:28 | 0:59:54 | 0:52:52 | 0:56:01 | 1:09:35 |
| Min Wait Time | 0:00:00.049 | 0:00:00.091 | 0:00:00.091 | 0:00:00.101 | 0:00:00.053 | 0:00:00.110 | 0:00:00.042 | 0:00:00.042 |
| Max Wait Time | 6:04:29 | 6:03:52 | 4:08:49 | 4:57:59 | 5:51:23 | 3:57:18 | 3:51:54 | 4:15:02 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 |
| Avg Time Until Customer Disconnect (h:mm:ss) | 0:56:27 | 0:52:42 | 0:13:52 | 0:18:25 | 0:19:14 | 0:18:30 | 0:18:50 | 0:20:09 |
| Accommodation Requests** | | | | | | | | |
| **Tier 3 Metrics** | | | | | | | | |
| **Average Wait Time (hh:mm:ss)** | **0:35:01** | **0:37:23** | **0:20:38** | **0:19:05** | **0:22:17** | **0:20:24** | **0:23:37** | **0:34:14** |
| Lowest Daily Avg Wait Time | 0:29:56 | 0:23:24 | 0:13:41 | 0:13:00 | 0:17:34 | 0:03:49 | 0:14:24 | 0:20:57 |
| Highest Daily Average Wait Time | 0:43:05 | 0:51:22 | 0:28:58 | 0:31:24 | 0:32:12 | 0:29:03 | 0:36:38 | 0:52:06 |
| Min Wait Time | 0:00:00.053 | 0:00:00.047 | 0:00:00.044 | 0:00:00.050 | 0:00:00.005 | 0:00:00.053 | 0:00:00.044 | 0:00:00.053 |
| Max Wait Time | 3:28:51 | 5:12:17 | 2:14:05 | 23:02:26 | 2:14:34 | 2:11:52 | 2:29:19 | 3:12:47 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 |
| Avg Time Until Customer Disconnect | 0:25:10 | 0:29:04 | 0:14:30 | 0:13:36 | 0:15:01 | 0:15:01 | 0:16:14 | 0:24:48 |
| Accommodation Requests** | | | | | | | | |

\* SNAP Applications may be rejected for multiple reasons, this count includes all applications that rejected for UCI regardless if another rejection reason exists

\*\* Currently no measurement exists that capture the number of requests made by customers for accomodations based on disability

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 12/1/2024 | 0 | 0 |
| 12/2/2024 | 2352 | 2484 |
| 12/3/2024 | 1265 | 1335 |
| 12/4/2024 | 1355 | 1273 |
| 12/5/2024 | 713 | 1709 |
| 12/6/2024 | 1498 | 2288 |
| 12/7/2024 | 0 | 0 |
| 12/8/2024 | 0 | 0 |
| 12/9/2024 | 1599 | 2423 |
| 12/10/2024 | 678 | 2754 |
| 12/11/2024 | 753 | 2986 |
| 12/12/2024 | 941 | 3566 |
| 12/13/2024 | 662 | 1743 |
| 12/14/2024 | 0 | 0 |
| 12/15/2024 | 0 | 0 |
| 12/16/2024 | 1414 | 2341 |
| 12/17/2024 | 262 | 2005 |
| 12/18/2024 | 727 | 2906 |
| 12/19/2024 | 1563 | 2295 |
| 12/20/2024 | 1599 | 2903 |
| 12/21/2024 | 0 | 0 |
| 12/22/2024 | 0 | 0 |
| 12/23/2024 | 1210 | 2980 |
| 12/24/2024 | 0 | 0 |
| 12/25/2024 | 0 | 0 |
| 12/26/2024 | 0 | 1466 |
| 12/27/2024 | 0 | 1732 |
| 12/28/2024 | 0 | 0 |
| 12/29/2024 | 0 | 0 |
| 12/30/2024 | 173 | 2692 |
| 12/31/2024 | 0 | 2552 |