UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-*against*-<br><br>JESSICA BAX, in her official capacity as Acting Director of the Missouri Department of Social Services,[1]<br><br>Defendant. | Case No. 2:22-cv-04026-MDH<br><br>**JOINT MOTION TO EXTEND STAY** |

On August 29, 2024, the parties jointly asked this Court to issue a three-month stay of this action and to refer the parties to mediation. ECF 185. On that day, the Court granted the motion, entered the stay, referred the parties to Magistrate Judge Epps for mediation, and ordered the parties to file a joint report within three months regarding the status of mediation. ECF 186. On November 26, the parties filed the joint report and requested a two-month extension of the stay. ECF 198. This Court granted the request, extending the stay until Friday, January 24, 2025.

The parties now seek an additional one-month stay of this action, and in support thereof provide the following:

1. Since the filing of their joint status report, the parties attended virtual mediation sessions with Magistrate Judge Epps on December 17, 2024 and January 21, 2025. Judge Epps has scheduled a final in-person mediation session for Tuesday, February 25, 2025 at 9:30 a.m.

---

[1] Ms. Bax has been the Department's acting director since January 13, 2025, pending senate confirmation of her appointment. The parties submit this notice of substitution pursuant to Fed. R. Civ. P. 25(d).

2. The parties also met independently on December 2, 10, and 18, 2024; and January 8 and 15, 2025.

3. The parties have now reduced their proposals to writing, and believe they are very close to reaching a mutually agreeable resolution on relief in this action.

4. The parties plan to meet again on January 27, 2025.

5. The parties believe that with a one-month extension of the present stay, they will be able to develop a proposed order for relief that would fully resolve the pending claims in this litigation.

In light of the foregoing, the parties respectfully request the Court to extend the present stay until Friday, February 28, 2025.

Respectfully submitted,

By: */s/    Lisa J. D'Souza*
Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
Zachary T. Bucheit, #71816
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 863-8600
andrew.scavott@stinson.com
nicci.warr@stinson.com
zachary.bucheit@stinson.com

Katherine A. Holley #71939
Jamie L. Rodriguez # 64323
Lisa J. D'Souza # 65515
Legal Services of Eastern Missouri
701 Market Street, Suite 1100
St. Louis, Missouri 63101
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

Katharine Deabler-Meadows*

ANDREW BAILEY
Attorney General of Missouri

By: */s/ Hardin T. Haynes*
Hardin T. Haynes, #67474
*Assistant Attorney General*
Attorney General's Office
207 W. High Street
Jefferson City, MO 65102
(314) 340-7832
tom.haynes@ago.mo.gov

Saima Akhtar*
Nat'l Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org
*Admitted Pro Hac Vice

Counsel for Plaintiffs