IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and<br>EMPOWER MISSOURI,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT KNODELL, in his official<br>Capacity as Acting Director of the<br>Missouri Department of Social Services,<br><br>        Defendant. | Case No. 2:22-cv-04026-MDH |

## ORDER

The parties are hereby ORDERED to submit proposals and recommendations to address the issues described in the Court's previous Order on the parties' motions for summary judgment (Doc. 161) no later than February 28, 2025.

The Court further ORDERS the parties to appear for a hearing on March 10, 2025, at 9:30 a.m. in Jefferson City, Missouri to present argument and evidence on potential remedies. The Court requests the presence of representatives of the Governor's office, the Department of Social Services, and the House and Senate appropriations and budget committees. The Court prefers the representatives to be elected officials, however staff may attend if they are fully knowledgeable about the status of funding requests related to the administration of the SNAP program.

**IT IS SO ORDERED.**

Date: February 18, 2025

                                                                                                      */s/ Douglas Harpool*
                                                                                                      **Douglas Harpool**
                                                                                                      **United States District Judge**