UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-against-<br><br>JESSICA BAX, in her official capacity as Acting Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH<br><br>**PLAINTIFFS'**<br>**NOTICE OF FILING** |

Pursuant to the Court's Order, ECF 211, Plaintiffs hereby submit a proposed order on relief, which would fully address the issues described in the Court's previous Order on the parties' motions for summary judgment, ECF 161.

                                          Respectfully submitted,

                                          /s/ *Lisa J. D'Souza*
                                          Katherine A. Holley, #71939
                                          Jamie Rodriguez, # 64323
                                          Lisa J. D'Souza, # 65515
                                          Legal Services of Eastern Missouri
                                          701 Market St., Suite 1100
                                          St. Louis, Missouri 63101
                                          (314) 534-4200
                                          kaholley@lsem.org
                                          jlrodriguez@lsem.org
                                          ljdsouza@lsem.org

                                          Katherine Deabler-Meadows, *admitted pro hac vice*
                                          Saima Akhtar, *admitted pro hac vice*
                                          National Center for Law and
                                          Economic Justice
                                          50 Broadway, Suite 1500
                                          New York, NY 10004

(212) 633-6967
deabler@nclej.org
akhtar@nclej.org

Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
William R. Wurm, #68912
Zachary T. Buchheit, #71816
Stinson LLP
7700 Forsyth Blvd, Suite 1100
Clayton, MO 63105
(314) 863-8600
andrew.scavotto@stinson.com
nicci.warr@stinson.com
william.wurm@stinson.com
zachary.buchheit@stinson.com

*Counsel for Plaintiffs*