IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS and EMPOWER MISSOURI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| JESSICA BAX, in her official capacity as Acting Director of the Missouri Department of Social Services, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 2:22-cv-04026-MDH

## NOTICE OF FILING

Pursuant to the Court's Order, ECF 211, Defendant hereby submits a proposed order on relief, with accompanying suggestions in support, which would fully address the issues described in the Court's previous Order on the parties' motions for summary judgment, ECF 161.

Respectfully Submitted,

ANDREW BAILEY

Attorney General of Missouri

By: /s/ *Hardin T. Haynes*

Hardin T. Haynes, #67474
*Assistant Attorney General*
Missouri Attorney General's Office
207 W. High Street
Jefferson City, MO 65102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system this 28th day of February, 2025.

By:*/s/ Hardin T. Haynes*