IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-04026-MDH |
| JESSICA BAX, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Michael Pritchett, Assistant Attorney General, hereby enters his appearance as an additional counsel of record on behalf of Defendant Jessica Bax.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Michael Pritchett*
Michael Pritchett, Mo. Bar No. 33848
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-8864
Facsimile: (573) 751-9546
Email:Michael.Pritchett@ago.mo.gov

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2025, a copy of the foregoing was electronically filed using the Court's online filing system, which will send notice to all counsel of record.

*/s/ Michael Pritchett*
Michael Pritchett
Assistant Attorney General