IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**MARY HOLMES, et al.,**  Date: March 10, 2025

       **vs.**  Case No. 2:22-cv-04026-MDH

**ROBERT KNODELL**

---

**Honorable Douglas Harpool, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Oral Argument on Motions for Summary Judgment

**Time Commenced:** 9:34 a.m.  **Time Terminated:** 11:50 a.m.

APPEARANCES

**Plaintiff:**
    Katharine Deabler-Meadows
    Lisa Joy D'Souza
**Defendant:**
    Michael Pritchett
    Hardin Haynes

---

**Proceedings:** Parties appear as indicated. Oral arguments presented on Motions for Summary Judgment (Doc. 161). Parties directed to change the headings of documents to correctly identify new division/department heads. Cause taken under advisement.

**COURTROOM DEPUTY:** Tania Lock/Melissa Warren
**COURT REPORTER:** Jeannine Rankin
**LAW CLERK:** Kristen Roubal