# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CENTRAL DIVISION

Mary Holmes et al

vs.

Jessica Bax in her official capacity as Acting Director of Mo. DSS

No: 2:22-cv-4026

Plaintiffs' ~~COURT~~ EXHIBIT INDEX

| | | | | |
|---|---|---|---|---|
| ✓ | = offered & admitted w/o objection | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | X | = offered & admitted over objection |
| DB | = admitted, de bene | | NO | = marked, but not offered |
| | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 3-10-25 | 10:20am | July 3 2024 Letter from FNS to Mo DSS |
| 2 | No | 3-10-25 | 11:49a | Feb 13 2025 Letter from USDA Secretary |

Page # ____ I CERTIFY that I have this date 3/10/25 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Name: Lisa J. D'Souza

Signature: [signed]