| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections*** | | | | | | | | | | |
| SNAP Applications Rejected for Failure to Complete the Interview (can include other rejection reasons)* | | | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 | 12,094 | 14,509 |
| % of all applications rejected | 51.12% | 48.09% | 50.07% | 43.39% | 50.91% | 46.78% | 46.42% | 51.79% | 51.32% | 57.45% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 | 10,341 | 12,576 |
| % of all applications rejected | 44.26% | 41.17% | 43.42% | 37.02% | 44.65% | 39.99% | 39.78% | 45.29% | 43.88% | 49.80% |
| **Tier 1 Metrics** | | | | | | | | | | |
| **Average Wait Time (h:mm:ss)** | **1:19:16** | **1:15:07** | **0:32:05** | **0:38:51** | **0:42:15** | **0:40:17** | **0:43:14** | **0:44:49** | **0:58:18** | **1:00:17** |
| Lowest Daily Avg Wait Time | 1:00:30 | 0:50:47 | 0:20:18 | 0:02:01 | 0:01:44 | 0:09:04 | 0:11:53 | 0:00:19 | 0:02:25 | 0:46:18 |
| Highest Daily Average Wait Time | 1:28:40 | 1:39:44 | 0:53:11 | 0:53:28 | 0:59:54 | 0:52:52 | 0:56:01 | 1:09:35 | 1:20:04 | 1:24:51 |
| Min Wait Time | 0:00:00.049 | 0:00:00.091 | 0:00:00.091 | 0:00:00.101 | 0:00:00.053 | 0:00:00.110 | 0:00:00.042 | 0:00:00.042 | 0:00:00.054 | 0:00:00.061 |
| Max Wait Time | 6:04:29 | 6:03:52 | 4:08:49 | 4:57:59 | 5:51:23 | 3:57:18 | 3:51:54 | 4:15:02 | 4:59:29 | 5:38:04 |
| Queue Deflections** | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 | 21,380 | 16,611 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 | 14,134 | 11,592 |
| Avg Time Until Customer Disconnect (h:mm:ss) | 0:56:27 | 0:52:42 | 0:13:52 | 0:18:25 | 0:19:14 | 0:18:30 | 0:18:50 | 0:20:09 | 0:26:48 | 0:24:32 |
| Accommodation Requests*** | | | | | | | | | | |
| **Tier 3 Metrics** | | | | | | | | | | |
| **Average Wait Time (hh:mm:ss)** | **0:35:01** | **0:37:23** | **0:20:38** | **0:19:05** | **0:22:17** | **0:20:24** | **0:23:37** | **0:34:14** | **0:45:26** | **0:57:04** |
| Lowest Daily Avg Wait Time | 0:29:56 | 0:23:24 | 0:13:41 | 0:13:00 | 0:17:34 | 0:03:49 | 0:14:24 | 0:20:57 | 0:37:18 | 0:46:09 |
| Highest Daily Average Wait Time | 0:43:05 | 0:51:22 | 0:28:58 | 0:31:24 | 0:32:12 | 0:29:03 | 0:36:38 | 0:52:06 | 1:05:09 | 1:09:07 |
| Min Wait Time | 0:00:00.053 | 0:00:00.047 | 0:00:00.044 | 0:00:00.050 | 0:00:00.005 | 0:00:00.053 | 0:00:00.044 | 0:00:00.053 | 0:00:00.061 | 0:00:00.045 |
| Max Wait Time | 3:28:51 | 5:12:17 | 2:14:05 | 23:02:26 | 2:14:34 | 2:11:52 | 2:29:19 | 3:12:47 | 4:57:35 | 5:52:52 |
| Queue Deflections** | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 | 72,199 | 61,298 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 | 18,447 | 17,552 |
| Avg Time Until Customer Disconnect | 0:25:10 | 0:29:04 | 0:14:30 | 0:13:36 | 0:15:01 | 0:15:01 | 0:16:14 | 0:24:48 | 0:32:42 | 0:44:11 |
| Accommodation Requests*** | | | | | | | | | | |

\* SNAP applications may be rejected for multiple reasons. This count includes all applications that rejected for UCI (unable to complete interview) regardless of whether there were additional reasons the application would be rejected.

\*\* A "deflection" is a call that did not make it into the queue because of wait time thresholds. An "abandoned call" is a caller that disconnected before reaching an agent.

\*\*\* Although many accommodations are made as part of our daily work, DSS does not currently track the number of accommodation requests made by SNAP applicants and participants at a systemic level. Accommodations are currently recorded as notes in individual case files and cannot be pulled as a data element. Therefore, there is not a measurement DSS can accurately report for this metric at this time. DSS is determining how to best compile and report this information and will provide updates on this metric as soon as they become available.

\*\*\*\* The "Max Wait Time" for August 2024 has been skewed and, while accurate, does not reflect the time in which an individual was waiting in a queue or on hold to speak with someone in our call center. A single call did not hang up and remained open overnight in Tier 3. There were difficulties disconnecting the call that required IT assistance to resolve. No caller was left on hold for 23 hours.

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 2/1/2025 | 0 | 0 |
| 2/2/2025 | 0 | 0 |
| 2/3/2025 | 1146 | 3784 |
| 2/4/2025 | 753 | 3910 |
| 2/5/2025 | 731 | 3454 |
| 2/6/2025 | 979 | 2867 |
| 2/7/2025 | 1184 | 4043 |
| 2/8/2025 | 0 | 0 |
| 2/9/2025 | 0 | 0 |
| 2/10/2025 | 1458 | 4602 |
| 2/11/2025 | 1385 | 3698 |
| 2/12/2025 | 0 | 0 |
| 2/13/2025 | 1239 | 4378 |
| 2/14/2025 | 672 | 2241 |
| 2/15/2025 | 0 | 0 |
| 2/16/2025 | 0 | 0 |
| 2/17/2025 | 0 | 0 |
| 2/18/2025 | 1654 | 4361 |
| 2/19/2025 | 754 | 4656 |
| 2/20/2025 | 518 | 3780 |
| 2/21/2025 | 672 | 2666 |
| 2/22/2025 | 0 | 0 |
| 2/23/2025 | 0 | 0 |
| 2/24/2025 | 963 | 2563 |
| 2/25/2025 | 241 | 2387 |
| 2/26/2025 | 791 | 2512 |
| 2/27/2025 | 922 | 2576 |
| 2/28/2025 | 549 | 2820 |