| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections** | | | | | | | | | | | | |
| Total SNAP Application Determinations | 43,965 | 42,366 | 54,341 | 53,210 | 47,508 | 57,349 | 44,085 | 60,048 | 55,267 | 51,986 | 49,449 | 50,202 |
| Total SNAP Application Rejections | 22,310 | 18,674 | 25,109 | 21,747 | 23,848 | 24,295 | 18,329 | 27,195 | 23,565 | 25,253 | 22,115 | 20,602 |
| SNAP Applications Rejected for Failure to Complete the Interview and One or More Additional Reasons | | | | | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 | 12,094 | 14,509 | 12,470 | 10,923 |
| % of REJECTED Applications | 51% | 48% | 50% | 43% | 51% | 47% | 46% | 52% | 51% | 57% | 56% | 53% |
| % of TOTAL Applications* | 26% | 21% | 23% | 18% | 26% | 20% | 19% | 23% | 22% | 28% | 25% | 22% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 | 10,341 | 12,576 | 10,663 | 9,334 |
| % of REJECTED Applications | 44% | 41% | 43% | 37% | 45% | 40% | 40% | 45% | 44% | 50% | 48% | 45% |
| % of TOTAL Applications* | 22% | 18% | 20% | 15% | 22% | 17% | 17% | 21% | 19% | 24% | 22% | 19% |
| **Tier 1 Metrics** | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **1:19** | **1:15** | **0:32** | **0:38** | **0:42** | **0:40** | **0:43** | **0:44** | **0:58** | **1:00** | **1:02** | **0:37** |
| Lowest Daily Avg Wait Time | 1:00 | 0:50 | 0:20 | 0:02 | 0:01 | 0:09 | 0:11 | 0:00 | 0:02 | 0:46 | 0:47 | 0:27 |
| Highest Daily Average Wait Time | 1:28 | 1:39 | 0:53 | 0:53 | 0:59 | 0:52 | 0:56 | 1:09 | 1:20 | 1:24 | 1:20 | 0:48 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 6:04 | 6:03 | 4:08 | 4:57 | 5:51 | 3:57 | 3:51 | 4:15 | 4:59 | 5:38 | 4:46 | 2:43 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 | 21,380 | 16,611 | 15,990 | 9,672 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 | 14,134 | 11,592 | 12,799 | 9,740 |
| Avg Time Until Customer Disconnect (h:mm) | 0:56 | 0:52 | 0:13 | 0:18 | 0:19 | 0:18 | 0:18 | 0:20 | 0:26 | 0:27 | 0:28 | 0:17 |
| Accommodation Requests** | | | | | | | | | | | | |
| **Tier 3 Metrics** | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **0:35** | **0:37** | **0:20** | **0:19** | **0:22** | **0:20** | **0:23** | **0:34** | **0:45** | **0:57** | **0:49** | **0:48** |
| Lowest Daily Avg Wait Time | 0:29 | 0:23 | 0:13 | 0:13 | 0:17 | 0:03 | 0:14 | 0:20 | 0:37 | 0:46 | 0:37 | 0:30 |
| Highest Daily Average Wait Time | 0:43 | 0:51 | 0:28 | 0:31 | 0:32 | 0:29 | 0:36 | 0:52 | 1:05 | 1:09 | 1:06 | 0:58 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 3:28 | 5:12 | 2:14 | 23:02 | 2:14 | 2:11 | 2:29 | 3:12 | 4:57 | 5:52 | 6:03 | 4:43 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 | 72,199 | 61,298 | 50,448 | 43,027 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 | 18,447 | 17,552 | 15,896 | 15,596 |
| Avg Time Until Customer Disconnect | 0:25 | 0:29 | 0:14 | 0:13 | 0:15 | 0:15 | 0:16 | 0:24 | 0:32 | 0:44 | 0:37 | 0:31 |
| Accommodation Requests** | | | | | | | | | | | | |

*Per the Court's Order, this chart now includes the percentage of ALL applications rejected for Failure to Complete the Interview. Prior reports included only percentages of REJECTED applications that were due to Failure to Complete the Interview.

** Currently no measurement exists that capture the number of requests made by customers for accomodations based on disability

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
| --- | --- | --- |
| 4/1/2025 | 515 | 2567 |
| 4/2/2025 | 313 | 2220 |
| 4/3/2025 | 457 | 2015 |
| 4/4/2025 | 277 | 2543 |
| 4/5/2025 | 0 | 0 |
| 4/6/2025 | 0 | 0 |
| 4/7/2025 | 827 | 2441 |
| 4/8/2025 | 469 | 2470 |
| 4/9/2025 | 608 | 2372 |
| 4/10/2025 | 402 | 2620 |
| 4/11/2025 | 456 | 3084 |
| 4/12/2025 | 0 | 0 |
| 4/13/2025 | 0 | 0 |
| 4/14/2025 | 611 | 2618 |
| 4/15/2025 | 377 | 1941 |
| 4/16/2025 | 350 | 1252 |
| 4/17/2025 | 563 | 1611 |
| 4/18/2025 | 351 | 1323 |
| 4/19/2025 | 0 | 0 |
| 4/20/2025 | 0 | 0 |
| 4/21/2025 | 788 | 986 |
| 4/22/2025 | 391 | 966 |
| 4/23/2025 | 362 | 2108 |
| 4/24/2025 | 408 | 1442 |
| 4/25/2025 | 246 | 1328 |
| 4/26/2025 | 0 | 0 |
| 4/27/2025 | 0 | 0 |
| 4/28/2025 | 393 | 793 |
| 4/29/2025 | 159 | 2159 |
| 4/30/2025 | 349 | 2168 |