# 2.10 General Americans with Disabilities Act (ADA) Requirement

•

📅 17h ago

• 👁 102 Views    Word Count: 1333

## 2.10 General Americans with Disabilities Act (ADA) Requirement

This ADA policy confirms the Missouri Department of Social Services (DSS) Family Support Division's (FSD) commitment to provide persons with disabilities the opportunity to access and participate in its programs, benefits, and services. FSD is responsible for ensuring that the opportunities afforded to qualified persons with disabilities are equal to the opportunities afforded to qualified persons without disabilities.

Accordingly:

- FSD will not discriminate against individuals with disabilities in the provision of services.
- FSD will make reasonable accommodations to ensure meaningful access to FSD programs, services, and benefits for persons with disabilities.

Persons with disabilities have to meet the essential eligibility requirements of the FSD program just like everyone else. The ADA does not entitle people with disabilities to waivers, exceptions, or preferential treatment.

Accommodation requests have **no** effect on eligibility for any DSS/FSD program or service and must not cause delays with eligibility determination.

## Application of Policy

This policy applies to all FSD Income Maintenance (IM) programs. All FSD staff working with FSD IM programs will follow the steps outlined in this policy related to providing reasonable accommodations to individuals with disabilities to ensure equal opportunity for participation.

## 2.10.1 Notice of ADA Rights

DSS's Nondiscrimination Policy Statement is posted on DSS's website and in all DSS offices.

DSS's Nondiscrimination Policy Statement outlines DSS's Notice of ADA rights.

**Anyone who requires an auxiliary aid or service for effective communication, or a modification of policies or procedures to participate in a program, service, or activity of the Department of Social Services should notify DSS as soon as possible. To request an accommodation: visit your local**

Case 2:22-cv-04026-MDH    Document 228-1    Filed 07/07/25    Page 1 of 5

**DSS office, contact DSS by phone, TDD/TTY: (800) 735-2966; Relay Missouri 711; or contact the DSS ADA Coordinator and Office for Civil Rights Director Anna Wise by phone at (800) 776-8014 or via email at** HRC.OCR@dss.mo.gov**.**

## 2.10.2 How Accommodation(s) May be Requested

Applicants and participants with a disability may request a reasonable accommodation to effectively access or utilize DSS' services or programs by contacting their local FSD Office, contacting FSD by phone through the customer service number at 855-373-4636 or the DSS ADA Coordinator and Office for Civil Rights (DSS OCR) Director Anna Wise at 800-776-8014 or via email at HRC.OCR@dss.mo.gov. DSS will provide reasonable accommodations as required by law.

## 2.10.3 Accommodation Process

## Requirements for FSD Team Members

FSD team members who receive a request for accommodation are expected to follow these steps:

- Step 1: Receive and document the request in FAMIS on the LANGPREF (FM8Z) screen.
- Step 2: Approve the request immediately (same day) if you are able to meet the needs of the participant at the local office or on the phone and it does not create an undue burden/hardship on the agency/division and document the approved accommodation in FAMIS on the LANGPREF (FM8Z) screen.
- Step 3: Enter the accommodation provided on the FSD IM Accommodation Tracking Form in SharePoint (see instruction below).
- Step 4: If FSD staff are unsure if they should approve the request for accommodation or are unable to approve the request at the local office (FSD team members cannot deny the request), they will work with their supervisor or manager to see if they can assist and approve locally. If the request is still not able to be approved, staff contact DSS ADA Coordinator/Office for Civil Rights Director, Anna Wise.
- Step 5: If unable to approve, staff complete the FSD IM Accommodation Tracking Form in SharePoint.  (See instructions below).

Medical documentation is not needed to request an accommodation and should not be requested by FSD team members for accommodation purposes.  The DSS ADA Coordinator or designee may request medical information if needed.

Most requests for accommodation should be able to be resolved locally, the same day, when they are received. The SharePoint site will generate reports to the ADA Coordinator and will forward for further investigation any requests unable to be approved. All accommodation requests should generally be resolved within 5 business days.

## FSD IM Accommodation Tracking Form in SharePoint

If staff receive a new or updated request for ADA accommodation, they will submit the accompanying FSD IM Accommodation Tracking Form through SharePoint after entering information in FAMIS. A new tile for ADA accommodations has been added to SharePoint; and the tracking form can be accessed by clicking New Request on SharePoint.

The FSD IM Accommodation Tracking Form collects the following information:

- Date of Request
- Name of participant
- DCN or SSN of the participant
- How was the accommodation request received? (In person, phone, other)
- Relationship of the person making the request (if different than person needing accommodation).
- Nature of disability or condition that necessitates accommodation (i.e. hearing/visual impairment, learning disability, etc.)
    - **Note**: Medical documentation is not needed for ADA accommodation requests. Unless determined necessary by the DSS ADA Coordinator or designee.
- Specific accommodation requested (These answers will match FAMIS-specific accommodation question from above.)
- Is this needed ongoing? Y/N
    - If yes, what timeframe?
    - (this should match the dates entered in FAMIS)
- Was accommodation able to be approved locally? Y/N
    - If yes, name of person approving and job title.
- Date accommodation was approved (Will default to current date)
- If unable to approve, why?
- Date request was sent to the DSS ADA Coordinator (Will default to date of entry).

## Ongoing Accommodation(s)

The Language Preference/ADA Accommodation screen in the FAMIS eligibility system will indicate if a participant has an ongoing accommodation that needs to be provided when they interact with DSS FSD. FSD team members will need to review this screen and provide the ongoing accommodation if applicable to the present interaction with the participant.

Staff will need to check the case record (LANGPREF (FM8Z) screen) for the approved accommodation.

## DSS ADA Coordinator

The Director of the DSS Office for Civil Rights is the DSS ADA Coordinator. The DSS ADA Coordinator is Anna Wise, Office for Civil Rights Director, 800-776-8014, hrc.ocr@dss.mo.gov.

## 2.10.4 ADA Complaint/Grievance Procedure

Case 2:22-cv-04026-MDH    Document 228-1    Filed 07/07/25    Page 3 of 5

Applicants for, or recipients of, services from DSS who believe they have been denied a service or benefit may file a complaint by contacting either their DSS local office or the Missouri DSS Office for Civil Rights at (800) 776-8014; or TDD/TTY: (800)735-2966, Relay Missouri: 711. Complaints may also be filed by submitting a completed DSS Client/Applicant Complaint of Discrimination form by mail to the Missouri DSS Office for Civil Rights, P. O. Box 1527, Jefferson City, MO 65102-1527 or via email at HRC.OCR@dss.mo.gov. Persons may also, at any time, file a SNAP program discrimination complaint with the United States Department of Agriculture (USDA).

Participants can file a complaint if they believe they have been denied an ADA accommodation to access DSS' programs, services, and activities.

Timeframes for a complaint/grievance regarding being denied an ADA accommodation:

- The complaint/grievance should be submitted by the grievant or their designee as soon as possible but no later than 60 calendar days from the alleged violation.
- Within 20 calendar days after receipt of the complaint/grievance, DSS ADA Coordinator or their designee will contact the complainant to discuss the complaint and the possible resolutions.
- Within 15 calendar days of the meeting, DSS ADA Coordinator or their designee will respond in writing.

If a FSD team member receives a complaint of discrimination based on disability or denial of accommodation, please refer to DSS Administrative Policy 2-104 (Client/Applicant Complaints of Discrimination).

## 2.10.5 Additional Information

## Confidentiality

FSD team members will follow applicable confidentiality laws in accordance with departmental and divisional policies.

## Training

FSD team members will receive annual training through the DSS SNAP Civil Rights Training on ADA in addition to the department's required Civil Rights Training.

## Resources

### Examples of Reasonable Accommodations

- auxiliary aid or service for effective communication (alternative means of communication to obtain program information).
- providing a sign-language interpreter for a person with a hearing impairment.
- reading and/or assisting with completion of an application due to a disability which can include a visual impairment.
- Service animal.

### Translation Services

- In-Person Sign language interpreter:  use the current statewide sign language interpretation services contract.
- State contract for video remote interpretation for sign language.
- Relay Missouri:  711 or TDD/TTY 800-735-2966.

## FSD Blind Service Center

FSD administers the Supplemental Aid to the Blind and the Blind Pension programs. If an applicant or participant has questions about their current Blind Pension or Supplemental Aid to the Blind cash grant, or they need help with their application or addendum, they can be directed to contact the FSD Blind Service Center at 866-877-8155.

Copy Permalink