UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,

Plaintiffs,

-against-

JESSICA BAX, in her official capacity as Director of the Missouri Department of Social Services,

Defendant.

Case No. 2:22-cv-04026-MDH

**PLAINTIFFS' MOTION FOR FEES AND COSTS**

Pursuant to 42 U.S.C. § 1988 and this Court's May 6, 2025 Order, ECF 220, Plaintiffs move this Court upon the annexed Declaration of Katharine Deabler-Meadows and exhibits thereto; Declaration of Lisa D'Souza and exhibits thereto; Declaration of Andrew Scavotto and exhibits thereto; Declaration of Kenneth M. Chackes; Declaration of John J. Ammann and attachment thereto; Declaration of Jerome J. Dobson; the accompanying Suggestions; and upon all the papers filed and all proceedings herein, for an award of reasonable attorneys' fees and costs.

Plaintiffs seek an award of $2,728,998.30 in fees and in $4,784.09 non-taxable costs, broken out as follows:[1]

- $1,362,874 in fees and $1,487.99 in costs to Legal Services of Eastern Missouri;

- $1,090,945.80 in fees and $3,296.10 in costs to the National Center for Law and Economic Justice; and

---

[1] Plaintiffs also seek $20,214.05 in taxable costs, pursuant to 28 USC § 1920 and Fed. R.Civ. P. 54(d), as set forth in the Bill of Costs.

- $275,178.50 in fees to Stinson LLP (who has elected to forgo their reasonable and necessarily incurred non-taxable costs in this litigation).

Dated: July 7, 2025

Respectfully submitted,

*/s/ Lisa J. D'Souza*

Katherine A. Holley, #71939
Jamie Rodriguez, # 64323
Lisa J. D'Souza, # 65515
Legal Services of Eastern Missouri
701 Market St., Suite 1100
St. Louis, Missouri 63101
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

Katharine Deabler-Meadows, *admitted pro hac vice*
Saima Akhtar, *admitted pro hac vice*
National Center for Law and
Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org

Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
Zachary T. Buchheit, #71816
Stinson LLP
7700 Forsyth Blvd, Suite 1100
Clayton, MO 63105
(314) 863-8600
andrew.scavotto@stinson.com
nicci.warr@stinson.com
zachary.buchheit@stinson.com

*Counsel for the Plaintiffs*

2