UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

|  |  |
|---|---|
| MARY HOLMES, DENISE DAVIS, ANDREW DALLAS, and EMPOWER MISSOURI,<br><br>       Plaintiffs,<br><br>    -*against*-<br><br>JESSICA BAX, in her official capacity as Director of the Missouri Department of Social Services,<br><br>       Defendant. | Case No. 2:22-cv-04026-MDH<br><br><br><br>**BILL OF COSTS** |

The Court's order on relief having been entered in the above-entitled action on May 6, 2025 against Defendant, ECF 220, the Clerk is requested to tax the following costs:

| Cost Description | Amount |
|---|---|
| Fees of the Clerk (filing fee) | $402.00 |
| Fees for service of process | $50.00 |
| Fees of the Clerk (pro hac vice fees) | $200.00 |
| Fees for printed hearing transcripts necessarily obtained for use in the case | $784.80 |
| Fees for printed deposition transcripts necessarily obtained for use in the case | $18,777.25 |
| **TOTAL** | **$20,214.05** |

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties by electronic service, and an itemization and documentation for the requested costs in all categories is attached.

Respectfully submitted,

*/s/ Lisa J. D'Souza*_____
Katherine A. Holley, #71939
Jamie Rodriguez, # 64323
Lisa J. D'Souza, # 65515
Legal Services of Eastern Missouri
701 Market St., Suite 1100
St. Louis, Missouri 63101
(314) 534-4200
kaholley@lsem.org
jlrodriguez@lsem.org
ljdsouza@lsem.org

Katharine Deabler-Meadows, *admitted pro hac vice*
Saima Akhtar, *admitted pro hac vice*
National Center for Law and
Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
akhtar@nclej.org

Andrew J. Scavotto, #57826
J. Nicci Warr, #59975
Zachary T. Buchheit, #71816
Stinson LLP
7700 Forsyth Blvd, Suite 1100
Clayton, MO 63105
(314) 863-8600
andrew.scavotto@stinson.com
nicci.warr@stinson.com
zachary.buchheit@stinson.com

*Counsel for the Plaintiffs*

### Taxation of Costs

Costs are taxed in the amount of $_____ and included in the judgment.

_____ By _____        _____
Clerk of the Court                Deputy Clerk                                Date

2