| Work Date | Work Date | Cost Type | Quantity | Rate | Amount | Narrative | Matter Number | Matter Name |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| February-22 | 2/22/2022 | Court Fees | 1.00 | 402.00 | 402.00 | Filing Fee to BMO Harris Bank NA for New case filing fee in the WDMO on Invoice 0322 8349 Bradley | 3008198.0047 | Empower Missouri |
| February-22 | 2/23/2022 | Subpoena Fees | 1.00 | 50.00 | 50.00 | Service of Summons to Harmon Legal Process Service for Service of summons on Invoice RRH-2022000276 | 3008198.0047 | Empower Missouri |
| May-23 | 5/10/2023 | Deposition Transcripts | 1.00 | 2,238.25 | 2,238.25 | Deposition to Golkow Litigation Services, LLC for Anna Wise Deposition on Invoice 572183. | 3008198.0047 | Empower Missouri |
| May-23 | 5/11/2023 | Deposition Transcripts | 1.00 | 2,218.40 | 2,218.40 | Deposition to Golkow Litigation Services, LLC for Melissa Wolf 30(b)(6) on Invoice 572191. | 3008198.0047 | Empower Missouri |
| June-23 | 6/12/2023 | Deposition Transcripts | 1.00 | 2,140.80 | 2,140.80 | Deposition to Golkow Litigation Services, LLC for Jason Comer Deposition on Invoice 572999. | 3008198.0047 | Empower Missouri |
| June-23 | 6/20/2023 | Deposition Transcripts | 1.00 | 1,992.70 | 1,992.70 | Deposition to Golkow Litigation Services, LLC for Nichole Conway Deposition on Invoice 573666. | 3008198.0047 | Empower Missouri |
| June-23 | 6/20/2023 | Deposition Transcripts | 1.00 | 1,428.00 | 1,428.00 | Deposition to Golkow Litigation Services, LLC for Alicia Mitchem Deposition on Invoice 574731 | 3008198.0047 | Empower Missouri |
| June-23 | 6/29/2023 | Deposition Transcripts | 1.00 | 1,914.00 | 1,914.00 | Deposition to Golkow Litigation Services, LLC for Toni Sneller Deposition on Invoice 574560. | 3008198.0047 | Empower Missouri |
| July-23 | 7/7/2023 | Deposition Transcripts | 1.00 | 747.70 | 747.70 | Deposition to Golkow Litigation Services, LLC for Sherri Emery Deposition on Invoice 575699 | 3008198.0047 | Empower Missouri |
| July-23 | 7/12/2023 | Deposition Transcripts | 1.00 | 2,274.40 | 2,274.40 | Deposition to Golkow Litigation Services, LLC for Kim Evans Deposition on Invoice 576355 | 3008198.0047 | Empower Missouri |
| August-23 | 8/11/2023 | Deposition Transcripts | 1.00 | 668.60 | 668.60 | Deposition to Golkow Litigation Services, LLC for Laura Brown Deposition Transcript on Invoice 579607. | 3008198.0047 | Empower Missouri |
| August-23 | 8/14/2023 | Deposition Transcripts | 1.00 | 985.40 | 985.40 | Deposition to Golkow Litigation Services, LLC for Nichole Conway Deposition Transcript on Invoice 579720. | 3008198.0047 | Empower Missouri |
| August-23 | 8/17/2023 | Deposition Transcripts | 1.00 | 1,717.00 | 1,717.00 | Deposition to Golkow Litigation Services, LLC for Sara Smith Deposition Transcript on Invoice 578745. | 3008198.0047 | Empower Missouri |
| **Grand Total** | | | | | **18,777.25** | | | |

Case 2:22-cv-04026-MDH    Document 231-1    Filed 07/07/25    Page 1 of 1