# LSEM Litigation Costs *Holmes, et al. v. Bax*

| Vendor | Invoice Date | Amount Paid | Case | Description |
|---|---|---|---|---|
| MOWDC, receipt 7815417 | 2/22/2022 | $100.00 | Holmes v Knodell | pro hac vice fee,  Akhtar |
| MOWDC, receipt 7815490 | 2/22/2022 | $100.00 | Holmes v Knodell | pro hac vice fee, Deabler-Meadows |
| Jeannine M Rankin, Official US Court Reporter | 3/10/2022 | $14.40 | Holmes v Knodell | Transcript of Hearing 3/7/2022 |
| Jeannine M Rankin, Official US Court Reporter | 2/9/2024 | $348.00 | Holmes v Knodell | Transcript of Hearing 1/29/2024 |
| Jeannine M Rankin, Official US Court Reporter | 6/3/2025 | $422.40 | Holmes v Bax | Transcript of Hearing 3/10/2025 |
| | | $984.80 | | |