| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections** | | | | | | | | | | | | | | |
| Total SNAP Application Determinations | 43,965 | 42,366 | 54,341 | 53,210 | 47,508 | 57,349 | 44,085 | 60,048 | 55,267 | 51,986 | 49,449 | 50,202 | 52,944 | 56,676 |
| Total SNAP Application Rejections | 22,310 | 18,674 | 25,109 | 21,747 | 23,848 | 24,295 | 18,329 | 27,195 | 23,565 | 25,253 | 22,115 | 20,602 | 19,416 | 21,285 |
| SNAP Applications Rejected for Failure to Complete the Interview and One or More Additional Reasons | | | | | | | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 | 12,094 | 14,509 | 12,470 | 10,923 | 9,613 | 9,578 |
| % of REJECTED Applications | 51% | 48% | 50% | 43% | 51% | 47% | 46% | 52% | 51% | 57% | 56% | 53% | 50% | 45% |
| % of TOTAL Applications* | 26% | 21% | 23% | 18% | 26% | 20% | 19% | 23% | 22% | 28% | 25% | 22% | 18% | 17% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 | 10,341 | 12,576 | 10,663 | 9,334 | 8,116 | 8,309 |
| % of REJECTED Applications | 44% | 41% | 43% | 37% | 45% | 40% | 40% | 45% | 44% | 50% | 48% | 45% | 42% | 39% |
| % of TOTAL Applications* | 22% | 18% | 20% | 15% | 22% | 17% | 17% | 21% | 19% | 24% | 22% | 19% | 15% | 15% |
| **Tier 1 Metrics (Calls for Medicaid, SNAP, and Temporary Assistance)**** | | | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **1:19** | **1:15** | **0:32** | **0:38** | **0:42** | **0:40** | **0:43** | **0:44** | **0:58** | **1:00** | **1:02** | **0:37** | **0:45** | **0:34** |
| **% Calls with No More Than 20-Minute Wait Time** | | | | | | | | | | | | | | **53.8%** |
| Lowest Daily Avg Wait Time | 1:00 | 0:50 | 0:20 | 0:02 | 0:01 | 0:09 | 0:11 | 0:00 | 0:02 | 0:46 | 0:47 | 0:27 | 0:12 | 0:10 |
| Highest Daily Average Wait Time | 1:28 | 1:39 | 0:53 | 0:53 | 0:59 | 0:52 | 0:56 | 1:09 | 1:20 | 1:24 | 1:20 | 0:48 | 1:25 | 1:11 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 6:04 | 6:03 | 4:08 | 4:57 | 5:51 | 3:57 | 3:51 | 4:15 | 4:59 | 5:38 | 4:46 | 2:43 | 5:07 | 3:38 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 | 21,380 | 16,611 | 15,990 | 9,672 | 11,005 | 10,135 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 | 14,134 | 11,592 | 12,799 | 9,740 | 10,252 | 9,739 |
| Avg Time Until Customer Disconnect (h:mm) | 0:56 | 0:52 | 0:13 | 0:18 | 0:19 | 0:18 | 0:18 | 0:20 | 0:26 | 0:27 | 0:28 | 0:17 | 0:23 | 0:19 |
| **Tier 3 Metrics (SNAP Interviews)***** | | | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **0:35** | **0:37** | **0:20** | **0:19** | **0:22** | **0:20** | **0:23** | **0:34** | **0:45** | **0:57** | **0:49** | **0:43** | **0:34** | **0:25** |
| **% Calls with No More Than 20-Minute Wait Time** | | | | | | | | | | | | | | **63.3%** |
| Lowest Daily Avg Wait Time | 0:29 | 0:23 | 0:13 | 0:13 | 0:17 | 0:03 | 0:14 | 0:20 | 0:37 | 0:46 | 0:37 | 0:30 | 0:09 | 0:05 |
| Highest Daily Average Wait Time | 0:43 | 0:51 | 0:28 | 0:31 | 0:32 | 0:29 | 0:36 | 0:52 | 1:05 | 1:09 | 1:06 | 0:58 | 0:52 | 0:49 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 3:28 | 5:12 | 2:14 | 23:02 | 2:14 | 2:11 | 2:29 | 3:12 | 4:57 | 5:52 | 6:03 | 4:43 | 5:03 | 3:11 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 | 72,199 | 61,298 | 50,448 | 43,027 | 29,538 | 18,310 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 | 18,447 | 17,552 | 15,896 | 15,596 | 11,472 | 6,853 |
| Avg Time Until Customer Disconnect | 0:25 | 0:29 | 0:14 | 0:13 | 0:15 | 0:15 | 0:16 | 0:24 | 0:32 | 0:44 | 0:37 | 0:31 | 0:29 | 0:26 |
| Accommodation Requests**** | | | | | | | | | | | | | | |

*** Per the Court's Order, this chart now includes the percentage of ALL applications rejected for Failure to Complete the Interview. Prior reports included only percentages of REJECTED applications that were due to Failure to Complete the Interview.**

** Tier 1 calls involve: providing benefits informations; giving case status updates; receiving change reports; conducting mid-certification reviews; offering general program knowledge; processing verifications; educating customers on self-service options; issuing replacement EBT and MO HealthNet cards; submitting hearing requests; taking paper application requests

*** Tier 3 handles inboud and outbound calls to conduct SNAP interviews and can provide the same services as Tier 1, if needed

**** FSD began capturing the number of requests made by customers for accomodations based on disability on 6/24/2025 and will begin reporting with July 2025

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 6/1/2025 | 0 | 0 |
| 6/2/2025 | 1304 | 1844 |
| 6/3/2025 | 617 | 832 |
| 6/4/2025 | 816 | 1556 |
| 6/5/2025 | 924 | 2548 |
| 6/6/2025 | 1046 | 2246 |
| 6/7/2025 | 0 | 0 |
| 6/8/2025 | 0 | 0 |
| 6/9/2025 | 1327 | 2309 |
| 6/10/2025 | 650 | 967 |
| 6/11/2025 | 859 | 1671 |
| 6/12/2025 | 802 | 1504 |
| 6/13/2025 | 770 | 1901 |
| 6/14/2025 | 0 | 0 |
| 6/15/2025 | 0 | 0 |
| 6/16/2025 | 118 | 0 |
| 6/17/2025 | 5 | 0 |
| 6/18/2025 | 0 | 0 |
| 6/19/2025 | 0 | 0 |
| 6/20/2025 | 140 | 0 |
| 6/21/2025 | 0 | 0 |
| 6/22/2025 | 0 | 0 |
| 6/23/2025 | 11 | 0 |
| 6/24/2025 | 0 | 0 |
| 6/25/2025 | 0 | 0 |
| 6/26/2025 | 0 | 0 |
| 6/27/2025 | 0 | 0 |
| 6/28/2025 | 0 | 0 |
| 6/29/2025 | 0 | 0 |
| 6/30/2025 | 746 | 932 |

| SNAP Paper Application Mailout Requests | Jun-25 | Jul-25 |
|---|---|---|
| **Total # of Application Requests**** | **1223** | |
| Requested via Chat or in IVR | 1056 | |
| Requested via Phone with Agent | 169 | |
| Requested Online* | | |
| **Total Applications Mailed >1 Business Day of Request** | **76** | |
| Requested by Chat or in IVR | 35 | |
| Requested by Phone with Agent | 41 | |
| Requested Online* | | |
| **Total Applications Mailed >7 Calendar Days of Request** | **2** | |
| Requested by Chat or in IVR | 0 | |
| Requested by Phone with Agent | 2 | |
| Requested Online* | | |

*Online Request Functionality Coming Soon

** Each household is counted once for purposes of total application requests but may be captured more than once if a request for application was made through different methods by the same household. Therefore, the total number of applications requested will not total the number of applications requested via chat or IVR added to the number of requested applications made via phone with an agent.