| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections** | | | | | | | | | | | | | | | |
| Total SNAP Application Determinations | 43,965 | 42,366 | 54,341 | 53,210 | 47,508 | 57,349 | 44,085 | 60,048 | 55,267 | 51,986 | 49,449 | 50,202 | 52,945 | 56,919 | 58,593 |
| Total SNAP Application Rejections | 22,310 | 18,674 | 25,109 | 21,747 | 23,848 | 24,295 | 18,329 | 27,195 | 23,565 | 25,253 | 22,115 | 20,602 | 19,416 | 21,285 | 20,250 |
| SNAP Applications Rejected for Failure to Complete the Interview and One or More Additional Reasons | | | | | | | | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 | 12,094 | 14,509 | 12,470 | 10,923 | 9,613 | 9,578 | 8,339 |
| % of REJECTED Applications | 51% | 48% | 50% | 43% | 51% | 47% | 46% | 52% | 51% | 57% | 56% | 53% | 50% | 45% | 41% |
| % of TOTAL Applications* | 26% | 21% | 23% | 18% | 26% | 20% | 19% | 23% | 22% | 28% | 25% | 22% | 18% | 17% | 14% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 | 10,341 | 12,576 | 10,663 | 9,334 | 8,116 | 8,309 | 7,101 |
| % of REJECTED Applications | 44% | 41% | 43% | 37% | 45% | 40% | 40% | 45% | 44% | 50% | 48% | 45% | 42% | 39% | 35% |
| % of TOTAL Applications* | 22% | 18% | 20% | 15% | 22% | 17% | 17% | 21% | 19% | 24% | 22% | 19% | 15% | 15% | 12% |
| **Tier 1 Metrics (Calls for Medicaid, SNAP, and Temporary Assistance)\*\*** | | | | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **1:19** | **1:15** | **0:32** | **0:38** | **0:42** | **0:40** | **0:43** | **0:44** | **0:58** | **1:00** | **1:02** | **0:37** | **0:45** | **0:34** | **0:34** |
| % Calls with No More Than 20-Minute Wait Time | | | | | | | | | | | | | | 53.8% | 57.1% |
| Lowest Daily Avg Wait Time | 1:00 | 0:50 | 0:20 | 0:02 | 0:01 | 0:09 | 0:11 | 0:00 | 0:02 | 0:46 | 0:47 | 0:27 | 0:12 | 0:10 | 0:07 |
| Highest Daily Average Wait Time | 1:28 | 1:39 | 0:53 | 0:53 | 0:59 | 0:52 | 0:56 | 1:09 | 1:20 | 1:24 | 1:20 | 0:48 | 1:25 | 1:11 | 0:58 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 6:04 | 6:03 | 4:08 | 4:57 | 5:51 | 3:57 | 3:51 | 4:15 | 4:59 | 5:38 | 4:46 | 2:43 | 5:07 | 3:38 | 3:40 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 | 21,380 | 16,611 | 15,990 | 9,672 | 11,005 | 10,135 | 12,416 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 | 14,134 | 11,592 | 12,799 | 9,740 | 10,252 | 9,739 | 9,814 |
| Avg Time Until Customer Disconnect (h:mm) | 0:56 | 0:52 | 0:13 | 0:18 | 0:19 | 0:18 | 0:18 | 0:20 | 0:26 | 0:27 | 0:28 | 0:17 | 0:23 | 0:19 | 0:20 |
| **Tier 3 Metrics (SNAP Interviews)\*\*\*** | | | | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **0:35** | **0:37** | **0:20** | **0:19** | **0:22** | **0:20** | **0:23** | **0:34** | **0:45** | **0:57** | **0:49** | **0:43** | **0:34** | **0:25** | **0:25** |
| % Calls with No More Than 20-Minute Wait Time | | | | | | | | | | | | | | 63.3% | 66.5% |
| Lowest Daily Avg Wait Time | 0:29 | 0:23 | 0:13 | 0:13 | 0:17 | 0:03 | 0:14 | 0:20 | 0:37 | 0:46 | 0:37 | 0:30 | 0:09 | 0:05 | 0:04 |
| Highest Daily Average Wait Time | 0:43 | 0:51 | 0:28 | 0:31 | 0:32 | 0:29 | 0:36 | 0:52 | 1:05 | 1:09 | 1:06 | 0:58 | 0:52 | 0:49 | 0:47 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 3:28 | 5:12 | 2:14 | 23:02 | 2:14 | 2:11 | 2:29 | 3:12 | 4:57 | 5:52 | 6:03 | 4:43 | 5:03 | 3:11 | 3:31 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 | 72,199 | 61,298 | 50,448 | 43,027 | 29,538 | 18,310 | 20,706 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 | 18,447 | 17,552 | 15,896 | 15,596 | 11,472 | 6,853 | 7,413 |
| Avg Time Until Customer Disconnect | 0:25 | 0:29 | 0:14 | 0:13 | 0:15 | 0:15 | 0:16 | 0:24 | 0:32 | 0:44 | 0:37 | 0:31 | 0:29 | 0:26 | 0:26 |
| **Accommodation Requests\*\*** | | | | | | | | | | | | | | | 16 |

\* Per the Court's Order, this chart now includes the percentage of ALL applications rejected for Failure to Complete the Interview. Prior reports included only percentages of REJECTED applications that were due to Failure to Complete the Interview.

\*\* Tier 1 calls involve: providing benefits information; giving case status updates; receiving change reports; conducting mid-certification reviews; offering general program knowledge; processing verifications; educating customers on self-service options; issuing replacement EBT and MO HealthNet cards; submitting hearing requests; taking paper application requests

\*\*\* Tier 3 handles inbound and outbound calls to conduct SNAP interviews and can provide the same services as Tier 1, if needed

\*\*\*\* FSD began capturing the number of requests made by customers for accomodations based on disability on 6/24/2025 and will begin reporting with July 2025

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 7/1/2025 | 622 | 684 |
| 7/2/2025 | 565 | 589 |
| 7/3/2025 | 499 | 826 |
| 7/4/2025 | 0 | 0 |
| 7/5/2025 | 0 | 0 |
| 7/6/2025 | 0 | 0 |
| 7/7/2025 | 1492 | 2810 |
| 7/8/2025 | 1025 | 1528 |
| 7/9/2025 | 710 | 1466 |
| 7/10/2025 | 858 | 2004 |
| 7/11/2025 | 1371 | 2302 |
| 7/12/2025 | 0 | 0 |
| 7/13/2025 | 0 | 0 |
| 7/14/2025 | 1082 | 2294 |
| 7/15/2025 | 1000 | 1859 |
| 7/16/2025 | 988 | 1698 |
| 7/17/2025 | 1049 | 1430 |
| 7/18/2025 | 747 | 1157 |
| 7/19/2025 | 0 | 0 |
| 7/20/2025 | 0 | 0 |
| 7/21/2025 | 258 | 59 |
| 7/22/2025 | 0 | 0 |
| 7/23/2025 | 14 | 0 |
| 7/24/2025 | 7 | 0 |
| 7/25/2025 | 79 | 0 |
| 7/26/2025 | 0 | 0 |
| 7/27/2025 | 0 | 0 |
| 7/28/2025 | 23 | 0 |
| 7/29/2025 | 1 | 0 |
| 7/30/2025 | 26 | 0 |
| 7/31/2025 | 0 | 0 |

| SNAP Paper Application Mailout Requests | Jun-25 | Jul-25 |
|---|---|---|
| **Total # of Application Requests** | **1223** | **1309** |
| Requested via Chat or in IVR | 1056 | 1140 |
| Requested via Phone with Agent | 169 | 171 |
| Requested Online* | | |
| **Total Applications Mailed >1 Business Day of Request** | **76** | **0** |
| Requested by Chat or in IVR | 35 | 0 |
| Requested by Phone with Agent | 41 | 0 |
| Requested Online* | | |
| **Total Applications Mailed >7 Calendar Days of Request** | **2** | **0** |
| Requested by Chat or in IVR | 0 | 0 |
| Requested by Phone with Agent | 2 | 0 |
| Requested Online* | | |

*Online Request Functionality Coming Soon

** Each household is counted once for purposes of total application requests but may be captured more than once if a request for application was made through different methods by the same household. Therefore, the total number of applications requested will not total the number of applications requested via chat or IVR added to the number of requested applications made via phone with an agent.

| SNAP Appointment Requests Report | Jun-25 | Jul-25 |
|---|---|---|
| **All SNAP-Related Appointment Requests** (Includes more than just application-related appts) | 6391 | 6979 |
| **Appointments Connected to Pending SNAP Applications** (Associated by ph# provided when appt requested) | 4842 | 4757 |
| **Appointments Scheduled Beyond the Application Processing Deadline** | 91 | 91 |

At this time, the FSD Appointment Scheduler captures only the program, not the purpose, of each appointment request. While system improvements are being made to capture which appointments are for SNAP interviews, FSD is reporting the number of appointments scheduled by persons with pending SNAP applications, matching the requester phone number with the phone number provided on the application, to represent the number of appointment requests for SNAP interviews.

# SNAP Administration Updates:
## Updates Implemented to date, July 2025

DSS conducted a two-week targeted focus of increase in staff capacity. To accomplish this targeted focus, all FSD staff trained in SNAP were reassigned to handle Tier 3 calls, and Medicaid specialty team members assisted with calls, for the first four hours of each workday during the two-week time period.

DSS team members have reviewed the existing processes and requirements, and created a streamlined SNAP interview process. The streamlined interview is being trained and piloted in multiple locations. Early results indicate a significant reduction in the amount of time to complete a SNAP interview, with the goal of increasing the number of interviews each staff member could conduct daily.

DSS is utilizing Interactive Voice Response (IVR) technology to enhance the administration of SNAP interviews. There have been twenty-three SNAP screening questions added to IVR functionality, negating the need for these queestions to be asked during the interview.

Additionally, DSS has embedded the Rights and Responsibilities Statement into the IVR, which removes time spent on this during the interview.