| SNAP Application and Call Center Metrics | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections** | | | | | | | | | | | | | | | | | |
| Total SNAP Application Determinations | 43,965 | 42,366 | 54,341 | 53,210 | 47,508 | 57,349 | 44,085 | 60,048 | 55,267 | 51,986 | 49,449 | 50,202 | 52,945 | 56,919 | 58,891 | 53,331 | 57,957 |
| Total SNAP Application Rejections | 22,310 | 18,674 | 25,109 | 21,747 | 23,848 | 24,295 | 18,329 | 27,195 | 23,565 | 25,253 | 22,115 | 20,602 | 19,416 | 21,285 | 20,250 | 17,352 | 21,775 |
| SNAP Applications Rejected for Failure to Complete the Interview and One or More Additional Reasons | | | | | | | | | | | | | | | | | |
| Count | 11,405 | 8,980 | 12,572 | 9,437 | 12,140 | 11,364 | 8,508 | 14,083 | 12,094 | 14,509 | 12,470 | 10,923 | 9,613 | 9,578 | 8,339 | 6,202 | 9,380 |
| % of REJECTED Applications | 51% | 48% | 50% | 43% | 51% | 47% | 46% | 52% | 51% | 57% | 56% | 53% | 50% | 45% | 41% | 36% | 43% |
| % of TOTAL Applications* | 26% | 21% | 23% | 18% | 26% | 20% | 19% | 23% | 22% | 28% | 25% | 22% | 18% | 17% | 14% | 12% | 16% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | | | | | | | | |
| Count | 9,875 | 7,688 | 10,902 | 8,050 | 10,648 | 9,715 | 7,292 | 12,317 | 10,341 | 12,576 | 10,663 | 9,334 | 8,116 | 8,309 | 7,101 | 5,230 | 8,139 |
| % of REJECTED Applications | 44% | 41% | 43% | 37% | 45% | 40% | 40% | 45% | 44% | 50% | 48% | 45% | 42% | 39% | 35% | 30% | 37% |
| % of TOTAL Applications* | 22% | 18% | 20% | 15% | 22% | 17% | 17% | 21% | 19% | 24% | 22% | 19% | 15% | 15% | 12% | 10% | 14% |
| **Tier 1 Metrics (Calls for Medicaid, SNAP, and Temporary Assistance)**  | | | | | | | | | | | | | | | | | |
| Average Wait Time (h:mm) | 1:19 | 1:15 | 0:32 | 0:38 | 0:42 | 0:40 | 0:43 | 0:44 | 0:58 | 1:00 | 1:02 | 0:37 | 0:45 | 0:34 | 0:34 | 0:31 | 0:28 |
| % Calls with No More Than 20-Minute Wait Time | | | | | | | | | | | | | | 53.8% | 57.1% | 45.7% | 60.7% |
| Lowest Daily Avg Wait Time | 1:00 | 0:50 | 0:20 | 0:02 | 0:01 | 0:09 | 0:11 | 0:00 | 0:02 | 0:46 | 0:47 | 0:27 | 0:12 | 0:10 | 0:07 | 0:16 | 0:06 |
| Highest Daily Average Wait Time | 1:28 | 1:39 | 0:53 | 0:53 | 0:59 | 0:52 | 0:56 | 1:09 | 1:20 | 1:24 | 1:20 | 0:48 | 1:25 | 1:11 | 0:58 | 0:52 | 0:59 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 6:04 | 6:03 | 4:08 | 4:57 | 5:51 | 3:57 | 3:51 | 4:15 | 4:59 | 5:38 | 4:46 | 2:43 | 5:07 | 3:38 | 3:40 | 2:27 | 3:59 |
| Queue Deflections | 39,321 | 30,950 | 13,254 | 16,399 | 17,492 | 17,416 | 15,494 | 18,764 | 21,380 | 16,611 | 15,990 | 9,672 | 11,005 | 10,135 | 12,416 | 6,662 | 9,226 |
| Count of Customer Disconnects (Abandoned Calls) | 31,358 | 30,999 | 31,479 | 35,260 | 34,231 | 29,320 | 21,925 | 19,665 | 14,134 | 11,592 | 12,799 | 9,740 | 10,252 | 9,739 | 9,814 | 9,884 | 8,696 |
| Avg Time Until Customer Disconnect (h:mm) | 0:56 | 0:52 | 0:13 | 0:18 | 0:19 | 0:18 | 0:18 | 0:20 | 0:26 | 0:27 | 0:28 | 0:17 | 0:23 | 0:19 | 0:20 | 0:14 | 0:18 |
| **Tier 3 Metrics (SNAP Interviews)***  | | | | | | | | | | | | | | | | | |
| Average Wait Time (h:mm) | 0:35 | 0:37 | 0:20 | 0:19 | 0:22 | 0:20 | 0:23 | 0:34 | 0:45 | 0:57 | 0:49 | 0:43 | 0:34 | 0:25 | 0:25 | 0:22 | 0:24 |
| % Calls with No More Than 20-Minute Wait Time | | | | | | | | | | | | | | 63.3% | 66.5% | 60.0% | 64.6% |
| Lowest Daily Avg Wait Time | 0:29 | 0:23 | 0:13 | 0:13 | 0:17 | 0:03 | 0:14 | 0:20 | 0:37 | 0:46 | 0:37 | 0:30 | 0:09 | 0:05 | 0:04 | 0:10 | 0:05 |
| Highest Daily Average Wait Time | 0:43 | 0:51 | 0:28 | 0:31 | 0:32 | 0:29 | 0:36 | 0:52 | 1:05 | 1:09 | 1:06 | 0:58 | 0:52 | 0:49 | 0:47 | 0:38 | 0:52 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec | <1 sec |
| Max Wait Time | 3:28 | 5:12 | 2:14 | 23:02 | 2:14 | 2:11 | 2:29 | 3:12 | 4:57 | 5:52 | 6:03 | 4:43 | 5:03 | 3:11 | 3:31 | 2:24 | 4:15 |
| Queue Deflections | 42,057 | 49,920 | 11,191 | 10,358 | 10,736 | 17,328 | 14,057 | 46,433 | 72,199 | 61,298 | 50,448 | 43,027 | 29,538 | 18,310 | 20,706 | 4,391 | 16,075 |
| Count of Customer Disconnects (Abandoned Calls) | 20,482 | 19,637 | 17,119 | 19,860 | 14,813 | 14,953 | 13,738 | 17,441 | 18,447 | 17,552 | 15,896 | 15,596 | 11,472 | 6,853 | 7,413 | 7,480 | 7,255 |
| Avg Time Until Customer Disconnect | 0:25 | 0:29 | 0:14 | 0:13 | 0:15 | 0:15 | 0:16 | 0:24 | 0:32 | 0:44 | 0:37 | 0:31 | 0:29 | 0:26 | 0:26 | 0:17 | 0:26 |
| **Accommodation Requests** | | | | | | | | | | | | | | | 16 | 22 | 82 |

\* Per the Court's Order, this chart now includes the percentage of ALL applications rejected for Failure to Complete the Interview. Prior reports included only percentages of REJECTED applications that were due to Failure to Complete the Interview.

\*\* Tier 1 calls involve: providing benefits informations; giving case status updates; receiving change reports; conducting mid-certification reviews; offering general program knowledge; processing verifications; educating customers on self-service options; issuing replacement EBT and MO HealthNet cards; submitting hearing requests; taking paper application requests

\*\*\* Tier 3 handles inbound and outbound calls to conduct SNAP interviews and can provide the same services as Tier 1, if needed

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 9/1/2025 | 0 | 0 |
| 9/2/2025 | 1247 | 2770 |
| 9/3/2025 | 892 | 2509 |
| 9/4/2025 | 729 | 1611 |
| 9/5/2025 | 678 | 1571 |
| 9/6/2025 | 0 | 0 |
| 9/7/2025 | 0 | 0 |
| 9/8/2025 | 1404 | 3122 |
| 9/9/2025 | 381 | 1472 |
| 9/10/2025 | 532 | 1200 |
| 9/11/2025 | 226 | 758 |
| 9/12/2025 | 69 | 14 |
| 9/13/2025 | 0 | 0 |
| 9/14/2025 | 0 | 0 |
| 9/15/2025 | 412 | 449 |
| 9/16/2025 | 236 | 221 |
| 9/17/2025 | 91 | 3 |
| 9/18/2025 | 208 | 0 |
| 9/19/2025 | 303 | 20 |
| 9/20/2025 | 0 | 0 |
| 9/21/2025 | 0 | 0 |
| 9/22/2025 | 242 | 0 |
| 9/23/2025 | 152 | 0 |
| 9/24/2025 | 91 | 0 |
| 9/25/2025 | 97 | 0 |
| 9/26/2025 | 88 | 0 |
| 9/27/2025 | 0 | 0 |
| 9/28/2025 | 0 | 0 |
| 9/29/2025 | 720 | 67 |
| 9/30/2025 | 428 | 288 |

| SNAP Paper Application Mailout Requests | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|
| **Total # of Application Requests** | **1223** | **1309** | **1277** | **1373** |
| Requested via Chat or in IVR | 1056 | 1140 | 1119 | 1187 |
| Requested via Phone with Agent | 169 | 171 | 159 | 188 |
| Requested Online* | | | | |
| **Total Applications Mailed >1 Business Day of Request** | **76** | **0** | ****47** | **32** |
| Requested by Chat or in IVR | 35 | 0 | 37 | 0 |
| Requested by Phone with Agent | 41 | 0 | 10 | 32 |
| Requested Online* | | | | |
| **Total Applications Mailed >7 Calendar Days of Request** | **2** | **0** | **0** | **1** |
| Requested by Chat or in IVR | 0 | 0 | 0 | 0 |
| Requested by Phone with Agent | 2 | 0 | 0 | 1 |
| Requested Online* | | | | |

*FSD has entered into a contract with a provider to build the online paper application request function and enable FSD to track the mailing of such applications. The provider has not yet committed to a completion date, but FSD is expecting implementation before the end of 2025 and will begin reporting as soon as this function is operational.

** Each household is counted once for purposes of total application requests but may be captured more than once if a request for application was made through different methods by the same household. Therefore, the total number of applications requested will not total the number of applications requested via chat or IVR added to the number of requested applications made via phone with an agent.

*** August data adjusted. Tracking program migrated to new online system mid-August, causing a reporting issue which has been corrected.

| SNAP Appointment Requests Report | Jun-25 | Jul-25 | Aug-25 | Sep-25 |
|---|---|---|---|---|
| **All SNAP-Related Appointment Requests** (Includes more than just application-related appts) | 6391 | 6979 | 6112 | 6488 |
| **Appointments Connected to Pending SNAP Applications** (Associated by ph# provided when appt requested) | 4842 | 4893 | 4077 | 4102 |
| **Appointments Scheduled Beyond the Application Processing Deadline** | 91 | 91 | 30 | 71 |

At this time, the FSD Appointment Scheduler captures only the program, not the purpose, of each appointment request. While system improvements are being made to capture which appointments are for SNAP interviews, FSD is reporting the number of appointments scheduled by persons with pending SNAP applications, matching the requester phone number with the phone number provided on the application, to represent the number of appointment requests for SNAP interviews.

# Changes in SNAP Administration to Address Benchmarks Report:

| Jul-25 | Aug-25 | Sep-25 |
|---|---|---|
| DSS conducted a two-week targeted focus of increase in staff capacity. To accomplish this targeted focus, all FSD staff trained in SNAP were reassigned to handle Tier 3 calls, and Medicaid specialty team members assisted with calls, for the first four hours of each workday during the two-week time period. | DSS trained 10 offices to conduct streamlined interviews. | DSS conducted a two-week targeted focus of increase in staff capacity. To accomplish this targeted focus, all FSD staff trained in SNAP were reassigned to handle Tier 3 calls, and Medicaid specialty team members assisted with calls, for the first four hours of each workday during the two-week time period. |
| DSS team members have reviewed the existing processes and requirements, and created a streamlined SNAP interview process. The streamlined interview is being trained and piloted in multiple locations. Early results indicate a significant reduction in the amount of time to complete a SNAP interview, with the goal of increasing the number of interviews each staff member could conduct daily. | DSS piloted an efficiency strategy using the offices trained in streamlined interviews on the phones. Staff that started prior to 8am were assigned only to the predicative dialer, and staff starting at 8am and later were assigned to inbound calls to try to assist with the influx of calls at 8am. However, wait times increased, and the pilot was discontinued. More staff have been added back to inbound and outbound calls. | Ten DSS offices are conducting streamlined interviews and more will be trained. |
| DSS is utilizing Interactive Voice Response (IVR) technology to enhance the administration of SNAP interviews. There have been twenty-three SNAP screening questions added to IVR functionality, negating the need for these queestions to be asked during the interview. | All DSS specialty offices are taking one call at the start of their shift or when they return from lunch to assist with the volume of calls. These staff have not traditionally been on the phones as a part of their role. This strategy is currently being utilized to expand overall phone capacity, and DSS will monitor processing times for specialty office caseloads in order to determine the most appropriate path forward. | All DSS specialty offices are taking one call at the start of their shift or when they return from lunch to assist with the volume of calls. These staff have not traditionally been on the phones as a part of their role. This strategy is currently being utilized to expand overall phone capacity, and DSS will monitor processing times for specialty office caseloads in order to determine the most appropriate path forward. |
| Additionally, DSS has embedded the Rights and Responsibilities Statement into the IVR, which removes time spent on this during the interview. | | |

**Report Details**

| | Notes | Location |
|---|---|---|
| Total SNAP Application Determinations & Total SNAP Application Rejections | Total SNAP Applications and Total Rejections pulled from operational tables which differ from MMR reports | Total Determinations: FAMIS Daily Prod Reports, distinct count of HoH DCN. Certified data is stored on Tableau Server at https://results-int.mo.gov/DSS.<br>Total Rejections: Monthly SNAP Rejection reports from Research team. |
| SNAP Rejection Data | FS Rejections Report from R&E; Includes INIT, TIMLY, and NTMLY applications. Applications may reject for many reasons, this data source will need to be deduplicated and a note added to the report; Using Tableau to deduplicate | \\ssrv9k9.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\Automated Reports\Refrence Files\FS Rejection Listings.xlsx. Individual monthly reports are also available at \\ssrv9k9.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\R&E Reports\R&E Mos End Reports folder. |
| Wait Time Metrics | New Stats Master File; Using monthly totals from monthly tabs and using daily totals for highest and lowest daily average wait time; maintained by Kia Wright<br><br>Genesys Dashboards - Queue Performance | \\ssrv9k9.state.mo.us\FSD-Common\FSD-IM-Daily-Reports\MCC Reports\New Stats Master - 2025.xlsx  Stats for CMS and Department Tab.<br>OR Genesys: For Tier I and Tier III wait time metrics use Queue Performance wait time information from Tier 1 Report Changes. |
| Abandonment/Customer Disconnects | New Stat Master File: Monthly totals sheets, Count of Abandoned and Avg Time to Abandon<br><br>Genesys Dashboards - Queue Performance; | \\ssrv9k9.state.mo.us\FSD-Common\FSD-IM-Daily-Reports\MCC Reports\New Stats Master - 2025.xlsx<br>Genesys: For Tier I and Tier III abandon metrics use Queue Performance abandonment information from Tier 1 Report Changes. |
| Disconnect Data | CSC Stats Master; using Monthly IVR volume sheet, FSD Redirect for Tier 1 and Interview Redirect for Tier 3<br><br>Genesys Dashboards - Flow Outcomes; Monthly Interval, FSD_Redirect and Interview Redirect 'Successes' | \\ssrv9k9.state.mo.us\FSD-Common\FSD-IM-Daily-Reports\MCC Reports\New Stats Master - 2025.xlsx<br><br>Genesys: For Interview and FSD Redirect (deflections) use flow outcome information. |
| % Calls with No More Than 20-Minute Wait Time | Genesys Dashboards - Queue Performance | This is a ratio of total voice calls wait at or under 20 minutes and total calls offered in terms of percentage for Tier I Report Changes and Tier III Inbound Interviews each.<br>"\\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Benchmark #1 - AWT Under 20\AWT under 20m - Data Warehouse Connected.twb" |
| Accommodation Requests | | Accomodation data is located in In-Person Scheduled Appointment data is downloaded from MODSSScheduler using the link below on a monthly basis. This is the link in Sharepoint  https://moteam.state.mo.us/dss-fsd/ Then data for Accomodations is in tableau Workbook at "\\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Court Order #26 - Appt Request Report\Appointment Analysis.twb" |
| Call Deflections/Redirections by Date | Genesys Dashboards - Flow Outcomes; Monthly Interval, FSD_Redirect and Interview Redirect 'Successes' | Genesys: For Interview and FSD Redirect (deflections) use flow outcome information. |
| SNAP Paper Application Mailout Requests | Total # of Application Requests<br><br>Total Applications Mailed >1 Business Day of Request<br><br>Total Applications Mailed >7  Calendar Days of Request | CC Mailout dashboard located at "https://moteam.state.mo.us/dss-fsd/CallCenter/_layouts/15/WopiFrame2.aspx?sourcedoc=%7bA1C86FA2-3392-4C90-8650-4231D10A5B7B%7d&file=CC%20Mailout%20Dashboard.xlsm&action=default" Excel report could be dounloaded from the link below.<br>CC Mailout Dashboard.xlsm   And   https://mostategov.sharepoint.com/sites/DSS-SSF-CallCtr/Lists/Call%20Center%20Mailing%20Project/AllItems.aspx<br>Then data is calculated in Tableau to provide required information.<br>"\\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Court Order #25 - Paper App Request\CC Mailout Dashboard Analysis.twb" |
| SNAP Appointment Requests Report (Interview Request Report) | All SNAP program related appointment requests<br><br>Appointments Connected to Pending SNAP Applications<br><br>Appointments Scheduled For Beyond the Application Deadline | Date: In-Person Scheduled Appointment data is downloaded from MODSSScheduler using the following link on a monthly basis.  (https://schd-endpoints-ccai-prod.dss.mo.gov)  and click on the "telephony" to get to the data. "\\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Court Order #26 - Appt Request Report\Appointment Analysis.twb"<br>\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Court Order #26 - Appt Request Report\Appt and App Outputs 2.xlsx.  FAMIS SNAP Data is matched using Phone numbers to Appointment data to get to the numbers.   Tableau is used to match Interview data to Appointment data. \\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Customer Index Data<br>\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Court Order #26 - Appt Request Report\Appt and App Outputs 2.xlsx.  FAMIS SNAP Data is matched using Phone numbers to Appointment data to get to the numbers.   Tableau is used to match Interview data to Appointment data. \\SDSSFILP4079.state.mo.us\FSD-Common\FSD-RiskAnalysisUnit\FS Metrics\2024 Summary Judgement Report\Customer Index Data |