UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

CENTRAL DIVISION

| | |
|---|---|
| MARY HOLMES, L.V., and EMPOWER MISSOURI,<br><br>Plaintiffs,<br><br>-*against*-<br><br>JESSICA BAX, in her official capacity as Director of the Missouri Department of Social Services,<br><br>Defendant. | Case No. 2:22-cv-04026-MDH |

## STATUS REPORT

On May 9, 2024, this Court entered its Order on the parties' cross motions for summary judgment finding Defendant's administration of SNAP in Missouri did not fulfill his obligations under federal law and violated the ADA. ECF 161. This Court required additional reporting in its May 6, 2025, Order. ECF 220. The Orders require Defendant to report call monthly center metrics to this court, as well as numerous state legislators and the Governor's Office. Accordingly, Defendant submits the attached to the court, and reports that a copy of same was sent on December 15, 2025, to each of the persons named in the May 9 order.

Respectfully Submitted,

CATHERINE L. HANAWAY

Attorney General of Missouri

By: /s/ *Hardin T. Haynes*

Hardin T. Haynes, #67474
*Assistant Attorney General*
Missouri Attorney General's Office
207 W. High Street
Jefferson City, MO 65102

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all attorneys of record via the Court's electronic filing system this 15th day of December, 2025.

By:*/s/ Hardin T. Haynes*