# Exhibit 1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

MARY HOLMES, *et al.*,

                Plaintiffs,

      *v.*

JESSICA BAX, in her official capacity as
Director of the Missouri Department of
Social Services,

                Defendant.

Case No. 2:22-cv-04026-MDH

### DECLARATION OF JASON COMER

1.　　My name is Jason Comer. I am the Systems Manager of the Family Support Division (FSD), Missouri Department of Social Services (DSS). My duties include overseeing the systems and programs utilized by FSD for SNAP, TANF, and Medicaid Eligibility. I am submitting this declaration in support of Defendant's Status Report on Compliance with the May 6, 2025 Order.

2.　　The information contained in this declaration is based on my personal knowledge and/or information reported to me by other FSD employees whom I oversee. If called as a witness, I would offer testimony as to those matters set forth in this declaration.

3.　　DSS uses an automated system to place outbound calls to SNAP applicants to complete their interviews. SNAP applicants who are screened as eligible for expedited processing receive two outbound calls automatically. The only reasons an applicant may not receive a call is if they did not provide a phone number, there was an error in entering their phone number, their

1

phone could not accept the call for technical reasons, e.g., exhausted minutes or call-blocking, or an interview is not required pursuant to a waiver like the Elderly & Disabled Waiver.

4. Participants calling FSD for a SNAP interview (Tier 3 inbound line) are offered the opportunity to schedule a telephone or face-to-face interview.

5. Participants calling in to the Tier 3 Inbound line requesting an in-office appointment are almost always offered a first available appointment date for the same day.

6. For the month of January 2026, no resource center in the State of Missouri had in-person office appointments fill up in a single day. Attachment A. For the period of January 28, 2026 to February 18, 2026, the first available face-to-face interview was the same day at each resource center I checked. *Id.*

7. Participants calling in to the Tier 3 Inbound line requesting a telephone interview are generally offered a telephone interview within a few weeks. For the period of January 28, 2026 to February 18, 2026, the first available phone interview was between 20 and 25 days out. Attachment A.

8. Participants calling in to the Tier 3 Inbound Line requesting a phone or in-person interview receive the following notification prior to scheduling an in-person or phone interview:

> "IMPORTANT: If you are required to complete an interview or return a form by a certain date, you must make sure your appointment is scheduled before that due date. The Family Support Division cannot extend your deadline while you wait for an appointment. If you cannot schedule an appointment before that date, you will need to visit your local resource center or call us back before your deadline. You do not need an appointment to visit your local resource center."

9. The appointment scheduler allows appointments to be scheduled out for 180 days, however, appointments scheduled beyond the application processing deadline are minimal and have been decreasing monthly (27 in Oct 2025, 25 in Nov 2025, and 19 in Dec 2025).

2

10. When a participant visits a resource center and requests a face-to-face interview, the participant will receive an interview with the next available representative.

11. On the rare occasion that the resource center does not have a representative available for a face-to-interview at the time of the request, FSD will attempt to have a representative come from another resource center to the resource center the same day. If it is not feasible for a representative from another resource center to assist, a representative will be available the next day for a face-to-face interview.

12. If an applicant cannot return to the resource center for the next five days, FSD would provide the applicant with a face-to-face interview appointment at a date and time that is convenient to the applicant and within 30 days of when the applicant submitted their application.

13. Resource center representatives only divert an applicant who has requested a face-to-face appointment to a telephone appointment with the applicant's consent.

14. Using FSD's present systems, suspending the denial of those SNAP applications that meet the contact attempts criteria in Item 7 of the May 6, 2025 Order would require two to four full-time Benefit Program Technicians to manually suspend the listed denials each day and subsequently process those applications by hand once a final eligibility determination had been made.

15. Since the suspension of denials would have to take place after the daily analysis of "contact attempts," the manual suspension process would need to happen very late at night or, if done earlier in the day, would miss some contact attempts on Day 30.

I declare under penalty of perjury that the foregoing is true and correct.

Executed __3/5__, 2026, in Springfield, Missouri.

3

Jason Comer

4

# Attachment A

Case 2:22-cv-04026-MDH   Document 249-1   Filed 03/05/26   Page 7 of 7

| Next Available Appointments - Tracking started 1/28/26 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Today's Date | 1st Avail. Office Appt. - Hillsboro RC | 1st Avail. Office Appt. - Springfield RC | 1st Avail. Office Appt. - Page RC | 1st Avail. Office Appt. - Joplin RC | 1st Avail. Office Appt. - Plattsburg RC | 1st Avail. Office Appt - Fletcher Daniels Office Building | 1st Available Phone Appt | Number of Days to 1st Available Phone Appt. |
| 1/28/2026 | 1/28/2026 | 1/28/2026 | 1/28/2026 | 1/28/2026 | 1/28/2026 | 1/28/2026 | 2/20/2026 | 23 |
| 1/29/2026 | 1/29/2026 | 1/29/2026 | 1/29/2026 | 1/29/2026 | 1/29/2026 | 1/29/2026 | 2/23/2026 | 25 |
| 1/30/2026 | 1/30/2026 | 1/30/2026 | 1/30/2026 | 1/30/2026 | 1/30/2026 | 1/30/2026 | 2/23/2026 | 24 |
| 2/2/2026 | 2/2/2026 | 2/2/2026 | 2/2/2026 | 2/2/2026 | 2/2/2026 | 2/2/2026 | 2/24/2026 | 22 |
| 2/3/2026 | 2/3/2026 | 2/3/2026 | 2/3/2026 | 2/3/2026 | 2/3/2026 | 2/3/2026 | 2/25/2026 | 22 |
| 2/4/2026 | 2/4/2026 | 2/4/2026 | 2/4/2026 | 2/4/2026 | 2/4/2026 | 2/4/2026 | 2/26/2026 | 22 |
| 2/5/2026 | 2/5/2026 | 2/5/2026 | 2/5/2026 | 2/5/2026 | 2/5/2026 | 2/5/2026 | 2/27/2026 | 22 |
| 2/6/2026 | 2/6/2026 | 2/6/2026 | 2/6/2026 | 2/6/2026 | 2/6/2026 | 2/6/2026 | 3/2/2026 | 24 |
| 2/9/2026 | 2/9/2026 | 2/9/2026 | 2/9/2026 | 2/9/2026 | 2/9/2026 | 2/9/2026 | 3/3/2026 | 22 |
| 2/10/2026 | 2/10/2026 | 2/10/2026 | 2/10/2026 | 2/10/2026 | 2/10/2026 | 2/10/2026 | 3/4/2026 | 22 |
| 2/11/2026 | 2/11/2026 | 2/11/2026 | 2/11/2026 | 2/11/2026 | 2/11/2026 | 2/11/2026 | 3/4/2026 | 21 |
| 2/13/2026 | 2/13/2026 | 2/13/2026 | 2/13/2026 | 2/13/2026 | 2/13/2026 | 2/13/2026 | 3/6/2026 | 21 |
| 2/17/2026 | 2/17/2026 | 2/17/2026 | 2/17/2026 | 2/17/2026 | 2/17/2026 | 2/17/2026 | 3/9/2026 | 20 |
| 2/18/2026 | 2/18/2026 | 2/18/2026 | 2/18/2026 | 2/18/2026 | 2/18/2026 | 2/18/2026 | 3/10/2026 | 20 |

*Offices rarely fill up any given day with in-office appointments and often have same day availability. Example: no office in the entire state had a single day completely fill up with in-office appointments for the month of 01/2026. All had same day availability. Phone appointments, however, fill up rather quickly and are scheduled out a few weeks in advance.