Exhibit 2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

|  |  |
|---|---|
| MARY HOLMES, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> JESSICA BAX, in her official capacity as Director of the Missouri Department of Social Services, <br><br> Defendant. | Case No. 2:22-cv-04026-MDH |

## <u>DECLARATION OF WILLIAM (LEE) RICHARDSON</u>

1.      My name is William (Lee) Richardson. I am the Assistant Deputy Director of the Data Analytics Unit for the Family Support Division (FSD), Missouri Department of Social Services (DSS). My duties include supervision of the Data Analytics Unit, oversight of the data management and governance for the division, as well development and distribution of external and internal reports. I am submitting this declaration in support of Defendant's Status Report on Compliance with the May 6, 2025 Order.

2.      The information contained in this declaration is based on my personal knowledge and/or information reported to me by other FSD employees whom I oversee. If called as a witness, I would offer testimony as to those matters set forth in this declaration.

3.      I assembled the data and created the chart at Attachment A to demonstrate how many SNAP Failure to Interview denial determinations for each day in January 2026 met the criteria for the four categories of contact attempts in Item 7 of the court's order.

1

4.     It takes four distinct systems to capture the criteria in Item 7: Genesys logs deflections, calls, and wait times; FAMIS tracks SNAP application statuses; Current logs resource center visits; and the scheduler system logs appointments.

5.     Automation connecting Genesys, FAMIS, Current, and the appointment scheduler is unlikely to be technically possible.

## Identifying Individuals Described in Item 7

6.     To identify individuals with open SNAP applications who met the criteria in Item 7 for attempts to contact DSS before completing their interview for January 2026, I developed and performed the following process:

   a. I pulled all Call Interaction Data from Genesys. This data includes the incoming phone number, customer DCN[1] if it was entered during the IVR flow, deflection data, and wait times for inbound calls. This pull captures all interactions regardless of whether the customer made it to the interview queue, so that I captured all call attempts.

   b. For the purposes of this declaration, I then pulled a report of SNAP applications rejected in the month of January 2026 from our FAMIS data warehouse. The data in this report includes the head of household DCN, date of rejection, and reason for rejection, as well as other application information. However, if this process were implemented in real-time to catch applications before they are denied, one would need to pull SNAP application data from a report of applications with imminent

---

[1] The DCN is the "Department Client Number," which is the unique identifier for individuals across SNAP and other programs in the state.

2

deadlines, and the data would need to include the application deadline dates to capture applications with deadlines the same day the data is pulled.

c. Next, I compiled a list of all outbound interview call attempts, which included a DCN and primary customer phone number for each outbound call. I matched the outbound interview call list with the FAMIS data using the DCN from both lists, so that the FAMIS cases were associated with phone numbers.

d. I matched all the Genesys data from step 1 with the FAMIS data from step 2 using the DCN where possible.

e. For cases that did not have a DCN that matched between the Genesys data and FAMIS data, I matched phone numbers from the Genesys data with phone numbers that had been associated with the FAMIS data via the list of outbound interview call attempts.

f. I was then able to calculate the number of attempts to call our call center, wait times, and deflection data for each application to identify applicants who meet criteria for Item 7(a) and (b) of the court order.

g. Appointment data was then pulled from our appointment scheduler system and compiled into a running data source. Because DCN is not captured in the appointment scheduler, I matched applications to the appointment data using the phone numbers associated with the FAMIS data to the phone numbers provided during the appointment request. I did not limit the appointment scheduler data to appointments specifically related to SNAP, because this could unintentionally exclude an applicant who scheduled an appointment for other reasons in addition to SNAP. This is because the scheduler system captures only one general reason for

3

the appointment, even if the individual is scheduling the appointment for more than one DSS program.

h. I then ran a report of all in-office visits recorded in Current and matched that information with FAMIS applications data using the DCN captured during the in-office visit. I did not limit the Current data report to visits logged specifically as being related to SNAP, because this could unintentionally exclude an applicant who visited a resource center for other reasons in addition to SNAP. This is because Current captures only one reason for a resource center visit, even if the individual is making one visit for more than one DSS program.

i. I combined all information from the above steps into a Tableau extract, which I used to identify all of the applicants who could meet the criteria in Item 7 of the court order.

j. I checked the data by looking through a sample of cases from each system (FAMIS, Genesys, appointment scheduler, and Current) to verify the results of this work. This is a necessary step each time the process is performed to ensure accuracy.

7. A visual data flow for the above process is included as Attachment B to this declaration.

**Results**

8. The chart included with this declaration as Attachment A shows a "grand total" for each of the four categories in Item 7 of the court order, which add up to 361 cases that met the Item 7 criteria and had applications denied for an incomplete interview in January 2026.

9. Adding the four grand totals for the four different categories may overstate the number of households to be suspended per Item 7 since a household could have met the criteria

4

for more than one category. This means 361 is the *most* applications that could have met the Item 7 criteria in January 2026

10. These 361 denials make up less than 1% of the 53,766 SNAP determinations made in January 2026. I do not know how many of these 361 cases met all the other eligibility criteria for SNAP and would eventually have been found eligible for benefits.

11. As a data analytics professional, it took me four hours to assemble and validate the data from four different systems for the attached chart.

12. The four-hour process of assembling and validating this data would need to be repeated daily to determine which applications met the contact criteria before being denied on that day.

13. To capture all of the contact attempts listed in Item 7 of the court order from the date of application through the Day 30 deadline, this four-hour manual analysis would have to be conducted after business hours; if it took place earlier in the day, applicants who meet Item 7 criteria on the same day as their deadline would not be identified before their applications are denied.

14. The work of assembling and validating this data requires the skills of someone of at least a Research Data Analyst level position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 5 , 2026, in St. Louis, Missouri.

William (Lee) Richardson

5

# Attachment A

# January Denial Determinations for Failure to Interview

Denial Reason Code
UCI (Unable to Complete Interview)

## A. 2+ Calls including 1+ Deflection

Month, Day, Year ..

| | |
|---|---|
| Grand Total | 55 |
| January 2, 2026 | 2 |
| January 7, 2026 | 1 |
| January 8, 2026 | 1 |
| January 12, 2026 | 2 |
| January 14, 2026 | 3 |
| January 15, 2026 | 4 |
| January 16, 2026 | 4 |
| January 20, 2026 | 5 |
| January 21, 2026 | 8 |
| January 22, 2026 | 3 |
| January 28, 2026 | 15 |
| January 29, 2026 | 4 |
| January 30, 2026 | 3 |

## B. 2 Calls >15 min

Month, Day, Year ..

| | |
|---|---|
| Grand Total | 27 |
| January 5, 2026 | 2 |
| January 7, 2026 | 3 |
| January 8, 2026 | 3 |
| January 9, 2026 | 1 |
| January 12, 2026 | 2 |
| January 14, 2026 | 2 |
| January 15, 2026 | 2 |
| January 20, 2026 | 1 |
| January 21, 2026 | 4 |
| January 28, 2026 | 5 |
| January 29, 2026 | 2 |

## C. Visited RC

Month, Day, Year ..

| | |
|---|---|
| Grand Total | 73 |
| January 2, 2026 | 7 |
| January 5, 2026 | 8 |
| January 7, 2026 | 3 |
| January 8, 2026 | 5 |
| January 9, 2026 | 4 |
| January 12, 2026 | 7 |
| January 14, 2026 | 5 |
| January 15, 2026 | 7 |
| January 16, 2026 | 4 |
| January 20, 2026 | 9 |
| January 21, 2026 | 1 |
| January 22, 2026 | 2 |
| January 28, 2026 | 4 |
| January 29, 2026 | 6 |
| January 30, 2026 | 2 |

## D. Scheduled Appt

Month, Day, Year ..

| | |
|---|---|
| Grand Total | 206 |
| January 2, 2026 | 23 |
| January 5, 2026 | 33 |
| January 7, 2026 | 12 |
| January 8, 2026 | 14 |
| January 9, 2026 | 7 |
| January 12, 2026 | 17 |
| January 14, 2026 | 20 |
| January 15, 2026 | 10 |
| January 16, 2026 | 5 |
| January 20, 2026 | 12 |
| January 21, 2026 | 15 |
| January 22, 2026 | 6 |
| January 28, 2026 | 18 |
| January 29, 2026 | 11 |
| January 30, 2026 | 4 |

# Attachment B

