# Exhibit 3

MARY HOLMES, *et al.*,

Plaintiffs,

*v.*

JESSICA BAX, in her official capacity as
Director of the Missouri Department of
Social Services,

Defendant.

Case No. 2:22-cv-04026-MDH

## DECLARATION OF ALISON ROBISON

1. My name is Alison Robison. I am the Human Resources Manager for the Family Support Division (FSD), Missouri Department of Social Services (DSS). My duties include supervision of hiring personnel for FSD. I am submitting this declaration in support of Defendant's Status Report on Compliance with the May 6, 2025 Order.

2. The information contained in this declaration is based on my personal knowledge and/or information reported to me by other FSD employees whom I oversee. If called as a witness, I would offer testimony as to those matters set forth in this declaration.

3. Since the court's May 6, 2025 Order, the Department of Social Services has continued to engage in numerous efforts to ensure DSS employs sufficient staff to effectively administer SNAP benefits.

4. DSS has participated the following job fairs. This includes positions for FSD Benefit Program Associate and Benefit Program Technician who conduct SNAP interviews.

05/20/2025 – Statewide Virtual Career Fair

1

07/25/2025 – Statewide Veterans Career Fair – Jefferson City

08/05/2025 – Job News USA Job Fair, Overland Park

08/19/2025 – Statewide Virtual Career Fair

09/23/2025 – Statewide Career Fair Jefferson City

09/30/2025 – Columbia College Small College Career Fair

10/08/2025 – Northwest Missouri State University

10/30/2025 – Statewide Career Fair Springfield

11/13/2025 – Veterans Virtual Career Exploration

11/20/2025 – High School Career Exploration

02/03/2026 – Greater Kansas City Veterans Career and Transition Fair

02/24/2026 – Statewide Career Fair

5. The DSS Career Opportunities internet page links to the statewide MO Careers internet page, and a pop-up gives visitors the opportunity to be added to a distribution list that sends weekly notifications of job announcements.

6. Job openings are also advertised through the Department's Facebook page, LinkedIn, Indeed, and ZipRecruiter.

7. Daily emails are sent to all FSD staff advertising new job opening announcements.

8. FSD sends weekly emails to persons receiving FSD services highlighting one of the following three DSS positions: Benefit Program Technician, Associate/Social Services Specialist, and Youth Services.

9. SNAP recipients receive a text message each time a hiring event is taking place.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 5, 2026, in Jefferson City, Missouri.

Alison Robison

Case 2:22-cv-04026-MDH    Document 249-3    Filed 03/05/26    Page 4 of 4