# Exhibit 4

# 8.3 Interviews

•

📅 9mo ago

• 👁 2369 Views    Word Count: 853

---

## 8.3.1 When an Interview is Required

## 8.3.2 How Interviews are Conducted

Interviews are completed during business hours:

- By phone
- Face-to-face (in-person) at any FSD office

## SNAP Interviews

### Waiver of Face to Face Office Interview

Face-to-face interviews may be waived for all households. It is not necessary to meet with household members face-to-face to conduct an interview.

Interviews may be completed by phone. Hardship does not need to be explained by the household or documented by the agency when face-to-face interviews are waived. Face-to-face interviews must be completed or scheduled upon request.

### Home Visit Interviews

If a telephone interview, or face to face interview in a FSD office, cannot be completed, FSD conducts a home visit with approval from management. A home-based interview may only be conducted if a household meets hardship criteria, and the household must request a home-based interview. FSD schedules the home visit in advance with the applicant by telephone or in writing. FSD uses scheduled home visits to obtain verification only when documentary or collateral evidence cannot be obtained by other means.

### Scheduled Interviews

If an applicant's interview is not completed the same day as application:

- An interview letter is mailed to notify applicants that it is their responsibility to contact FSD during business hours to complete their interview within 5 calendar days of application, or upon receipt of the letter.
- The Notice of Missed Interview is sent to applicants that have not completed their interview by the deadline in the interview letter.

### Incomplete Interviews

If an in-person or telephone interview is started but cannot be completed for any reason FSD will:

- Inform the applicant that an interview is required to complete the application process.

- Communicate the date on which the interview is due to be completed.

Encourage the applicant to complete the interview as soon as possible.

## 8.3.3 Interview Elements for TA and SNAP

Copy Permalink