Exhibit 6

 MISSOURI FAMILY SUPPORT DIVISION
PO BOX 2700
JEFFERSON CITY MO 65102-2700


Missouri Department of
**Social Services**

01/06/2026

### INTERVIEW REQUIRED TO PROCESS YOUR APPLICATION

Head of EU DCN: █████████

You are receiving this letter because you applied for SNAP benefits. An interview is required to process your application. The first business day after FSD registers your application, we will attempt to reach you to do your interview at the phone number you provided on your application. If you miss our call, please call us back at 855-823-4908 or visit your local FSD office. You are strongly encouraged to complete your interview within 5 calendar days of applying. A decision about your application cannot be made until you complete your interview. Your application will be denied if you do not complete your interview.

**If you have recently completed your SNAP interview, please disregard this notice.**

To complete your interview by telephone or in person:

- Call 855-823-4908 Monday through Friday
- Relay Missouri 711
- Find a local Family Support Division (FSD) office by visiting dss.mo.gov/offices.htm

If you prefer to schedule an appointment for your interview, you may contact DSS by the methods listed above or through the chat feature at mydss.mo.gov.

Si lo solicita, podemos interpretar esta información para usted. Por favor, llame al 855-373-4636.

The Family Support Division is an equal opportunity provider and employer.

FA-334 (09/25)

Case 2:22-cv-04026-MDH    Document 249-6    Filed 03/05/26    Page 2 of 3

# Non-Discrimination Statement

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. mail:

Food and Nutrition Service, USDA

1320 Braddock Place, Room 334

Alexandria, VA 22314 or,

2. fax:

(833) 256-1665 or (202) 690-7442 or

3. email:

FNSCIVILRIGHTSCOMPLAINTS@usda.gov

This institution is an equal opportunity provider.

## DSS NON-DISCRIMINATION STATEMENT/ACCOMMODATION REQUEST

The Missouri Department of Social Services (DSS) is committed to the principles of equal employment opportunity and equal access to services. DSS applicants for, or recipients of, services from DSS are treated equitably regardless of race, color, national origin, ancestry, sex (including pregnancy and gender identity), sexual orientation, age, disability, religion, or veteran status. Appropriate interpretive services will be provided as required for the visually or hearing impaired and for persons with language barriers. Anyone who requires an auxiliary aid or service for effective communication, or a modification of policies or procedures to participate in a program, service, or activity of the Department of Social Services should notify DSS as soon as possible. To request an accommodation: visit your local DSS office, contact DSS by phone, TDD/TTY: (800) 735-2966, Relay Missouri 711, or contact the DSS ADA Coordinator by phone at (800) 776-8014 or via email at HRC.OCR@dss.mo.gov. DSS will provide reasonable accommodations as required by law.

AUXILIARY AIDS AND SERVICES ARE AVAILABLE UPON REQUEST TO INDIVIDUALS WITH DISABILITIES
TDD / TTY: 800-735-2966
RELAY MISSOURI: 711
Missouri Department of Social Services is an Equal Opportunity Employer/Program

FA-334 (09/25)

Case 2:22-cv-04026-MDH    Document 249-6    Filed 03/05/26    Page 3 of 3