Exhibit 8

# 8.5 Application Disposition and Certifications

•

📅 2mo ago

• 👁 4090 Views    Word Count: 1886

---

## 8.5.1 Approvals

## 8.5.2 Anticipated Changes at Time of Application

## 8.5.3 Rejections

**Legal authority** MHN - 42 CFR 435.916

### Voluntary Withdrawals

Participants may withdraw their application at any time by providing a verbal or written statement that they are withdrawing the application.

### Duplicate Applications and Already-Active Households

FSD is unable to process applications received for households that are already have a pending application or are already active (and not due for SNAP recertification). The application is reviewed for reported changes and processed as a reported change in circumstances.

MAGI applications are withdrawn. Non-MAGI, TA, and SNAP applications are rejected and the household is sent an Action Notice.

SNAP applications received within 60 days of the end of the certification period are used for recertification.

### Cancelling an Incorrect Rejection

Rejected applications will not be cancel rejected unless:

- The application was rejected in error.
- A hearing decision requires this action.

### Rejecting an Application

**MO HealthNet Application Rejections**

MO HealthNet applications may be rejected prior to the application due date if:

- The participant fails to cooperate with the application process; or
- The participant does not provide requested verification by the Request for Information due date; or
- FSD determines the participant is ineligible in one or more eligibility factors.

**MO HealthNet 90 Day Reconsideration Period**

FSD allows participants to submit requested verification up to 90 days after rejection of an application, which is known as the reconsideration period.

For applications that rejected for failure to return the requested verification, during the reconsideration period, FSD makes a new eligibility determination without requiring a new application, if the participant returns all the requested verification within 90 days.

When an application is rejected for failure to provide requested verification, and all requested information is provided within 90 days of the rejection, FSD:

- Registers a new application using the date the information was received as the application date.

- Explores prior quarter coverage when applicable.

- Completes the application following normal application processes, including but not limited to:

    - Reviewing electronic data sources as for any new application.
    - For eligibility factors that don't typically change and were previously verified, such as citizenship and social security numbers, use the same verification item that was previously used in the system unless the participant has reported a change or the information is questionable.
    - If Accuity has been run within the last 90 days, it is not necessary to run again unless a change in circumstance has occurred or the information is in question.

MHN 90 day reconsideration period also applies to reopening closed cases and annual renewals received after the case closed.

**Example**

Sarah, her husband John and their two children applied for MO HealthNet on 7/1. Sarah's income was verified using reasonable compatibility and a 31a was sent for verification of John's income.  The verification was not provided so the application was denied.

On 8/15 John provided current income verification from his employment. A new application is registered using 8/15 as the date of application. Even though their 7/1 application did not include a request for prior quarter coverage (PQ,) when the new application is registered a PQ request for July is entered to avoid any gap in coverage.  IMES and IIVE are reviewed and no changes are noted. All information that was previously verified on the July application is verified on the August application using the same verification items. John's income is verified based on the check stubs that he provided and coverage is authorized.

**Example**

Tina and Jim's case closed on 7/31 due to failure to return the renewal form. On 9/10 Tina returned her renewal form. A new application is registered using 9/10 as her date of application, and a prior quarter request is entered for the month of August. On the renewal form Tina indicates self-employment for Jim as the only household income. Self-attestation can be accepted as verification of self-employment for MAGI.  Based on this information, the household is found eligible for MAGI benefits and coverage is authorized.


**TA Application Rejections**

Applications are not rejected until the application due date, or the due date on the Request for Information, whichever is later. If a TA application is correctly rejected for failure to cooperate or failure to provide verification, the participant must reapply.

**SNAP Application Rejections**

Applications are not rejected until the application due date, or the due date on the Request for Information, whichever is later.

**SNAP Household Provides Requested Verification/Completes Interview After Rejection**

If a SNAP application is correctly rejected for failure to complete an interview or provide verification, a new SNAP application is not needed if the household completes the interview or provides all the requested verification (whichever caused the rejection) within the timeframes below:

- Initial applications - within 60 days from the date of application.

- Recertification application - within 30 days of the end of the certification period.

The application is re-registered with the date that the participant completes the interview or provides all the previously requested missing information as the date of application, is processed (a 2nd interview is not required), and benefits are prorated from the date of compliance.

If the applicant does not comply within the timeframes above, then they must reapply.

**Example**

Mr. Smith applies for SNAP benefits on September 10, an interview is completed, and 2 paystubs are requested to complete the SNAP application. Mr. Smith does not provide the two requested pay stubs and the application is rejected on October 10.

Mr. Smith provides ONE pay stub on October 15. This was insufficient verification, so no action was taken. Mr. Smith then provides the second requested pay stub on October 25. A new application is entered with application date of October 25 and Mr. Smith is approved for benefits. His October benefit is prorated from October 25.

# 8.5.4 Death After Application

# 8.5.5 MO HealthNet Applications for Deceased Persons

Copy Permalink