Exhibit 9



MISSOURI FAMILY SUPPORT DIVISION
PO BOX 2700
JEFFERSON CITY MO 65102-2700



0037
MISSOURI FAMILY SUPPORT DIVISION
PO BOX 2700
JEFFERSON CITY MO 65102-270000

## REAPPLY NOW

12/13/2025

### Notice of Expiration Letter

Head of Household DCN: █████████

Important Deadlines:

01/05/2026 - Your application is due to Family Support Division (FSD) so your benefits can continue.
01/15/2026 - If your application is received after this date your benefits may be delayed or denied.
01/31/2026 - Your SNAP benefits will end if you do not reapply.

To reapply:

1. You must complete and return a SNAP application. Your application must include your name, address, and signature. You can apply for SNAP online at mydss.mo.gov or by:

- Uploading your application: Visit mydssupload.mo.gov to upload a copy of your completed application
- Fax: 573-526-9400
- Mail: Send your completed application to the Missouri Family Support Division address on the top of this letter

NOTE: If everyone in your home receives Social Security Income (SSI/SSA) you can also apply for SNAP benefits at any Social Security Administration Office.

2. You must complete an interview.

- We will call the number you put on your application within 3 business days. The caller ID on your phone will show "Missouri Family Support Division, 855-823-4908" so you know it is us calling. Answering this call is the fastest way to complete your interview. To streamline the interview process please answer all of the automated questions before speaking with a team member.
- If you miss the call, you can visit your local resource center to complete your interview in-person. Please check the hours of operation before planning your visit. For the quickest service, we also recommend you schedule an appointment before your visit. To find a local resource center, check on hours of operation, or schedule an appointment, visit dss.mo.gov/dss_map.
- You can also call us back at 855-823-4908 if you miss our call. We recommend calling as early in the day as possible.
- It is your responsibility to call or visit an office to complete an interview if you missed our call. Not contacting us to complete the interview will result in your benefits being delayed or denied.

3. Provide proof of information, if asked.

If you have any questions or need more information, you can:

- Visit mydss.mo.gov to start a chat, check the status of your benefits, or report a change.
- Text 855-684-9242 for help with basic questions (not case specific).
- Visit your local resource center for help in person. For the quickest service, we recommend you schedule an appointment before your visit. To find a local resource center or schedule an appointment, visit dss.mo.gov/dss_map.
- Call **855-FSD-INFO (855-373-4636)** to speak with a team member.

FA-520 (11/22)

Si lo solicita, podemos interpretar esta información para usted. Por favor, llame al 855-373-4636.

## Non-Discrimination Statement

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. mail:
Food and Nutrition Service, USDA
1320 Braddock Place, Room 334
Alexandria, VA 22314  or,

2. fax:
(833) 256-1665 or (202) 690-7442 or

3. email:
FNSCIVILRIGHTSCOMPLAINTS@usda.gov

This institution is an equal opportunity provider.

## DSS NON-DISCRIMINATION STATEMENT/ACCOMMODATION REQUEST

The Missouri Department of Social Services (DSS) is committed to the principles of equal employment opportunity and equal access to services. DSS applicants for, or recipients of, services from DSS are treated equitably regardless of race, color, national origin, ancestry, sex (including pregnancy and gender identity), sexual orientation, age, disability, religion, or veteran status. Appropriate interpretive services will be provided as required for the visually or hearing impaired and for persons with language barriers. Anyone who requires an auxiliary aid or service for effective communication, or a modification of policies or procedures to participate in a program, service, or activity of the Department of Social Services should notify DSS as soon as possible. To request an accommodation: visit your local DSS office, contact DSS by phone, TDD/TTY: (800) 735-2966, Relay Missouri 711, or contact the DSS ADA Coordinator by phone at (800) 776-8014 or via email at HRC.OCR@dss.mo.gov. DSS will provide reasonable accommodations as required by law.

## Fair Hearing Rights

You have the right to request a fair hearing within 90 days from the date of this letter if we deny your application or if you object to the amount of benefits you receive.

To request a hearing, call the FSD Info Center (855-373-4636), go to any FSD location, or mail a request to the address on the front of this letter.

If you ask for a hearing, we will schedule it and notify you of the date, time and location. At the hearing, you can present your case by yourself, or you can have someone represent you, including a lawyer. You can have witnesses at the hearing, and you can ask questions of witnesses that the Family Support Division brings to the hearing.

You may be able to get free help from a lawyer by contacting:

LEGAL SERVICES OF SOUTHERN MISSOURI
PO BOX 135
ROLLA, MO 65402
800-444-4863

AUXILIARY AIDS AND SERVICES ARE AVAILABLE UPON REQUEST TO INDIVIDUALS WITH DISABILITIES         FA-520 (11/22)
TDD / TTY: 800-735-2966
RELAY MISSOURI: 711
Missouri Department of Social Services is an Equal Opportunity Employer/Program

Case 2:22-cv-04026-MDH     Document 249-9     Filed 03/05/26     Page 3 of 3