# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1987

Mary Holmes, et al.

Appellees

v.

Jessica Bax, in her official capacity as Director of the Missouri Department of Social Services

Appellant

------------------------------

National Health Law Program and Food Research & Action Center

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04026-MDH)

_____

**ORDER**

The motion to withdraw as counsel filed by Michael Pritchett is granted. Michael

Pritchett for Jessica Bax has been granted leave to withdraw from this case.

March 19, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler

Case 2:22-cv-04026-MDH   Document 251   Filed 03/19/26   Page 1 of 1
Appellate Case: 25-1987   Page: 1   Date Filed: 03/19/2026 Entry ID: 5620383
