| SNAP Application and Call Center Metrics | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Application Rejections** | | | | | | | | | | | | |
| Total SNAP Application Determinations | 58,891 | 53,331 | 58,127 | 52,067 | 36,452 | 52,524 | 53,893 | 48,159 | 51,840 | 50,202 | 44,487 | 52,251 |
| Total SNAP Application Rejections | 20,250 | 17,352 | 21,775 | 17,910 | 11,950 | 16,141 | 14,966 | 15,681 | 17,344 | 15,855 | 14,266 | 17,249 |
| SNAP Applications Rejected for Failure to Complete the Interview and One or More Additional Reasons | | | | | | | | | | | | |
| Count | 8,339 | 6,202 | 9,380 | 7,159 | 4,497 | 5,200 | 4,155 | 5,155 | 5,646 | 4,603 | 4,198 | 5,267 |
| % of REJECTED Applications | 41% | 36% | 43% | 40% | 38% | 32% | 28% | 33% | 33% | 29% | 29% | 31% |
| % of TOTAL Applications* | 14% | 12% | 16% | 14% | 12% | 10% | 8% | 11% | 11% | 9% | 9% | 10% |
| SNAP Applications rejected ONLY for Failure to Complete the Interview | | | | | | | | | | | | |
| Count | 7,101 | 5,230 | 8,139 | 6,153 | 3,836 | 4,632 | 3,277 | 4,226 | 4,628 | 3,674 | 3,232 | 4,149 |
| % of REJECTED Applications | 35% | 30% | 37% | 34% | 32% | 29% | 22% | 27% | 27% | 23% | 23% | 24% |
| % of TOTAL Applications* | 12% | 10% | 14% | 12% | 11% | 9% | 6% | 9% | 9% | 7% | 7% | 8% |
| **Tier 1 Metrics (Calls for Medicaid, SNAP, and Temporary Assistance)\*\*** | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **0:34** | **0:31** | **0:28** | **0:26** | **0:15** | **0:16** | **0:17** | **0:15** | **0:15** | **0:15** | **0:15** | **0:15** |
| **% Calls with No More Than 20-Minute Wait Time** | **57.1%** | **45.7%** | **60.7%** | **58.1%** | **66.7%** | **65.5%** | **65.1%** | **69.5%** | **71.2%** | **70.9%** | **68.2%** | **68.3%** |
| Lowest Daily Avg Wait Time | 0:07 | 0:16 | 0:06 | 0:00 | 0:04 | 0:10 | 0:12 | 0:11 | 0:11 | 0:11 | 0:11 | 0:12 |
| Highest Daily Average Wait Time | 0:58 | 0:52 | 0:59 | 0:39 | 0:23 | 0:20 | 0:20 | 0:18 | 0:19 | 0:19 | 0:19 | 0:21 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | < 1 sec | <1 sec | <1 sec | <1 sec | < 1 sec | <1 sec | < 1 sec | < 1 sec |
| Max Wait Time | 3:40 | 2:27 | 3:59 | 2:33 | 1:41 | 1:51 | 1:33 | 1:54 | 1:29 | 1:44 | 1:36 | 1:43 |
| Queue Deflections | 12,416 | 6,662 | 9,226 | 5,063 | 4,444 | 5,778 | 7,439 | 5,516 | 7,123 | 5,916 | 5,570 | 6,157 |
| Count of Customer Disconnects (Abandoned Calls) | 9,814 | 9,884 | 8,696 | 9,789 | 5,265 | 5,634 | 6,914 | 5,173 | 5,716 | 5,620 | 5,120 | 5,566 |
| Avg Time Until Customer Disconnect (h:mm) | 0:20 | 0:14 | 0:18 | 0:14 | 0:12 | 0:13 | 0:11 | 0:11 | 0:13 | 0:13 | 0:12 | 0:12 |
| **Tier 3 Metrics (SNAP Interviews)\*\*\*** | | | | | | | | | | | | |
| **Average Wait Time (h:mm)** | **0:25** | **0:22** | **0:24** | **0:23** | **0:14** | **0:14** | **0:16** | **0:13** | **0:13** | **0:13** | **0:13** | **0:14** |
| **% Calls with No More Than 20-Minute Wait Time** | **66.5%** | **60.0%** | **64.6%** | **61.6%** | **68.6%** | **67.3%** | **67.0%** | **72.0%** | **75.4%** | **75.7%** | **72.2%** | **72.3%** |
| Lowest Daily Avg Wait Time | 0:04 | 0:10 | 0:05 | 0:01 | 0:04 | 0:10 | 0:11 | 0:09 | 0:11 | 0:10 | 0:10 | 0:10 |
| Highest Daily Average Wait Time | 0:47 | 0:38 | 0:52 | 0:34 | 0:19 | 0:17 | 0:18 | 0:18 | 0:16 | 0:16 | 0:17 | 0:19 |
| Min Wait Time | <1 sec | <1 sec | <1 sec | <1 sec | < 1 sec | < 1 sec | <1 sec | <1 sec | <1 sec | <1 sec | < 1 sec | < 1 sec |
| Max Wait Time | 3:31 | 2:24 | 4:15 | 2:22 | 1:45 | 1:51 | 1:37 | 1:41 | 2:08 | 1:50 | 1:43 | 1:57 |
| Queue Deflections | 20,706 | 4,391 | 16,075 | 3,960 | 1,748 | 4,319 | 4,841 | 3,150 | 4,210 | 3,564 | 3,520 | 5,444 |
| Count of Customer Disconnects (Abandoned Calls) | 7,413 | 7,480 | 7,255 | 6,373 | 2,989 | 4,540 | 4,975 | 3,835 | 4,046 | 3,676 | 3,581 | 4,125 |
| Avg Time Until Customer Disconnect | 0:26 | 0:17 | 0:26 | 0:21 | 0:19 | 0:19 | 0:18 | 0:17 | 0:17 | 0:17 | 0:17 | 0:17 |
| Accommodation Requests | 16 | 22 | 82 | 104 | 100 | 106 | 80 | 78 | 78 | 87 | 79 | 95 |

\* Per the Court's Order, this chart now includes the percentage of ALL applications rejected for Failure to Complete the Interview. Prior reports included only percentages of REJECTED applications that were due to Failure to Complete the Interview.

\*\* Tier 1 calls involve: providing benefits informations; giving case status updates; receiving change reports; conducting mid-certification reviews; offering general program knowledge; processing verifications; educating customers on self-service options; issuing replacement EBT and MO HealthNet cards; submitting hearing requests; taking paper application requests

\*\*\* Tier 3 handles inboud and outbound calls to conduct SNAP interviews and can provide the same services as Tier 1, if needed

\*ᵛ Total SNAP Application Determinations numbers for previous month may show a slight change due to expedite apps determination of after the 15th of the month.

Note: Line 11 is a SUBSET of Line 7. Line 7 includes ALL rejections that mention Failure to Complete the Interview, including those for which that is the ONLY reason for rejection.

## Call Deflections/Redirections by Date

| Date | Tier 1 Deflections | Tier 3 Deflections |
|---|---|---|
| 6/1/2026 | 371 | 299 |
| 6/2/2026 | 302 | 111 |
| 6/3/2026 | 289 | 307 |
| 6/4/2026 | 196 | 155 |
| 6/5/2026 | 388 | 589 |
| 6/6/2026 | 0 | 0 |
| 6/7/2026 | 0 | 0 |
| 6/8/2026 | 473 | 267 |
| 6/9/2026 | 192 | 54 |
| 6/10/2026 | 181 | 0 |
| 6/11/2026 | 194 | 0 |
| 6/12/2026 | 291 | 155 |
| 6/13/2026 | 0 | 0 |
| 6/14/2026 | 0 | 0 |
| 6/15/2026 | 457 | 500 |
| 6/16/2026 | 176 | 309 |
| 6/17/2026 | 121 | 51 |
| 6/18/2026 | 418 | 426 |
| 6/19/2026 | 0 | 0 |
| 6/20/2026 | 0 | 0 |
| 6/21/2026 | 0 | 0 |
| 6/22/2026 | 537 | 659 |
| 6/23/2026 | 53 | 0 |
| 6/24/2026 | 196 | 85 |
| 6/25/2026 | 255 | 146 |
| 6/26/2026 | 316 | 635 |
| 6/27/2026 | 0 | 0 |
| 6/28/2026 | 0 | 0 |
| 6/29/2026 | 551 | 615 |
| 6/30/2026 | 200 | 81 |

## SNAP Paper Application Mailout Requests

| | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total # of Application Requests**** | **1309** | **1277** | **1373** | **1424** | **1100** | **1501** | **1752** | **1480** | **2335** | **2225** | **2053** | **2286** |
| Requested via Chat or in IVR | 1140 | 1119 | 1187 | 1177 | 894 | 1232 | 1473 | 1271 | 1212 | 1068 | 1039 | 1114 |
| Requested via Phone with Agent | 171 | 159 | 188 | 252 | 208 | 271 | 283 | 211 | 258 | 393 | 211 | 240 |
| Requested Online* | | | | | | | | | 976 | 767 | 809 | 940 |
| **Total Applications Mailed >1 Business Day of Request** | **0** | *****47** | *****2** | *****1** | ******121** | **51** | **59** | **78** | **57** | **23** | **2** | **50** |
| Requested by Chat or in IVR | 0 | 37 | 0 | 0 | 117 | 45 | 42 | 72 | 1 | 0 | 1 | 0 |
| Requested by Phone with Agent | 0 | 10 | 2 | 1 | 4 | 6 | 17 | 6 | 1 | 0 | 1 | 2 |
| Requested Online* | | | | | | | | | 55 | 23 | 0 | 48 |
| **Total Applications Mailed >7 Calendar Days of Request** | **0** | **0** | *****0** | *****0** | **0** | **0** | **0** | **0** | **1** | **0** | **0** | **0** |
| Requested by Chat or in IVR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Requested by Phone with Agent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Requested Online* | | | | | | | | | 0 | 0 | 0 | 0 |

*The ability to enter online requests for the mailing of paper applications to individuals became functional on February 23, 2026.

** Each household is counted once for purposes of total application requests but may be captured more than once if a request for application was made through different methods by the same household. Therefore, the total number of applications requested will not total the number of applications requested via chat or IVR added to the number of requested applications made via phone with an agent.

*** August - October data adjusted. Tracking program migrated to new online system mid-August, causing a reporting issue which has been corrected.

**** Delays due to Veterans Day holiday/SNAP reopening.

## SNAP Appointment Requests Report

| | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **All SNAP-Related Appointment Requests** (Includes more than just application-related appts) | 6979 | 6112 | 6488 | 5400 | 3296 | 4648 | 5161 | 4675 | 5203 | 4800 | 4176 | 4579 |
| **Appointments Connected to Pending SNAP Applications** (Associated by ph# provided when appt requested) | 4893 | 4077 | 4102 | 2567 | 2069 | 2148 | 2301 | 2003 | 2877 | 1513 | 2448 | 1642 |
| **Appointments Scheduled Beyond the Application Processing Deadline** | 91 | 30 | 71 | 27 | 25 | 19 | 14 | 102 | 92* | 51 | 62 | 55 |

At this time, the FSD Appointment Scheduler captures only the program, not the purpose, of each appointment request. While system improvements are being made to capture which appointments are for SNAP interviews, FSD is reporting the number of appointments scheduled by persons with pending SNAP applications, matching the requester phone number with the phone number provided on the application, to represent the number of appointment requests for SNAP interviews.

* Of these, approximately 53 were booked within 3 days of their upcoming application deadline.

## Changes in SNAP Administration to Address Benchmarks Report:

| Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|
| DSS conducted a two-week targeted focus of increase in staff capacity. To accomplish this targeted focus, all FSD staff trained in SNAP were reassigned to handle Tier 3 calls, and Medicaid specialty team members assisted with calls, for the first four hours of each workday during the two-week time period. | DSS trained 10 offices to conduct streamlined interviews. | DSS conducted a two-week targeted focus of increase in staff capacity. To accomplish this targeted focus, all FSD staff trained in SNAP were reassigned to handle Tier 3 calls, and Medicaid specialty team members assisted with calls, for the first four hours of each workday during the two-week time period. | Fourteen DSS offices are conducting streamlined interviews and more are being trained. | Twenty offices are conducting streamlined interviews and more are being trained. | Twenty-five offices are conducting streamlined interviews. |
| DSS team members have reviewed the existing processes and requirements, and created a streamlined SNAP interview process. The streamlined interview is being trained and piloted in multiple locations. Early results indicate a significant reduction in the amount of time to complete a SNAP interview, with the goal of increasing the number of interviews each staff member could conduct daily. | DSS piloted an efficiency strategy using the offices trained in streamlined interviews on the phones. Staff that started prior to 8am were assigned only to the predicative dialer, and staff starting at 8am and later were assigned to inbound calls to try to assist with the influx of calls at 8am. However, wait times increased, and the pilot was discontinued. More staff have been added back to inbound and outbound calls. | Ten DSS offices are conducting streamlined interviews and more will be trained. | All specialty teams (Vendor, HCB, Blind Pension, Refugee) are taking Tier 1 and Tier 3 calls for two hours throughout each day. | All SNAP-trained staff begin their day handling phone calls. Those who begin before 8 am consistently make great progress towards the completion of predictive dialer calls. Those who start at 8 am assist in inbound interviews and Tier 1 lines. As the predictive dialer work progresses, Priority Teams are released to resume processing their specialty work ("Priority Teams" are Medicaid specialty teams assisting with SNAP phone calls and the "priority" of these teams is determined weekly based on type of work, timeliness, and deadlines). Once the predictive dialer is completed and target wait times are maintained, an email is sent out releasing staff back to processing while one of four weekly Rotation Teams continues to support the phones through the end of the day and do processing when there are no pending calls. | Due to the success of the November telephone staffing plan, that process continues. |
| DSS is utilizing Interactive Voice Response (IVR) technology to enhance the administration of SNAP interviews. There have been twenty-three SNAP screening questions added to IVR functionality, negating the need for these queestions to be asked during the interview. | All DSS specialty offices are taking one call at the start of their shift or when they return from lunch to assist with the volume of calls. These staff have not traditionally been on the phones as a part of their role. This strategy is currently being utilized to expand overall phone capacity, and DSS will monitor processing times for specialty office caseloads in order to determine the most appropriate path forward. | All DSS specialty offices are taking one call at the start of their shift or when they return from lunch to assist with the volume of calls. These staff have not traditionally been on the phones as a part of their role. This strategy is currently being utilized to expand overall phone capacity, and DSS will monitor processing times for specialty office caseloads in order to determine the most appropriate path forward. | | | |
| Additionally, DSS has embedded the Rights and Responsibilities Statement into the IVR, which removes time spent on this during the interview. | | | | | |

## Changes in SNAP Administration to Address Benchmarks Report:

| Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 |
|---|---|---|---|---|---|
| Thirty-two offices are conducting streamlined interviews. | FSD implemented the online paper application request function on February 23, 2026, and will begin reporting these metrics in next month's report. | Thirty-nine offices are conducting streamlined interviews. | Thirty-nine offices are conducting streamlined interviews. | Thirty-nine offices are conducting streamlined interviews. | Fourty-three offices are conducting streamlined interviews. |
| Due to the success of the November telephone staffing plan, that process continues. | Due to the success of the November telephone staffing plan, that process continues. | Due to the success of the November telephone staffing plan, that process continues. | Due to the success of the November telephone staffing plan, that process continues. | Due to the success of the November telephone staffing plan, that process continues. | Due to the success of the November telephone staffing plan, that process continues. |