**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| MARY HOLMES, *et al.*,<br><br>Plaintiffs,<br><br>*-against-*<br><br>JESSICA BAX, in her official capacity as Director of the Missouri Department of Social Services,<br><br>Defendant. | No. 2:22-cv-04026-MDH |

**ORDER**

On August 19, 2026, the Eighth Circuit entered its Order affirming in part and reversing in part this Court's grant of summary judgment. The Eighth Circuit also vacated the permanent injunction and remanded the case for further proceedings. (Doc. 257). The mandate has now been issued.

Pursuant to the Eighth Circuit's Order the Court hereby dismisses plaintiff Empower for want of standing. The Court further Orders that plaintiff Dallas's ADA failure to accommodate claim is moot. Plaintiff Holmes' ADA failure to accommodate claim is dismissed and Plaintiff's Counts I and II shall also be dismissed pursuant to the Eighth Circuit's ruling.

The Court further **ORDERS** that the Motion to Clarify or in the Alternative Certify for Appeal (Doc. 221) is **denied as moot**.

The Court further **ORDERS** that Plaintiffs' Motion for Fees and Costs (Doc. 229) is **denied without prejudice**. Based on the Eighth Circuit's ruling the Court will address any renewed motion for fees and costs after the Court addresses the issues before it on remand.



Case 2:22-cv-04026-MDH Document 261 Filed 09/17/26 Page 1 of 2

Finally, the Court **ORDERS** the parties shall submit briefing on whether plaintiffs Holmes and Davis have an adequate remedy at law regarding Bax's violation of their due process rights and whether Dallas has an adequate remedy at law as to his ADA claim. In the parties' submissions they should also address appropriate injunctive relief that the Court should consider if it finds injunctive relief is appropriate.

The parties' initial briefs shall be filed on or before November 15, 2026. Any responses to the briefs shall be filed 30 days after.

**IT IS SO ORDERED.**

Date: September 17, 2026

**/s/ Douglas Harpool**
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE